CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Humane Society of the United States       )
                                              )
                                              )
                       Plaintiff              )      Civil Action No._____
         vs                                   )
                                              )
United States Postal Service                  )
                                              )
                                              )
                       Defendant              )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   The Humane Society of the United States   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   The Humane Society of the United States   which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Ethan E___
Signature

D.C. Bar No. 496406
BAR IDENTIFICATION NO.

Ethan Carson Eddy
Print Name

2100 L St. NW
Address

Washington     DC          20037
City           State       Zip Code

(202) 676-2329
Phone Number