UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES,<br>2100 L ST., NW,<br>Washington, DC 20037 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 07-1233-CKK |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.,<br>Washington, DC 20260, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch as counsel for Defendant in this case.


_____/s/_____

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov