UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES POSTAL SERVICE**, <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 07-1233 (CKK) ) ) ) ) ) ) ) |

**AFFIDAVIT OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that I served the Summons, Complaint, and Rule 7.1 Disclosure in the above-captioned case upon the United States Attorney General by certified mail, with return receipt dated July 13, 2007. A receipt verifying this is included as Attachment A.

Respectfully submitted,

\_\_\_/s/_____
Ethan Carson Eddy
D.C. Bar No. 496406
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
eeddy@hsus.org
(202) 676-2329
(202) 778-6132 (fax)

August 7, 2007

# Attachment A to Affidavit of Service
# Civ. No. 07-1233 (CKK)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Atty. General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) JUL 19 2007  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7006 0810 0006 5850 1616

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ethan Eddy
HSUS
2100 L St. NW
Washington DC 20037