UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES POSTAL SERVICE**, <br><br> Defendant. | Civ. No. 07-1233 (CKK) |

### AFFIDAVIT OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that I served the Summons, Complaint, and Rule 7.1 Disclosure in the above-captioned case upon the United States Attorney for the District of Columbia by certified mail, with return receipt dated July 13, 2007. A receipt verifying this is included as Attachment A.

Respectfully submitted,

\_\_\_/s/_____
Ethan Carson Eddy
D.C. Bar No. 496406
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
eeddy@hsus.org
(202) 676-2329
(202) 778-6132 (fax)

August 7, 2007

# Attachment A to Affidavit of Service
# Civ. No. 07-1233 (CKK)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney
   555 4th St. NW
   Washington DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JUL 1 [?] 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 5850 1593

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Ethan Eddy
   HSUS
   2100 L St. NW
   Washington DC 20037