UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 07-1233-CKK |

**GOVERNMENT'S CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the United States Postal Service ("USPS"), respectfully requests an additional thirty days to file an answer or otherwise respond to the complaint. Undersigned counsel left email and voice message for Plaintiff's counsel replied by return email that Plaintiff consents to the extra time. This is Defendant's first request to move this deadline.

This case involves the Humane Society's challenge to two opinion letters issued by the USPS regarding the mailability of two magazines devoted to cockfighting. The case raises numerous complex legal issues and although the USPS agency counsel have been diligent and prompt in providing information and support on the case to undersigned counsel, undersigned counsel has had numerous appellate matters requiring immediate attention in the last two weeks, including two appellate briefs and five upcoming oral arguments, some of which are for cases recently transferred from other Assistant U.S. Attorneys. Finally, Defendant anticipates filing a comprehensive dispositive motion in this case, creating further time pressure on undersigned counsel to prepare more than simply an answer. It appears that a comprehensive motion will best

serve judicial economy in the long run, even if it means extra time now.

Consistent with the Court's standing order issued in this case, no proposed order is attached.

>
> Respectfully submitted,
>
> JEFFREY A. TAYLOR, D.C. Bar # 498610
> United States Attorney
>
>   /s/
> ALAN BURCH, D.C. Bar # 470655
> Assistant United States Attorney
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 514-7204
> alan.burch@usdoj.gov