UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY <br> OF THE UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No.: 07-1233-CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the United States Postal Service ("Postal Service"), respectfully requests one additional day in which to file its answer and dispositive motion. As recently as this afternoon, it appeared that Defendant would be able to file its answer and dispositive motion by today's deadline, but the process of preparing and reviewing the necessary papers and exhibits took longer than expected. Counsel for Plaintiff consented to the motion by phone this evening. Counsel for the parties also agree on the need to confer and suggest to the Court a briefing schedule for both parties' respective dispositive motions, and counsel will make best efforts to file a proposed schedule in the next few days.

October 15, 2007                      Respectfully submitted,

                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

                                       /s/
                                      _____
                                      ALAN BURCH, D.C. Bar # 470655
                                      Assistant United States Attorney
                                      555 4th St., N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7204, alan.burch@usdoj.gov