UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 07-1233 |

**NOTICE OF FILING VOLUMINOUS EXHIBITS**

The Clerk of the Court will please file the exhibits attached hereto, recorded on a CD in pdf format. The exhibits pertain to the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, no. [13], filed last night via ECF. The exhibits consist of a single declaration with 15 attachments, but in order to keep each pdf file under 5MB, it was necessary to put the exhibits into 49 separate pdf files. Although undersigned counsel received no error messages in the process of attempting the ECF filing, the filing did not go through successfully, and it was necessary to have the Clerk's Office file the motion without exhibits.

A copy of the attached CD will be served today on Plaintiff's counsel, by first class mail, addressed to Ethan Carson Eddy, 2100 L Street, NW, Washington DC 20037.

October 17, 2007                              Respectfully submitted,

                                              /s/
                                              ALAN BURCH, D.C. Bar # 470655
                                              Assistant United States Attorney
                                              555 4th St., N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7204
                                              alan.burch@usdoj.gov