UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | Civil Action No.: 07-1233-CKK |

**GOVERNMENT'S CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the United States Postal Service ("USPS"), respectfully requests an additional week to file an opposition to Plaintiff's motion for summary judgment, which is otherwise due today, October 24, 2007. Defendant requests a new deadline of October 31, 2007. Counsel for the parties are actively negotiating a joint motion for briefing schedule to resolve both Plaintiff's motion for summary judgment and the dispositive motion recently filed by Defendant. Undersigned counsel will be out of the office the balance of today, tomorrow morning, and all of Friday, and fully expects to be able to propose a jointly agreed-upon briefing schedule by next week. Counsel for Plaintiff has not responded to an email seeking his position on this motion.

Given the complexity and number of issues raised by the parties cross motions, no prejudice will result from this motion. This is Defendant's first motion to extend this deadline to oppose Plaintiff's motion for summary judgment.

Consistent with the Court's standing order issued in this case, no proposed order is attached.

October 24, 2007,                    Respectfully submitted,

                                                          JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov