UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 07-1233-CKK |

**GOVERNMENT'S SECOND MOTION TO ENLARGE TIME TO OPPOSE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Postal Service ("USPS"), respectfully asks the Court to move, by two days, the current deadline for Defendant to file an opposition to Plaintiff's motion for summary judgment, no. [10]. The current deadline is Wednesday, October 31, 2007, and Defendant requests a new deadline of this Friday, November 2, 2007. In email to undersigned counsel, counsel for Plaintiff indicated he does not object to this two-day extension.

Defendant makes this request in order to facilitate a single, combined response by Defendant to the various procedural issues now before the Court, which include not only the briefing of Plaintiff's motion for summary judgment (the subject of this motion), but also three other motions as well:

- Plaintiff's motion to compel production and filing of an administrative record, no. [11];

- Plaintiff's motion stay further briefing [of dispositive motions] pending resolution of plaintiff's motion to compel production of the administrative record, no. [18]; and

- Defendant's motion to dismiss or in the alternative, for summary judgment, no. [13].

By minute order dated October 22, 2007, the Court set this Friday, November 2, 2007, as the deadline for Defendant to respond to Plaintiff's motion to compel, no. [11]. The deadline for Defendant's response to Plaintiff's motion to stay is November 7, 2007. As for Plaintiff's deadline to respond to Defendant's motion to dismiss, no. [13], Defendant has no objection to staying that deadline pending resolution of this motion.

These issues and deadlines are tightly interrelated, as they all go to which motions should be heard and briefed first, and when. The parties do not agree on which order makes the most sense. To present Defendant's position most efficiently and coherently, counsel for Defendant anticipates filing a combined motion and opposition this Friday, November 2, 2007, dealing with all these issues. To permit such a combined filing, however, it is necessary to move the current October 31 deadline for opposing Plaintiff's motion for summary judgment to the same date as the deadline for Defendant to oppose the motion to compel.

No prejudice to Plaintiff will result from this motion. This is Defendant's second motion to extend this deadline to oppose Plaintiff's motion for summary judgment. Defendant anticipates requesting further adjustment of this deadline in its filing on November 2, 2007.

Consistent with the Court's standing order, no proposed order is attached.

October 29, 2007,                    Respectfully submitted,

                                     JEFFREY A. TAYLOR, D.C. Bar # 498610
                                     United States Attorney

                                       /s/
                                     ALAN BURCH, D.C. Bar # 470655
                                     Assistant United States Attorney
                                     555 4th St., N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7204, alan.burch@usdoj.gov