UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE HUMANE SOCIETY OF
THE UNITED STATES**,

    Plaintiff,

v.

**UNITED STATES POSTAL SERVICE**,

    Defendant.

Civ. No. 07-1233 (CKK)

**PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff, with the consent of Defendant, respectfully moves this Court for an order extending the time by which Plaintiff must file a brief in opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, in a length equal to the total extension of time sought by Defendant for its response to Plaintiff's Motion for Summary Judgment, for a total of nine (9) days in addition to the time prescribed by the Federal Rules of Civil Procedure, to and including November 12, 2007.[1]  This is Plaintiff's first request to move this deadline.

---

[1] Plaintiff's brief in opposition is currently due on November 1, 2007. *See* Local Civil Rule 7(b). Although Defendant filed its Motion for Summary Judgment on October 16, 2007, Plaintiff was not served with that Motion until October 17, 2007, because Defendant did not file its exhibits to that Motion electronically, and instead served them upon Plaintiff by mail, post mark dated October 17, 2007.  Service by mail is effective upon mailing, *see* Fed. R. Civ. P. 5(b)(2)(B), and three (3) additional days are added when "service is made under Rule 5(b)(2)(B), (C), or (D)." Fed. R. Civ. P. 6(e). Because the nine-day extension sought by Plaintiff ends on a weekend, Plaintiff seeks to file its brief in opposition on November 12, 2007, which is the first business day following that nine-day period. *See* Fed. R. Civ. P. 6(a).

As set forth in Plaintiff's pending Motion to Stay, Plaintiff respectfully submits that the best course of action in this case is for all substantive briefing to be suspended while this Court rules on Plaintiff's pending Motion to Compel Production of the Administrative Record. *See American Bioscience Inc. v. Thompson,* 243 F.3d 579, 582 (D.C. Cir. 2001) (holding that trial court must "require[ ] the [agency] to file the administrative record" prior to judicial review in an Administrative Procedure Act action, and remanding denial of injunctive relief where "the administrative record was never filed").  However, in the event that motion is unresolved or denied as of the current due date of November 1, 2007 for Plaintiff's brief in opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, Plaintiff respectfully requests an additional nine days to file its opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests the entry of an order extending the time by which Plaintiff must file a brief in opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, for a total of nine (9) days, to and including November 12, 2007.

Respectfully submitted,

__/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Rebecca G. Judd (D.C. Bar No. 486315)
Jonathan R. Lovvorn (D.C. Bar No. 461163)

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org

*Counsel for Plaintiff*

2

|  |  |
|---|---|
|  | Stuart Philip Ross (D.C. Bar No. 031658)<br>Sarhana Livingston (D.C. Bar No. 975886)<br>ROSS, DIXON & BELL, LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 662-2000 |
| October 29, 2007 | *Of Counsel* |