UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 07-1233-CKK |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| Defendant. | ) ) | |

**PARTIES' PROPOSED BRIEFING SCHEDULE**

Plaintiff, the Humane Society of the United States, and Defendant, the United States Postal Service ("USPS"), respectfully file their jointly proposed schedule for briefing their respective dispositive motions, pursuant to the Court's Minute Order dated November 19, 2007.

The schedule takes into account the availability of counsel during the holidays, government counsel's trial in mid-January, and the possibility that Plaintiff may seek to challenge the administrative record to be filed by the USPS.  The deadline for filing the record is December 7, 2007, pursuant to the same Minute Order.

1.      Plaintiff has until December 14, 2007, to notify counsel for Defendant of any challenges that Plaintiff may have to the administrative record filed by Defendant.  If Plaintiff does not so notify counsel for Defendant, then the parties shall comply with the following briefing schedule:

    •    December 21, 2007, for Plaintiff's motion for summary judgment;

    •    January 24, 2008, for Defendant's opposition thereto and cross motion to

dismiss and/or for summary judgment;

•    February 15, 2008, for Plaintiff's reply and opposition; and

•    March 7, 2008, for Defendant's reply.

2.    If Plaintiff does notify counsel for Defendant by December 14, 2007, that Plaintiff

has objections to the administrative record, then counsel for the parties shall confer and attempt

to resolve the objections and Defendant may supplement the administrative record accordingly.

If the dispute has not been resolved by December 21, 2007, then Plaintiff may file a motion by

that date to seek resolution of its objections by the Court.  If Plaintiff does file such a motion, the

filing and briefing of the parties' respective dispositive motions shall not follow the above

schedule but shall wait until the Court's resolution of the motion and entry of an appropriate

briefing schedule thereafter.


November 29, 2007                           Respectfully submitted,


    /s/                                     JEFFREY A. TAYLOR, D.C. Bar # 498610
ETHAN CARSON EDDY, D.C. Bar #496406         United States Attorney
REBECCA G. JUDD, D.C. Bar #486315
JONATHAN R. LOVVORN, D.C. Bar
#461163                                         /s/
The Humane Society of the United States     ALAN BURCH, D.C. Bar # 470655
2100 L Street, N.W.                         Assistant United States Attorney
Washington, DC 20037                        555 4th St., N.W.
(202) 676-2329                              Washington, D.C. 20530
eeddy@hsus.org                              (202) 514-7204
                                            alan.burch@usdoj.gov

Counsel for Plaintiff                       Counsel for Defendant