UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE HUMANE SOCIETY OF
THE UNITED STATES**,

Plaintiff,

v.

**UNITED STATES POSTAL SERVICE**,

Defendant.

Civ. No. 07-1233 (CKK)

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff The Humane Society of the United States moves for summary judgment in this case under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706.  This action challenges two Rulings by defendant United States Postal Service permitting the continued mailing of animal fighting materials – namely, two catalog-type monthly publications that consist predominantly of advertisements for fighting animals and weapons that are illegal to buy and sell under federal law – in direct contravention of the Animal Fighting Prohibition Enforcement Act of 2007, which prohibits the mailing of such materials.  *See* Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156).

USPS's decision not only flouts Congress's clear intent in enacting the Animal Fighting Prohibition Enforcement Act of 2007, it also violates the Animal Welfare Act, the Postal Act, and the USPS's own regulations, in contravention of the APA, 5 U.S.C. § 706. In support of this motion, Plaintiff relies on the accompanying Memorandum in Support of

Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Material Facts Not in Genuine Dispute, and the declarations and exhibits attached to the Memorandum.

Respectfully submitted,


__/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Rebecca G. Judd (D.C. Bar No. 486315)
Jonathan R. Lovvorn (D.C. Bar No. 461163)

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org

*Counsel for Plaintiff*


Stuart Philip Ross (D.C. Bar No. 031658)
Sarhana Livingston (D.C. Bar No. 975886)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

December 20, 2007                    *Of Counsel for Plaintiff*


2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE HUMANE SOCIETY OF
THE UNITED STATES**,

        Plaintiff,

    v.

**UNITED STATES POSTAL SERVICE**,

        Defendant.

Civ. No. 07-1233 (CKK)

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

*Of Counsel:*

Stuart Philip Ross
Sarhana Livingston
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

Ethan Carson Eddy
Rebecca G. Judd
Jonathan R. Lovvorn

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)

## TABLE OF CONTENTS

Page

Table of Authorities...........................................................................................…..………..... ii

INTRODUCTION ...........................................................................…........... 1

I.      STATUTORY AND REGULATORY FRAMEWORK ................................ 1

         A.  Federal Animal Welfare Act.......................................…......................... 1

         B.  The Postal Act.........................................................................…........... 2

         C.  The Domestic Mailing Manual ........................…. .................................. 3

         D.  Administrative Procedure Act ........................… .................................... 4

II.     FACTUAL BACKGROUND...........................................….....….....…...................... .. 4

         A.  The Animal Fighting Industry ......................…................................…...... 4

         B.  Animal Fighting Trade Publications ......................................................... 6

         C.  Administrative Proceedings ................................................….............. 8

ARGUMENT ............................ ........................................................…...................... .11

III.    USPS's Ruling Permitting the Mailing of Animal Fighting
      Materials Is Arbitrary, Capricious, and
      Not In Accordance With Law ................................................................. 11

         A.  USPS's Ruling Violates the Animal Welfare Act's
            Prohibition on the Mailing of Advertisements for Fighting
            Animals and Weapons.......................................…........................................ 13

         B.  USPS's Ruling Is Not a Reasonable Interpretation of
            the Animal Welfare Act as Amended by the AFPEA,
            and Is Due No Deference   .................................................…................... 19

         C.  USPS's Ruling Also Violates the Postal Act ......................................... 23

         D.  USPS's Ruling Also Contravenes the Domestic Mail Manual.................. 24

CONCLUSION ................................................................................... 26

i

# TABLE OF AUTHORITIES

## CASES

Abigail Alliance for Better Access to Developmental Drugs v. Eschenbach,
    469 F.3d 129 (D.C. Cir. 2006) ........................................................................ 11

Action Alliance of Senior Citizens of Greater Philadelphia v. Heckler,
    789 F.2d 931 (D.C. Cir. 1986) ........................................................................ 11

Aimes Publications, Inc. v. U.S. Postal Service,
    1988 WL 19618 (D.D.C. Feb. 23, 1988) ..................................................... 3, 12

Akhtar v. Burzynski,
    384 F.3d 1193 (9th Cir. 2004) ......................................................................... 19

America Scholastic TV Programming Foundation v. FCC,
    46 F.3d 1173 (D.C. Cir. 1995) ........................................................................ 15

American Bioscience, Inc. v. Thompson,
    269 F.3d 1077 (D.C. Cir. 2001) ...................................................................... 25

Barnhart v. Thomas,
    540 U.S. 20 (2003) .......................................................................................... 19

Bennett v. Spear,
    520 U.S. 154 (1997) ........................................................................................ 11

Bolger v. Youngs Drug Products Corp.,
    463 U.S. 60 (1983) .......................................................................................... 20

Central Vermont Public Service Corp. v. F.E.R.C.,
    214 F.3d 1366 (D.C. Cir. 2000) .................................................................. 24, 25

Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc.,
    467 U.S. 837 (1984) ............................................................................ 12, 13, 19

City of Olmsted Falls v. F.A.A.,
    292 F.3d 261 (D.C. Cir. 2002) ........................................................................ 20

City of Williams v. Dombeck,
    151 F. Supp. 2d 9 (D.D.C. 2001) .................................................................... 12

Com. v. Fricchione,
    Crim. No. 0012396-2004 (Pa. Ct. Comm. Pleas, sentenced March 13, 2006) .............. 8

FCC v. Nextwave Personal Communications,
    537 U.S. 293 (2003) ........................................................................................ 25

Global Crossing Telecomm, Inc. v. F.C.C.,
    259 F.3d 740 (D.C. Cir. 2001)..................................................................... 19, 23

Havens Realty Corp. v. Coleman,
    455 U.S. 363 (1982) ....................................................................................... 11

Natural Resources Defense Council, Inc. v. Browner,
    57 F.3d 1122 (D.C. Cir. 1995).......................................................................... 15

Nuclear Energy Institute, Inc. v. EPA,
    373 F.3d 1251 (D.C. Cir. 2004)................................................................... 12, 13

Public Citizen v. U.S. Department of Health and Human Services,
    332 F.3d 654 (D.C. Cir. 2003)..................................................................... 13, 21

Public Warehousing Co. K.S.C. v. Defense Supply Center, Philadelphia,
    489 F. Supp. 2d 30 (D.D.C. 2007)...................................................................... 26

Tao v. Freeh,
    27 F.3d 635 (D.C. Cir. 1994) ............................................................................ 12

United States v. Michael Vick,
    3:07-CR-274 (E.D. Va. 2007) ............................................................................ 5

Whitman v. America Trucking Ass'n Inc.,
    531 U.S. 457 (2001)........................................................................................ 12

## STATUTES

5 U.S.C. § 706 ................................................................................ passim

5 U.S.C. § 706(2) ............................................................................ passim

7 U.S.C. § 2156 .............................................................................. passim

7 U.S.C. § 2151 ..................................................................................... 20

7 U.S.C. § 2156(b) .......................................................................... 2, 25

7 U.S.C. § 2156(c) ........................................................................... passim

7 U.S.C. § 2156(e) ........................................................................... passim

7 U.S.C. § 2156(f) ................................................................................. 20

7 U.S.C. § 2156(i) ................................................................................... 2

18 U.S.C. § 49 ....................................................................................... 2

18 U.S.C. § 3571 .................................................................................................. 2

39 U.S.C. § 101 .................................................................................................... 2

39 U.S.C. § 3001 .......................................................................................... passim

Fed. R. Civ. P. 56 ......................................................................................... 11, 12

## LEGISLATIVE HISTORY

110 Cong. Rec. E656 ........................................................................ 16, 19, 20, 22

110 Cong. Rec. H3032 ...................................................................................... 17

110 Cong. Rec. H3035 ................................................................................. 17, 18

110 Cong. Rec. S4317 ....................................................................................... 18

110 Cong. Rec. S451 ......................................................................................... 18

110 Cong. Rec. S452 ......................................................................................... 12

H.R. 137 ........................................................................................................ 1, 17

H.R. Rep. No. 94-976, 23 (1976), reprinted in 1976 U.S.C.C.A.N. 783, 797 ........................... 10

H.R. Rep. No. 110-27 (2007) ....................................................................... 11, 17

## REGULATIONS

39 C.F.R. § 211.2(a)(2) ....................................................................................... 3

## STATE STATUTES

Colo. Rev. Stat. Ann. § 18-9-204(1) ................................................................... 6

D.C. Code Ann. § 22-1015(a)(1) ......................................................................... 6

Fla. Stat. Ann. § 828.122(23) .............................................................................. 6

La. Rev. Stat. §§ 14:90.6, 14:102.23 (2007) ........................................................ 5

## INTRODUCTION

Plaintiff The Humane Society of the United States is entitled to summary judgment in this case because the United States Postal Service ("USPS") has declared certain animal fighting trade publications to be "mailable," in direct contravention of a recent federal law barring distribution of illegal commercial materials through the mail service. As discussed below, the USPS's June 26, 2007 Ruling denying Plaintiff's petition to prohibit the mailing of animal fighting trade publications – including two publications that Congress specifically identified as the subject of the 2007 amendments to the Animal Welfare Act, 7 U.S.C. § 2156 ("AWA") – not only flouts Congress's clear intent in enacting the Federal Animal Fighting Prohibition Enforcement Act of 2007, *see* Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending the AWA, 7 U.S.C. § 2156), it also violates the Postal Act, 39 U.S.C. § 3001(a), and sections 601.12.5.7, 601.12.4.1, and 601.9.3.1 of the Domestic Mailing Manual. Accordingly, the Court should grant Plaintiff's motion for summary judgment, set aside USPS's decision to permit the mailing of illegal animal fighting advertisements as arbitrary and capricious and not in accordance with law under the Administrative Procedure Act, 5 U.S.C. § 706, and enjoin USPS from accepting the publications at issue here for delivery.

## BACKGROUND

### I.     Statutory and Regulatory Framework

#### A.      *Federal Animal Welfare Act*

On May 3, 2007, President Bush signed into law the Federal Animal Fighting Prohibition Enforcement Act of 2007, H.R. 137/S. 261 ("AFPEA"). The AFPEA, which went into effect immediately, amends the animal fighting provisions of the AWA, 7 U.S.C. § 2156. As amended by the AFPEA, it is now a felony under the AWA for "any person" to "knowingly use the mail service of the United States Postal Service or any instrumentality

of interstate commerce for *commercial speech* for purposes of *promoting or in any other manner furthering* an animal fighting venture." Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156(c)) (emphasis added).

The AFPEA also adds an express felony ban on the transport and delivery of the cockfighting knives and gaffs which are prominently advertised in the publications at issue here.  It is now a felony

> for any person to knowingly sell, buy, transport, or deliver in interstate or foreign commerce a knife, a gaff, or any other sharp instrument attached, or designed, or intended to be attached, to the leg of a bird for use in an animal fighting venture.

*Id.* (amending 7 U.S.C. § 2156(e)). The AWA also makes it a federal crime for "any person" to "knowingly sell, buy, transport, deliver, or receive for purposes of transportation, in interstate or foreign commerce, any dog or other animal for purposes of having the dog or other animal participate in an animal fighting venture." 7 U.S.C. § 2156(b).[1]

## B.    *The Postal Act*

The Postal Service is a creation of Congress; every aspect of its operation is governed by statute. *See, e.g.*, 39 U.S.C. § 101. Congress has the authority to deem materials "nonmailable" and thus prohibit USPS from accepting them for delivery through the mail service, and has exercised this authority with respect to certain materials in the Postal Act, 39 U.S.C. § 3001 *et seq*. In the very first provision of that lengthy statute, Congress mandated that "matter the deposit of which in the mail is punishable under . . . section 26 of the Animal Welfare Act [7 U.S.C. § 2156] is nonmailable." 39 U.S.C. § 3001(a). Therefore, any printed materials containing "commercial speech" for purposes of "promoting or in any

---

[1] The AFPEA also upgrades the criminal penalty for violating 7 U.S.C. § 2156 from a misdemeanor to a felony.  Each violation is punishable by up to three years in prison and a $250,000 fine. *See* Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156(i) and 18 U.S.C. § 49); 18 U.S.C. § 3571 (setting default fine provision for felony).

other manner furthering an unlawful animal fighting venture," 7 U.S.C. § 2156(c) is *per se* nonmailable per act of Congress.

When Congress declares an item to be nonmailable, it "*shall not* be carried or delivered by mail," *id.* § 3001(d) (emphasis added), and USPS is without discretion to even accept it for mailing – let alone issue a written ruling pronouncing that item to be mailable. The only discretion given by Congress to USPS with respect to nonmailable materials is how to dispose of such materials when they are presented to USPS, so long as they are not placed into the mails or otherwise delivered. *See id.* § 3001(b).

When USPS denies a petition to give effect to an act of Congress and declare specific items nonmailable, that ruling is a final agency action that is reviewable under the APA. 39 U.S.C. § 3001(m) (providing that "proceedings concerning the mailability of matter under this chapter . . . shall be conducted in accordance with chapters 5 and 7 of title 5 [of the U.S. Code; the APA]"). Additionally, this Court has held that "[w]hile the Postal Service is generally exempt from the provisions of the [APA], . . . the APA specifically applies to proceedings concerning the mailability of matter." *Aimes Publ'ns, Inc. v. U.S. Postal Serv.*, No. CIV.A.86-1434, 1988 WL 19618, at *5 n.10 (D.D.C. Feb. 23, 1988). Accordingly, when USPS issues a ruling permitting certain items to be mailed, despite an act of Congress designating such items as nonmailable, such a ruling operates as a final agency action that is arbitrary, capricious, or not in accordance with law, and must be set aside under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(A).

C.    ***The Domestic Mailing Manual***

To implement the Congressional directives of the Postal Act, USPS publishes and maintains the Domestic Mail Manual ("DMM"), a loose-leaf document that is a part of USPS's regulations. *See* 39 C.F.R. § 211.2(a)(2). The DMM provides that "[w]ritten, printed,

3

or graphic matter (e.g., advertisements) promoting or furthering an animal fighting venture conducted in any state (except a venture involving live birds permitted under the laws of the state in which the fight is conducted) is nonmailable under 7 USC 2156." DMM 601.12.5.7; *see also* Administrative Record at 293-296 (reproducing sections of the DMM).

The DMM also states that "any advertising, promotional, or sales matter that solicits or induces the mailing of any article described in 8.0, 9.0, or 10.0 is nonmailable." DMM 601.12.4.1. Because the DMM describes "adult fowls" in section 9.3.4 and prohibits the mailing of any of items banned under 7 U.S.C. § 2156 in section 9.3.1, any advertising, promotional, or sales matter that solicits or induces the mailing of gamecocks, roosters, adult fowl, or cockfighting knives and gaffs is thereby nonmailable.

### D.    *Administrative Procedure Act*

Under the APA, a reviewing court shall "hold unlawful and set aside agency action, findings, and conclusions found to be . . .  arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

## II.    Factual Background

### A.    *The Animal Fighting Industry*

At an animal fight, two or more animals specially trained and bred for aggression are pitted against one another in a small enclosure and provoked by their handlers to attack each other, usually until one or both of the animals dies from injuries inflicted in the fight, with gamblers betting on the outcome. *See* Declaration of Ann Chynoweth, ¶ 22 (Ex. A) (citing ILLEGAL ANIMAL FIGHTING: A LAW ENFORCEMENT PRIMER FOR THE INVESTIGATION OF DOGFIGHTING AND COCKFIGHTING (Administrative Record at 26-33)). Birds are made to fight with knives or "gaffs" affixed to their legs. *See id.* ¶ 23. Dogs and birds wounded or killed in a fight suffer painful, disfiguring, and debilitating injuries,

including lacerations, ruptured organs, broken or severed limbs, gouged eyes, punctured lungs, head injuries, broken necks and backs, internal bleeding, shock, and partial or full paralysis. *Id.* If an animal loses a fight by running away, it causes the handler embarrassment and loss of reputation. *Id.* ¶ 24. A runaway dog's handler will often execute her as punishment, by way of gunshot, electrocution, drowning, or other crude methods. *See United States v. Michael Vick*, 3:07-CR-274 (E.D. Va., indictment filed Jul. 17, 2007).

Animal fighting also poses a public safety and public health threat. A variety of criminal activities, including gambling, drug possession, rape, illegal weapon possession, and homicide have been associated with animal fighting. *See* Administrative Record at 23, 72-85, 91. Because of the gambling, money, weapons, and illegal drugs involved, dog fighting and cockfighting contribute to a rise in other types of crime in the affected communities, such as personal violence and property crime. *Id.* Dog fighting also threatens public health and safety, by increasing the risk to law enforcement officers and to the public – especially children and the elderly – of dog bites and dog attacks. *See* Chynoweth Decl. ¶ 26. Dog fighting also facilitates the spread of transmissible diseases from dog to dog and dog to human, such as heartworm and rabies. *Id.* Cockfighting also poses a public health and biosecurity threat. *Id.* (citing Administrative Record at 100-117). As confirmed by the World Health Organization, cockfighting caused over eight human cases of avian influenza between January 2004 and April 2005. *Id.*

Dog fighting and cockfighting are illegal in every state and in the District of Columbia. Cockfights in Louisiana with gambling, such as those advertised in the publications at issue here, became illegal as of August 15, 2007, and cockfights without gambling are outlawed effective August 15, 2008. LA. REV. STAT. §§ 14:90.6, 14:102.23 (2007). Additionally, thirty-six states prohibit the sale, purchase, and/or possession of the

fighting animals and implements advertised by the hundreds in the Publications, and twenty-seven states and the District of Columbia further criminalize other acts that "promote[ ]," D.C. CODE ANN. § 22-1015(a)(1), or "further" animal fighting, such as "advertising" or "us[ing] any means of communication for the purpose of promoting [ ] a fight." *See*, *e.g.*, FLA. STAT. ANN. § 828.122(3)(d) (West 2006); COLO. REV. STAT. ANN. § 18-9-204(1)(b)(V).

### B.    *Animal Fighting Trade Publications*

Notwithstanding bans having been passed in all fifty states, animal fighting is still a multi-million dollar business, due in large part to two catalog-type monthly animal fighting publications – *The Feathered Warrior* and *The Gamecock* (hereinafter "the Publications") – that illegally promote and further hundreds if not thousands of specific illegal animal fighting ventures. The Publications are circulated by way of USPS to a total circulation of over 10,000 subscribers. *See* Chynoweth Decl. ¶ 27 (citing Administrative Record at 119-21). The publishers enjoy discounted-rate periodical mailing privileges for the Publications from USPS. *See id.*

Advertisements comprise approximately sixty-four percent of the total content of the Publications as measured over a twelve month period – a total of over 2,500 advertisements for commercial transactions. *Id.* ¶¶ 29-30. Of these advertisements – more than 1,700 pages' worth as measured over a twelve month period – over ninety percent are criminal solicitations to purchase fighting animals and weapons that are illegal to buy and sell under federal law and the laws of many states. *Id.* Thirty-four percent of these advertisements propose commercial transactions for fighting animals or fighting paraphernalia that are illegal *everywhere*, because the transactions are prohibited by state

law in the seller's jurisdiction, and their interstate or international sale, purchase or shipment is also prohibited by federal law. *Id.*

Even after passage of the AFPEA, which made the interstate sale, purchase, and shipment of fighting animals and cockfighting knives and gaffs a federal felony, the Publications continue to run advertisements for illegal transactions by the hundreds. For instance, the Publications contain advertisements for fighting birds who "want to hurt something," such as one in particular that was marketed for his fighting prowess on the basis that he had impaled an opposing bird "through [the] neck and kill[ed] [him] outright." THE FEATHERED WARRIOR 3 (Jan. 2006) (Administrative Record at 46); *see also id.* at 15 (May 2007) (same advertisement); THE GAMECOCK 6 (Jan. 2006) (Administrative Record at 57) (advertising "battle cocks" that have won "short knife" cockfighting competitions); *id.* at 57 (May 2007) (same advertisement). The Publications also advertise dogs intended for fighting purposes, including dogs bred and sold by a notorious dog fighter who presently awaits trial on forty-eight felony counts of animal fighting. *See* FEATHERED WARRIOR at 63 (Dec. 2006) (Ex. B). Illegal "gaffs" or knives attached to the legs of birds for purposes of fighting have also been trafficked through the Publications by the hundreds. *See*, *e.g.*, (Administrative Record at 192-261),(reproducing April 2007 issue of THE GAMECOCK).[2]

The Publications also advertise animal fighting venues for purchase, such as the "Sally Gap Game Club," a "10,000 Sq. Ft." cockfighting club that "Is Up And Running!!!!" in

---

[2] Several months after the agency action at issue here, the Publications appear to have voluntarily suspended the printing of advertisements for gaffs and knives. The fact that even the publishers have since acknowledged the illegality of knife and gaff advertisements substantially undermines Defendant's position, as explained further below, that the only commercial speech that is nonmailable under the AFPEA is advertising for actual animal fights. There is no distinction in the law between advertisements for fighting animals and fighting weapons – both are illegal to sell and to advertise in interstate commerce. 7 U.S.C. § 2156. So long as the Publications continue to advertise fighting animals, they will be nonmailable.

Kentucky, where cockfighting is illegal. THE GAMECOCK 37 (Dec. 2006) (Administrative Record at 285-286). The Publications also advertise animal fights. *See*, *e.g.*, THE FEATHERED WARRIOR 5, 9 (Jan. 2006) (Administrative Record at 48-49); *id.* at 9 (July 2007) (same; advertising "entry fee" wagers for cockfight "long knife derby" in jurisdiction where such an arrangement amounts to an illegal animal fight) (Ex. C). The Publications also list the results and champions from recent cockfights, including fights in states where cockfighting is illegal. *See*, *e.g.*, THE GAMECOCK 84, 90 (Apr. 2007) (Administrative Record at 246, 250) (publishing monthly fight results and photographs from an illegal cockfighting pit in Van Buren, Arkansas, which was raided by law enforcement authorities on May 19, 2007)).

The publisher of a dog fighting magazine pled guilty last year in Pennsylvania to two felony animal fighting and conspiracy charges based entirely on his publishing and distributing the magazine, under a statute that prohibits "encouraging" animal fighting, similar to the AWA provision at issue here. *See Com. v. Fricchione*, Crim. No. 0012396-2004 (Pa. Ct. Comm. Pleas, sentenced March 13, 2006) (Ex. D). Like the Publications here, the dog fighting magazines at issue in the *Fricchione* criminal action listed the winners from recent animal fights, advertised fighting animals marketed based on their "victories" in those fights, advertised dog fighting implements, and contained some non-advertising content.

## C.    *Administrative Proceedings*

On April 26, 2006, Plaintiff petitioned USPS to declare the Publications nonmailable. In support of its request, Plaintiff explained that

> The AWA prohibits "any person to knowingly use the mail service of the [USPS] . . . for purposes of promoting or . . . furthering an animal fighting venture." 7 U.S.C. § 2156(c). For mail matter that is in violation of this provision of the AWA, the Postal Act deems such matter to be nonmailable.

39 U.S.C. § 3001(a) ("matter the deposit of which in the mail is punishable under . . . section 26 of the [AWA] *is nonmailable*") (emphasis added).

Petition of The Humane Society of the United States before the United States Postal Service, at 12 (Administrative Record at 14). In the Petition, Plaintiff further explained that

> Likewise, the DMM explicitly declares such matter to be nonmailable by providing that "[w]ritten, printed, or graphic matter (e.g., advertisements) promoting or furthering an animal fighting venture . . . *is nonmailable* under 7 USC 2156." DMM 601.12.5.7 (emphasis added). Additionally, "any advertising, promotional, or sales matter that solicits or induces the mailing of [live animals for the purpose of participating in an animal fighting venture or adult fowls] *is nonmailable*." DMM 601.12.4.1, 601.9.3.4, and 601.9.3.1 (emphasis added).

*Id.* at 12-13 (Administrative Record at 14-15). Plaintiff submitted twenty attachments with the Petition, including copies of the Publications, to demonstrate that, among other things, the Publications promote or further unlawful animal fighting ventures in violation of the AWA, and that the Publications contain "advertising, promotional, or sales matter that solicits or induces the mailing of" "a live animal for the purpose of participating in an animal fighting venture." DMM 601.12.4.1; 601.9.3.1.[3]

On June 5, 2006, USPS denied Plaintiff's Petition, on the sole basis that the House Report to the 1976 amendments to the AWA stated that "'[g]ame fowl publications would be unaffected except that advertising of fights involving live birds would be prohibited except in those instances where such fights are to be held in a State or territory where they are not unlawful.'" June 5, 2006 Ruling at 1 (Administrative Record at 128) (quoting H.R. REP. NO.

---

[3] Plaintiff also petitioned USPS to revoke the reduced-rate periodical mailing privileges enjoyed by the Publications, explaining that "'[o]nly newspapers and periodical publications meeting the mailability standards in [Chapter] 601 . . . may be authorized mailing at the Periodicals rates.'" Petition at 10 (quoting DMM 707.4.3) (Administrative Record at 12).

94-976, 23 (1976), reprinted in 1976 U.S.C.C.A.N. 783, 797). USPS invited Plaintiff to

inform USPS of "further developments in this law." *Id.* at 2 (Administrative Record at 129).

Acting upon this invitation, on May 3, 2007, Plaintiff supplemented and requested

reconsideration of its Petition to USPS to declare the Publications nonmailable in light of

the AFPEA, which made substantial upgrades to the animal fighting provisions of the

AWA, as explained above, and which went into effect that day.  Plaintiff's Supplemental

Petition to USPS (Administrative Record at 123-290). Specifically, Plaintiff explained that:

> The Publications unquestionably fall within this [new] "commercial speech"
> prohibition. They are little more than catalogs featuring hundreds of
> advertisements per issue for fighting dogs and birds, fighting animal
> weapons, and blood-clotting drugs that are illegal to buy and sell in interstate
> commerce under federal law and also under the laws of many states.

*Id.* at 2 (Administrative Record at 124) (citing attachments with copies of the recent issues

of the Publications in their entirety). In its May 3, 2007 Supplemental Petition, Plaintiff

also quoted and attached hard copies of the statutory text and legislative history of the

AFPEA, discussed further below, and explained that the plain text of the law, along with

the "voluminous and uncontested legislative history . . . contradicts and supersedes the

1976 House Report which forms the basis for the denial of the [April 2006] Petition." *Id.* at

5 (Administrative Record at 127).

On June 26, 2007, USPS denied Plaintiff's May 3, 2007 Supplemental Petition, on

the grounds that "the Act did not alter [the statute's] direct application to the Postal

Service." Jun. 26, 2007 Ruling at 1 (Ex. E). USPS further stated that "[t]he absence of any

change to the plain language of the statute which addresses the Postal Service prevents me

from" granting Plaintiff's Petition. *Id.* Although USPS acknowledged that "these magazines

. . . appear to contain such advertisements" for "the sale, purchase, transport or delivery in

interstate or foreign commerce of bird-fighting accessories," USPS concluded that the

Publications were nonetheless mailable because "the Act did not include among its provisions any ban on advertising of such items." *Id.* at 1.

Two weeks later, Plaintiff filed this action as a related case to *The Humane Society of the United States v. Amazon.com, Inc., et al.*, Civ. No. 07-0623 (CKK), currently pending before this Court, as the two matters present common issues of law and fact. Plaintiff respectfully suggests that the Court adjudicate this matter prior to the *Amazon.com* action, because this case presents a narrow legal issue based on an administrative record, the resolution of which would, as a practical matter, most likely moot further proceedings in the *Amazon.com* matter with respect to the Publications.

## ARGUMENT

### III.    USPS's Ruling Permitting the Mailing of Animal Fighting Materials Is Arbitrary, Capricious, and Not In Accordance With Law.

Plaintiff is entitled to summary judgment because the pleadings, the Administrative Record, and the declarations and materials submitted with this memorandum and motion, demonstrate that there is no genuine issue of material fact in dispute, and that USPS has, as a matter of law, violated federal statutes and regulations.[4] *See* Fed. R. Civ. P. 56(c); *Tao*

---

[4] Plaintiff easily satisfies Article III standing requirements. Plaintiff suffers ongoing and measurable economic harm (totaling $57,367.42 to date, including emergency expenses incurred just days after Plaintiff filed its original Motion for Summary Judgment in this matter, *see* Chynoweth Decl. ¶ 18) that is "fairly traceable" to USPS's Rulings, and is likely to be redressed, at least in part, by a favorable decision. *Bennett v. Spear*, 520 U.S. 154, 162 (1997); *see also Havens Realty Corp. v. Coleman*, 455 U.S. 363, 378-79 (1982) (finding standing where plaintiff organization merely alleged that it "has been *frustrated by* defendants' [unlawful] practices") (emphasis added); *Abigail Alliance for Better Access to Developmental Drugs v. Eschenbach*, 469 F.3d 129, 132-33 (D.C. Cir. 2006) (organizational standing where defendant's action "caused a drain on [plaintiff organization's] resources and time because the organization has had to divert significant time and resources from these activities toward helping its members and the public").

Plaintiff also meets prudential standing requirements. *See Action Alliance of Senior Citizens of Greater Philadelphia v. Heckler*, 789 F.2d 931, 939 n.11 (D.C. Cir. 1986) (where plaintiff "participat[ed] in the passage of the statute at issue," the court presumes that "Congress . . . thus had the interests of such organizations clearly in view when it adopted

*v. Freeh*, 27 F.3d 635, 638 (D.C. Cir. 1994). Indeed, USPS admitted in its Ruling that "these magazines . . . appear to contain such advertisements" for "the sale, purchase, transport or delivery in interstate or foreign commerce of bird-fighting accessories," Jun. 26, 2007 Ruling at 1 (Ex. E). Since the parties are in accord on that salient fact, the sole issue before the Court is one of law – whether USPS's Ruling permitting the mailing of advertisements for animal fights, fighting animals, and cockfighting weapons contravenes the AFPEA, the Postal Act, and the Domestic Mailing Manual. Summary judgment is thus proper here. *City of Williams v. Dombeck*, 151 F. Supp. 2d 9, 12 (D.D.C. 2001) ("Summary judgment is [ ] appropriate where . . . review is on the administrative record").

In determining whether USPS's mailability Ruling violates the federal statutes at issue, the familiar two-part *Chevron* test applies. *See Chevron U.S.A., Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984); 39 U.S.C. § 3001(m) (sections 5 and 7 of the APA apply to mailability rulings); *Aimes Publ'ns,* 1988 WL 19618, at *5 n.10 (the APA specifically applies to proceedings concerning the mailability of matter"); *Whitman v. Am. Trucking Ass'n Inc.*, 531 U.S. 457, 478 (2001) (review under the APA "is meant to cover comprehensively every manner in which an agency may exercise its power").

Under the first step of *Chevron*, the Court "ask[s] 'whether Congress has directly spoken to the precise question at issue,' for if 'the intent of Congress is clear, that is the end of the matter . . . the Court, as well as the agency, must give effect to the unambiguously expressed intent of Congress.'" *Nuclear Energy Inst., Inc. v. EPA*, 373 F.3d 1251, 1269 (D.C. Cir. 2004) (quoting *Chevron*, 467 U.S. at 842-43). Only "[i]f the statute is 'silent or ambiguous with respect to the specific issue,'" does the Court "proceed to *Chevron's* second

---

the legislation"); *see also* 110 CONG. REC. S452; H.R. REP. NO. 110-27, at 2 (reproduced in Administrative Record at 264, 266) (mentioning Plaintiff by name as the driving force behind passage of the AFPEA).

step, asking whether the agency's interpretation 'is based on a permissible construction of the statute.'" *Nuclear Energy Inst.*, 373 F.3d at 1269 (quoting *Chevron*, 467 U.S. at 843).

### A. USPS's Ruling Violates the Animal Welfare Act's Prohibition on the Mailing of Advertisements for Fighting Animals and Weapons.

Here, the Court need proceed no further than the first step of *Chevron*, because when the "text, structure, legislative history, and purpose" of the AFPEA is considered, *Public Citizen v. U.S. Department of Health and Human Services*, 332 F.3d 654, 662 (D.C. Cir. 2003), it is plain that "Congress has directly spoken to the precise question at issue," and that the "the intent of Congress" to ban the shipment of animal fighting advertisements – and hence to bar USPS from accepting them for mailing, "is clear." *Nuclear Energy Inst.*, 373 F.3d at 1269 (quoting *Chevron*, 467 U.S. at 843).

In passing the AFPEA, Congress added the term "commercial speech" to the Postal Service provision of the animal fighting statute, to clarify that materials containing "commercial speech" that promotes or furthers animal fighting ventures may not be mailed, and may not be accepted by USPS for mailing. Accordingly, it is now a felony to:

> knowingly use the mail service of the United States Postal Service or any instrumentality of interstate commerce for *commercial speech* for purposes of promoting or in any other manner furthering an animal fighting venture.

Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156(c)) (emphasis added). It is beyond question that a monthly animal fighting trade publication containing *commercial speech*, or advertisements, for hundreds of fighting animals and weapons "promot[es] or in any other manner further[s]" hundreds if not thousands of specific illegal "animal fighting venture[s]."

Specifically, the Petition and the May 3, 2007 Supplemental Petition pointed out several ways in which the mailing of these publications promotes and furthers illegal animal fighting ventures. First, as explained and illustrated in the Petitions, the

Publications advertise actual illegal animal fights. *See* Administrative Record at 5, 15, 124-25. Second, the Publications advertise birds marketed on the basis of victories at illegal animal fights. *See* Administrative Record at 124-126. These advertisements – which are nothing more than criminal solicitations to illegally purchase fighting animals – promote the illegal animal fighting ventures named in the advertisements, by making their existence known to cockfighters, and by encouraging cockfighters to attend those specific ventures, because the commercial value of their fighting animals will be enhanced if they win. *See id.*; *see also* Chynoweth Decl. ¶ 34.

Third, the Publications promote or further the specific animal fights in which the dogs and roosters trafficked by the thousands in the Publications are ultimately fought in, usually to their deaths. *See* Administrative Record at 124-126. Hundreds if not thousands of specific illegal animal fighting ventures would not exist but for the Publications, because the fighters would not attend if they could not procure fighting animals, and these publications are the primary source of supply of cockfighting roosters and cockfighting knives and gaffs. *See id*; *see also* Chynoweth Decl. ¶ 32. This is why the publications are found at seventy-five percent or more of all law enforcement raids of illegal cockfights. *See* Chynoweth Decl. ¶ 32.

The Publications also list the results and champions from recent cockfights, including fights in states where cockfighting is illegal. *See, e.g.*, THE GAMECOCK 84, 90 (Apr. 2007) (Administrative Record at 246, 250) (publishing monthly fight results and photographs from an illegal cockfighting pit in Van Buren, Arkansas, which was raided by law enforcement authorities on May 19, 2007, *see* Chynoweth Decl. ¶ 37). These fight results promote or further those illegal animal fighting ventures by making their existence known to cockfighters, and by encouraging cockfighters to attend, because their picture and

name or alias will be published if they win, thereby enhancing their reputation and the commercial value of their fighting animals. *See* Chynoweth Decl. ¶ 38.

Additionally, the Publications promote specific illegal animal fights by advertising fighting animals, because the fighting animal breeders who engage in nationwide illegal trafficking through these publications must, as part of their breeding and training process, fight their animals to test for aggression and "gameness" or fighting instinct. *See* Administrative Record at 29-30; *see also* Chynoweth Decl. ¶ 35. The cockfighters selectively breed for fighting traits by fighting the animals to see which are the most aggressive. Administrative Record at 29. The cockfighters then mate those roosters, if they survive the fight, with hens born to proven fighting roosters, and thereafter cull the rest. *See id*. Thus, these animals' fighting instinct is tested in actual illegal animal fights. Chynoweth Decl. ¶ 35. The more illicit commerce that is promoted and furthered by distribution of the Publications, the more illegal animal fights are necessary to test the "gameness" of fighting animals before they are shipped. The plain language of the new "commercial speech" provision thus clearly prohibits mailing of the animal fighting trade publications and catalogs like the Publications at issue here, so long as they continue to advertise illegal fighting animals or weapons.

In addition to this modification to the plain language of the statute, every piece of legislative history accompanying the AFPEA also makes clear that Congress added the "commercial speech" designation specifically to clarify that the mailing of materials such as the Publications "promot[es]" or "further[s]" animal fighting, and will be criminalized.[5]

---

[5] Notwithstanding statutory language that appears clear, at step one of the *Chevron* analysis, "[r]eference to statutory design and pertinent legislative history may often shed [ ] light on congressional intent." *Natural Res. Def. Council, Inc. v. Browner*, 57 F.3d 1122, 1127 (D.C. Cir. 1995) (quoting *Am. Scholastic TV Programming Found. v. FCC,* 46 F.3d 1173, 1180 (D.C. Cir. 1995)).

Indeed, the Publications at issue in this case were identified by Congress as one of the driving forces behind the AFPEA. For instance, as House lead sponsor Rep. Elton Gallegly (R-CA) explained, these publications illegally "*promote* animal fights in every State" not only because they advertise specific animal fights – which they do – but also because "they are sent to or read by buyers in many States, who buy the fighting animals and implements and then use them in animal fights in States where cockfighting is illegal." 110 CONG. REC. E656 (daily ed. Mar. 28, 2007) (remarks of lead sponsor Rep. Gallegly) (Administrative Record at 282; all legislative history is in the Administrative Record at 263-283). Rep. Gallegly also stated:

> subsection (c) of section 26 of the Animal Welfare Act, which is about interstate instrumentalities and commercial speech, prohibits the websites and the magazines where fighting animals are advertised for sale. These publications are commercial speech, and also clearly promote animal fighting.

*Id*. Rep. Gallegly continued:

> [t]he [magazines] advertise fighting animals and weapons for sale in interstate commerce. For example, over the last 12 months, there have been over 1,600 pages worth of advertisements for illegal interstate commercial transactions in the *two main cockfighting magazines.*

*Id*. (emphasis added) (referring to the two Publications, which were distributed to members of the House Subcomittee on Crime and Terrorism and discussed at the February 6, 2007 hearing on H.R. 137).

This understanding of the AFPEA's scope is reflected in the House Judiciary Committee report, the only Congressional report to accompany the AFPEA. The Judiciary Committee, explaining the "need for the legislation," found that "[t]he animal fighting industry continues to thrive . . . . despite 50 State laws that ban dogfighting and 48 State laws that ban cockfighting [because] [n]umerous nationally circulated animal fighting magazines still *promote* these cruel practices, and advertise fighting animals and the

accouterments of animal fighting." H.R. REP. NO. 110-27, at 2 (2007) (emphasis added) (Administrative Record at 265-273). Furthermore, the Chairman of the House Subcommittee on Crime and Terrorism, which held hearings on the bill, stated on the floor of the House that "[n]umerous nationally circulated animal fighting magazines advertise fighting animals. . . . [t]hankfully, H.R. 137 will seek to bring an end to these practices." 110 CONG. REC. H3032 (daily ed., Mar. 26, 2007) (remarks of Rep. Scott) (Administrative Record at 275).

Other members of the House Subcommittee on Crime and Terrorism agreed that materials such as the Publications promote or further animal fighting in violation of the law. Urging her colleagues to "provide a meaningful deterrent" to the "animal fighting industry," Rep. Sheila Jackson-Lee explained that "[r]azor-sharp knives known as 'slashers' and ice pick-like gaffs . . . used only in cockfights, are sold through cockfighting magazines. . . ." 110 CONG. REC. H3035 (Administrative Record at 278). Rep. Jackson-Lee further noted that "there has been a dramatic increase in the number of animal fighting raids by state and local authorities. Yet numerous nationally circulated animal fighting magazines still *promote* these cruel practices and advertise fighting animals and the accoutrements of animal fighting." *Id.* (emphasis added).

The Senate also made specific findings that materials like the publications "promote" animal fighting in violation of 7 U.S.C. § 2156. Lead sponsor Senator Maria Cantwell, introducing the bill on the Senate floor, stated that "the animal fighting industry . . . continues unabated nationwide. These enterprises depend on interstate commerce, as evidenced by the animal fighting magazines that advertise and promote them." 110 CONG. REC. S451 (daily ed., Jan. 11, 2007) (emphasis added) (Administrative Record at 263). Senator Cantwell explained that "[c]ockfighting magazines . . . contain hundreds of advertisements for mail-order knives and gaffs revealing a thriving interstate market for

the weapons used in cockfights." *Id.* Clearly, the "commercial speech" provision is among the expansive "new tools" created by Congress "for law enforcement to enforce these laws nationwide." 110 CONG. REC. S4317 (daily ed. Apr. 10, 2007) (remarks of co-sponsor Senator Leahy) (Administrative Record at 283).

Moreover, in passing the AFPEA, Congress also added an express felony ban on the transport and delivery of the cockfighting knives and gaffs which are prominently advertised in the Publications. It is now a felony

> for any person to knowingly sell, buy, transport, or deliver in interstate or foreign commerce a knife, a gaff, or any other sharp instrument attached, or designed, or intended to be attached, to the leg of a bird for use in an animal fighting venture.

Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156(e)). Each issue of the Publications contains hundreds of advertisements for the sale, purchase, transport, and delivery of knives and gaffs in interstate or foreign commerce, as explained above. Since the "cockfighting magazines with all of their advertisements for contraband . . . are basically just catalogs, with hundreds of advertisements per issue for illegal transactions," whereby "[t]he sellers are just soliciting the buyers to commit criminal acts," 110 CONG. REC. E656 (Administrative Record at 282), Congress clearly intended the Publications to be declared nonmailable on this additional basis. All of this legislative history is in the Administrative Record, yet USPS's Ruling utterly fails to account for it. In light of this plain language modification and the voluminous and uncontested legislative history confirming Congress's intent that materials such the Publications be barred from mailing, USPS's Ruling permitting the continued mailing of these and other animal fighting advertisements is manifestly arbitrary and not in accordance with law.

**B.    USPS's Ruling Is Not a Reasonable Interpretation of the Animal Welfare Act as Amended by the AFPEA, and Is Due No Deference.**

Even if this Court were to find Congress's intent in enacting the AFPEA to be "ambiguous," *Chevron*, 467 U.S. at 843, USPS cannot show that its Ruling is a "reasonable construction of the text" and legislative intent, as they must be to pass muster under the second step of *Chevron*. *Barnhart v. Thomas*, 540 U.S. 20, 26 (2003) (emphasis added); *Global Crossing Telecomm., Inc. v. F.C.C.*, 259 F.3d 740, 744 (D.C. Cir. 2001) (court must determine whether agency decision is "reasonable in light of the Act's text, legislative history, and purpose"). Specifically, after reviewing the rationale provided in the agency's decision, a court must determine whether the decision comports with the legislative history and ensure the agency has not "construe[d the] statute in a way that is contrary to congressional intent or that frustrates congressional policy." *Akhtar v. Burzynski*, 384 F.3d 1193, 1198 (9th Cir. 2004).

In light of the patent purpose of the AFPEA to prevent the mailing of advertisements for fighting animals and weapons, *see* Section III(A) *supra*, any construction by USPS that would allow such mailing to continue is, to say the least, not "reasonable." USPS's June 26, 2007 Ruling virtually nullifies Congress's clear mandate to rid the mail service of advertisements for fighting animals and weapons. *See*, *e.g.*, 110 CONG. REC. E656 (Administrative Record at 282) ("subsection (c) of section 26 of the Animal Welfare Act, which is about interstate instrumentalities and commercial speech, prohibits the websites and the magazines where fighting animals are advertised for sale. These publications are commercial speech, and also clearly promote animal fighting"). USPS's Ruling – which acknowledges that the Publications "appear to contain such advertisements," Jun. 26, 2007 Ruling at 1 (Ex. E) – is directly "contrary to congressional intent" and manifestly "frustrate[ ] congressional policy." *Akhtar*, 384 F.3d at 1198. Nothing in the Administrative Record

explains how a publication could "contain such advertisements" and yet not be within the "direct application" of the AWA. Jun. 26, 2007 Ruling at 1 (Ex. E).

Moreover, this Court owes *no deference at all* to USPS's interpretation of the AWA, because USPS is not the agency authorized to implement the AWA – that responsibility falls to the U.S. Department of Agriculture. *See* 7 U.S.C. § 2156(f); 7 U.S.C. § 2151. As the Court of Appeals has made clear, "when we are faced with an agency's interpretation of a statute *not* committed to its administration, we give no deference." *City of Olmsted Falls v. F.A.A.*, 292 F.3d 261, 270 (D.C. Cir. 2002) (emphasis in original).

Given this outright absence of any deference, it is especially unreasonable for USPS to flatly ignore a criminal prohibition on the mailing of "commercial speech" simply because Congress did not elect to use the term "advertising" instead. Jun. 26, 2007 Ruling at 1 (Ex. E) (asserting that despite the prohibition on mailing of "commercial speech," animal fighting "advertisements" are mailable because "the Act did not include among its provisions any ban on *advertising* of such items") (emphasis added). According to both Supreme Court precedent and common sense, the terms "commercial speech" and "advertising" are synonymous. *Bolger v. Youngs Drug Products Corp.*, 463 U.S. 60, 67 (1983) (speech is commercial if it is concededly an advertisement, if it refers to a specific product, or if the publisher had an economic motivation).[6] Nothing in the Administrative Record explains how "advertisements" are somehow different than "commercial speech." Animal fighting trade publications like those at issue here are replete with criminal solicitations to engage in illegal trafficking. These solicitations are clearly advertisements, because they identify the product, make an offer for purchase that lists the current price

---

[6] Indeed, USPS's own regulations regarding animal fighting equate the "commercial speech" barred by the AFPEA with "advertisements." *See* DMM 601.12.5.7 "[w]ritten, printed, or graphic matter (e.g. advertisements) promoting or furthering an animal fighting venture . . . is nonmailable under 7 USC 2156") (Ex. F).

and quantity (*i.e.*, fighting "trios" for $750.00, "socket knife double edge $100.00 each"), and specify the contact method for consummating the (criminal) transaction. *See, e.g.,* THE GAMECOCK 100 (Apr. 2007) (Administrative Record at 254).

It is equally baffling for USPS to conclude, in its June 26, 2007 Ruling following the enactment of the AFPEA, that "[t]he absence of any change to the plain language of the statute which addresses the Postal Service prevents me from" declaring the Publications nonmailable, Ex. E at 1, when in fact Congress *did* make critical changes to the Postal Service provision of that statute, *see* Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. § 2156(c)), as well as to other relevant parts of the animal fighting prohibition, *see id.* (amending 7 U.S.C. § 2156(e), (g), (i)), as Plaintiff explained at length in its Supplemental Petition. Administrative Record at 124, 126. It is well-settled that simply citing the statutory language and claiming conformity does not transform an unreasonable agency action into a reasonable one. *See*, *e.g.*, *Pub. Citizen*, 332 F.3d at 661 (agency repetition of the statutory language did not constitute sufficient "reasoning" under *Chevron* step two). By ruling that animal fighting trade publications, replete with hundreds of advertisements for contraband, are mailable, USPS completely undermined Congress's amendment adding "commercial speech" to the Postal Service provision of the animal fighting law.

Nor do either of the rationales proffered by USPS in its June 5, 2006 Ruling find any support – either in the law or in the Administrative Record materials.  In that Ruling, USPS stated that the AWA mailing provision "contains an exception . . . for live bird fights that occur in states where the practice is legal." June 5, 2006 Ruling at 1 (citing 7 U.S.C. § 2156(d)) (Administrative Record at 128). As Plaintiff pointed out in its May 3, 2007 petition,

Congress has since made clear its express intent that this exception not be construed to permit the mailing of materials such as the Publications:

> Subsection (d) is meant to limit subsection (c) with respect to the magazines and other commercial speech promoting cockfights in States where that is legal. It acts as a limitation upon subsection (c), but, as under current law, *only if the effect of that promotion is limited to cockfights in the one State where cockfighting is still legal.* So as a practical matter, (d) does not limit enforcement of (c) against the cockfighting magazines and website advertisements, because these materials promote animal fights in every State—they are sent to or read by buyers in many States, who buy the fighting animals and implements and then use them in animal fights in States where cockfighting is illegal.

110 CONG. REC. E656 (Administrative Record 282) (emphasis added). This Congressional finding reflects a common sense reading of the statute; the promotional effects of commercial speech in a nationwide trade publication will never be isolated to a single state. Even more importantly, cockfighting has since been banned in all fifty states. *See* Section II(A) *supra*. Thus, the "exception" relied upon by USPS, to the extent it ever functioned as an exception at all with respect to the Postal Service provision, no longer has any legal effect.

The second rationale relied upon by USPS in its June 5, 2006 Ruling is equally bankrupt. In that Ruling, USPS relied principally upon a House Report to the 1976 amendments to the Animal Welfare Act, which stated that "[g]ame fowl publications would be unaffected" by the Postal Service provision of the animal fighting statute. Jun. 25, 2007 Ruling at 1 (Ex. E). As Plaintiff alerted USPS in its May 3, 2007 Supplemental Petition, the intervening change to the plain language of the statute, as well as the accompanying legislative history, make clear that in fact the Postal Service provision very clearly *does* apply to game fowl publications like the Publications that contain "commercial speech" for fighting animals and weapons. As Plaintiff explained, these Congressional modifications and "findings that materials such as the Publications 'promot[e]' or 'further[ ]' animal

fighting, negate[ ] the 1976 House Report that formed the basis for the [June 5, 2006] denial of the Petition." Suppl. Petition at 4 (Administrative Record at 126). Even if USPS was correct that Congress did not intend to bar mailing of *any* game fowl publications thirty years ago – a strained reading even with the benefit of the 1976 House Report – it is manifest that Congress no longer permits the mailing of game fowl publications to the extent that they contain commercial speech that promotes animal fighting ventures. It is arbitrary and capricious for USPS not to give effect to this change in the underlying black-letter law. USPS's refusal to declare such illegal commercial speech nonmailable simply cannot be squared with Congress's clear command, and must be set aside.

### C.    USPS's Ruling Also Violates the Postal Act.

USPS's Ruling not only flouts Congress's clear intent in amending the AWA, it also violates the Postal Act. The Postal Act expressly incorporates the AWA animal fighting statute by reference, clearly stating that "matter the deposit of which in the mail is punishable under . . . section 26 of the Animal Welfare Act is nonmailable." 39 U.S.C. § 3001(a). As explained above, Section 26 of the Animal Welfare Act now makes it a felony to knowingly use the Postal Service to mail advertisements for fighting animals and weapons. *See* 7 U.S.C. § 2156(c). Accordingly, under the Postal Act, advertisements for fighting animals and weapons are "nonmailable." 39 U.S.C. § 3001(a).

Despite this clear statutory prohibition, and despite admitting that the Publications "appear to contain such advertisements," Jun. 26, 2007 Ruling at 1 (Ex. E), USPS nonetheless declared the Publications to be mailable, in direct defiance of the Postal Act. As with the AWA, any construction by USPS that would allow such mailing to continue is certainly not a "reasonable" construction of the Postal Act. *Global Crossing*, 259 F.3d at 744. Indeed, USPS does not even *mention* the Postal Act in its Ruling; nor does the

Administrative Record contain any support for such an unreasonable interpretation of the law.[7] Since USPS's Ruling flatly violates not only the literal terms of the Postal Act, but also thwarts Congressional intent to bar shipment of any materials containing advertisements for fighting animals and animal fighting weapons, the Ruling is arbitrary and capricious, an abuse of discretion, and not in accordance with law, and must be set aside.

### D.    USPS's Ruling Also Contravenes the Domestic Mail Manual.

USPS's Ruling also violates the USPS's own regulations, and must be set aside on that additional basis. Although an agency's "interpretations of its own regulations" are normally "afford[ed] substantial deference," such agency action may still be set aside under the APA if "its interpretation is plainly erroneous or inconsistent with the regulation." *Cent. Vermont Pub. Serv. Corp. v. F.E.R.C.*, 214 F.3d 1366, 1369 (D.C. Cir. 2000) (internal citation omitted). Here, USPS's Ruling is flatly inconsistent with its own regulations.

The Domestic Mail Manual ("DMM") mandates that "[w]ritten, printed, or graphic matter (e.g. advertisements or other commercial speech) promoting or furthering an [illegal] animal fighting venture . . . is nonmailable under 7 USC 2156." DMM 601.12.5.7 (all relevant DMM sections attached as Ex. F). As explained above, and as documented throughout Plaintiff's Petition and Supplemental Petition, it is beyond question that the animal fighting publications are replete with such illegal advertisements, and that Congress intended to bar USPS from accepting them for mailing. *See* Administrative

---

[7] In its June 26, 2007 Ruling, USPS stated that there was not "any change to the plain language of the statute which addresses the Postal Service." Jun. 26, 2007 Ruling at 1. To the extent this statement can be construed as a reference to the Postal Act rather than the mail service provision of the AWA, it is immaterial that Congress did not directly amend the Postal Act itself as part of the AFPEA, because the AWA provision at issue is incorporated by reference into the Postal Act. *See* 39 U.S.C. § 3001(a).

Record at 5, 6, 15, 124, 126. USPS's Ruling deeming such materials to be mailable is impossible to square with its own regulations.

Even more egregiously, USPS is ignoring its own regulatory mandate to declare "nonmailable" "any advertising, promotional, or sales matter that *solicits* or *induces* the mailing of any article described in 8.0, 9.0, or 10.0." DMM 601.12.4.1 (emphasis added). Because the DMM describes "adult fowls" in section 9.3.4 and also prohibits the mailing of any of items banned under 7 U.S.C. § 2156 in section 9.3.1, any advertising, promotional, or sales matter that solicits or induces the mailing of gamecocks, roosters, adult fowl, or cockfighting knives and gaffs is thereby nonmailable. *See* 7 U.S.C. § 2156(b), (e) (criminalizing shipment of fighting animals and cockfighting knives and gaffs). At a bare minimum, the hundreds of illegal advertisements in the Publication comprise "advertising, promotional, or sales matter that solicits or induces the mailing of" fighting animals and cockfighting knives, and should be declared nonmailable on this basis, as explained in the Petition and Supplemental Petition. DMM 601.12.4.1; *see also* Administrative Record at 11-12, 124, 126. Far from being a reasonable interpretation of the DMM, USPS's Ruling is plainly erroneous and directly inconsistent with the DMM, and finds no support in the Administrative Record. *Cent. Vermont Pub. Serv. Corp.*, 214 F.3d 1369.

Where, as here, the agency's action is "arbitrary, capricious, an abuse of discretion, and not in accordance with" several federal laws and the agency's own regulations, the decision under review "*shall*" be "h[e]ld unlawful and set aside." *Id.* at § 706(2) (emphasis added). Accordingly, the D.C. Circuit has construed section 706 as providing that "[i]f a[ ] [party] has standing" and "prevails on its APA claim, it is entitled to relief under that statute, *which normally will be [ ] vacatur.*" *Am. Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1084 (D.C. Cir. 2001) (emphasis added); *see also FCC v. Nextwave Pers.*

*Communications*, 537 U.S. 293, 300 (2003) (APA "requires federal courts to set aside federal agency action that is 'not in accordance with law,' 5 U.S.C. § 706(2)(A) – which means, of course, *any* law") (italics in original).

Accordingly, this Court should issue a declaratory judgment that that the Publications are nonmailable and that their distribution through the mail service violates the AWA, and hence that USPS's Ruling is not in accordance with the AWA, the Postal Act, and/or the DMM; and should vacate the ruling under review pending a remand consistent with this Court's decision. USPS should also be enjoined from accepting the Publications for delivery. Enjoining their distribution will stop ongoing violations of federal statutes, prevent irreparable injury to Plaintiff, *see* Chynoweth Decl. ¶¶ 2-20 (explaining that Plaintiff's critical assistance at law enforcement actions against illegal animal fighting ventures directly promoted by the Publications prevents Plaintiff from aiding other animals in natural disasters and other emergencies), and favor the public interest. *See id.* ¶¶ 25-26 (detailing public health and safety harms from illegal animal fighting ventures directly promoted by distribution of the Publications). *Pub. Warehousing Co. K.S.C. v. Def. Supply Ctr. Philadelphia*, 489 F. Supp. 2d 30, 35 (D.D.C. 2007) (setting forth permanent injunction factors).[8]

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiff's motion for summary judgment, set aside USPS's Ruling permitting the mailing of illegal animal fighting advertisements, and enjoin USPS from accepting the Publications for mailing.

---

[8] Such an injunction will not harm USPS, and will not harm other interested parties such as the publishers of the Publications, who remain free to distribute their materials in a manner that does not violate federal criminal statutes.

Respectfully submitted,


___/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Rebecca G. Judd (D.C. Bar No. 486315)
Jonathan R. Lovvorn (D.C. Bar No. 461163)

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org

*Counsel for Plaintiff*


Stuart Philip Ross (D.C. Bar No. 031658)
Sarhana Livingston (D.C. Bar No. 975886)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

December 20, 2007                    *Of Counsel for Plaintiff*


27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE HUMANE SOCIETY OF
THE UNITED STATES**,

        Plaintiff,

      v.

**UNITED STATES POSTAL SERVICE**,

        Defendant.

Civ. No. 07-1233 (CKK)

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
NOT IN GENUINE DISPUTE**

1.    In the federal Postal Act, Congress mandates that "matter the deposit of which in the mail is punishable under . . . section 26 of the Animal Welfare Act [7 U.S.C. § 2156] is nonmailable."  39 U.S.C. § 3001(a).

2.    The Domestic Mail Manual ("DMM"), a loose-leaf document that is part of the United States Post Office's ("USPS") regulations, *see* 39 C.F.R. § 211.2(a)(2), provides that "[w]ritten, printed, or graphic matter (e.g., advertisements or other commercial speech) promoting or furthering an animal fighting venture conducted in any state (except a venture involving live birds permitted under the laws of the state in which the fight is conducted) is nonmailable under 7 USC 2156."  DMM 601.12.5.7.

3.    The DMM also states that "any advertising, promotional, or sales matter that solicits or induces the mailing of any article described in 8.0, 9.0, or 10.0 is nonmailable," which includes "adult fowls" as described in section 9.3.4 and "live animal[s] for the purpose of participating in an animal fighting venture."  DMM 601.12.4.1; 601.9.3.4; 601.9.3.1.

4.     In 2007, Congress passed, and the President signed into law, the Federal Animal Fighting Prohibition Enforcement Act of 2007 ("AFPEA"), H.R. 137/S. 261, Public Law No. 110-22.  The AFPEA, which went into effect immediately, amends the animal fighting provisions of the federal Animal Welfare Act ("AWA"), 7 U.S.C. § 2156.  As amended by the AFPEA, it is now a felony under the AWA for "any person" to "knowingly use the mail service of the United States Postal Service or any instrumentality of interstate commerce for commercial speech for purposes of promoting or in any other manner furthering an animal fighting venture."  Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. §§ 2156(c), (i)).

5.     The AFPEA also added an express ban on the transport and delivery of cockfighting knives and gaffs, stating that it is now a felony "for any person to knowingly sell, buy, transport, or deliver in interstate or foreign commerce a knife, a gaff, or any other sharp instrument attached, or designed, or intended to be attached, to the leg of a bird for use in an animal fighting venture."  Pub. L. No. 110-22, § 3, 121 Stat. 88 (2007) (amending 7 U.S.C. §§ 2156(e), (i)).  The AWA also makes it a federal crime for "any person" to "knowingly sell, buy, transport, deliver, or receive for purposes of transportation, in interstate or foreign commerce, any dog or other animal for purposes of having the dog or other animal participate in an animal fighting venture."  *Id.* § 2156(b).

6.     In addition to this statutory modification, the legislative history accompanying the AFPEA set forth Congress's findings that the mailing of animal fighting publications, such as *The Gamecock* and *The Feathered Warrior* at issue here, promotes or furthers animal fighting in violation of 7 U.S.C. § 2156(c).  For instance, the House lead sponsor, Rep. Elton Gallegly (R-CA), explained:

> [S]ubsection (c) of section 26 of the Animal Welfare Act, which is about interstate instrumentalities and commercial speech, prohibits the websites and the magazines where fighting animals are advertised for sales.  These

2

> publications are commercial speech, and also clearly promote animal fighting. They advertise fighting animals and weapons for sale in interstate commerce. For example, over the last 12 months, there have been over 1,600 pages worth of advertisements for illegal interstate commercial transactions in the two main cockfighting magazines . . . [C]ockfighting magazines . . . promote animal fights in every State – they are sent to or read by buyers in many States, who buy the fighting animals and implements and then use them in animal fights in States where cockfighting is illegal . . . [C]ockfighting magazines with all of their advertisements for contraband . . . are basically just catalogs, with hundreds of advertisements per issue for illegal transactions . . . .

110 CONG. REC. E656 (daily ed. Mar. 28, 2007).

7. In the House Judiciary Committee report, the only Congressional report to accompany the AFPEA, the Judiciary Committee found that "[t]he animal fighting industry continues to thrive . . . despite 50 State laws that ban dogfighting and 48 State laws that ban cockfighting [because] [n]umerous nationally circulated animal fighting magazines still promote these cruel practices, and advertise fighting animals and the accouterments of animal fighting." H.R. REP. No. 1102, at 2 (2007).

8. The Chairman of the House Subcommittee on Crime and Terrorism, which held hearings on the AFPEA, stated on the floor of the House that "[n]umerous nationally circulated animal fighting magazines advertise fighting animals . . . [t]hankfully, H.R. 137 will seek to bring an end to these practices. 110 CONG. REC. H3032 (daily ed. Mar. 26, 2007) (remarks of Rep. Scott).

9. Other members of the House Subcommittee on Crime and Terrorism, noted that materials such as the publications at issue here promote or further animal fighting in violation of the law. Rep. Sheila Jackson-Lee explained:

> Razor-sharp knives known as 'slashers' and ice pick-like gaffs . . . used only in cockfights, are sold through cockfighting magazines . . . [T]here has been a dramatic increase in the number of animal fighting raids by state and local authorities. Yet numerous nationally circulated animal fighting magazines still promote these cruel practices and advertise fighting animals and the accoutrements of animal fighting.

3

110 CONG. REC. H3035.

10.    The Senate also made specific findings that materials, like the publications at issue here, promote animal fighting in violation of 7 U.S.C. § 2156.  Lead sponsor Senator Maria Cantwell, introducing the bill on the Senate floor, stated:

> [T]he animal fighting industry . . . continues unabated nationwide.  These enterprises depend on interstate commerce, as evidenced by the animal fighting magazines that advertise and promote them . . . Cockfighting magazines . . . contain hundreds of advertisements for mail-order knives and gaffs, revealing a thriving interstate market for the weapons used in cockfights.

110 CONG. REC. S451 (daily ed. Jan. 11, 2007).

11.    The publications at issue here, *The Gamecock* and *The Feathered Warrior*, are circulated by way of the U.S. Postal Service to a total circulation of over 10,000 subscribers. *See* Administrative Record at 119-21.

12.    Even after passage of the AFPEA, which made the interstate sale, purchase, and shipment of fighting animals and cockfighting knives and gaffs a federal felony, the Publications continue to run advertisements for illegal transactions by the hundreds. For instance, the Publications contain advertisements for fighting birds who "want to hurt something," such as one in particular that was marketed for his fighting prowess on the basis that he had impaled an opposing bird "through [the] neck and kill[ed] [him] outright." THE FEATHERED WARRIOR 3 (Jan. 2006) (Administrative Record at 46); *see also id.* at 15 (May 2007) (same advertisement); THE GAMECOCK 6 (Jan. 2006) (Administrative Record at 57) (advertising "battle cocks" that have won "short knife" cockfighting competitions); *id.* at 57 (May 2007) (same advertisement).

13.    The Publications also advertise dogs intended for fighting purposes, including dogs bred and sold by a notorious dog fighter who presently awaits trial on forty-eight

4

14.    Illegal "gaffs" or knives attached to the legs of birds for purposes of fighting have also been trafficked through the Publications by the hundreds. *See*, *e.g.*, (Administrative Record at 192-261),(reproducing April 2007 issue of THE GAMECOCK).

15.    The Publications also advertise animal fighting venues for purchase, such as the "Sally Gap Game Club," a "10,000 Sq. Ft." cockfighting club that "Is Up And Running!!!!" in Kentucky, where cockfighting is illegal. THE GAMECOCK 37 (Dec. 2006) (Administrative Record at 285-286).

16.    The Publications also advertise animal fights. *See*, *e.g.*, THE FEATHERED WARRIOR 5, 9 (Jan. 2006) (Administrative Record at 48-49); *id.* at 9 (July 2007) (same; advertising "entry fee" wagers for cockfight "long knife derby" in jurisdiction where such an arrangement amounts to an illegal animal fight) (Ex. C to Mem. In Supp. of Pl.'s Mot. For Summ. J.).

17.    The Publications also list the results and champions from recent cockfights, including fights in states where cockfighting is illegal. *See*, *e.g.*, THE GAMECOCK 84, 90 (Apr. 2007) (Administrative Record at 246, 250) (publishing monthly fight results and photographs from an illegal cockfighting pit in Van Buren, Arkansas, which was raided by law enforcement authorities on May 19, 2007)).

18.    On April 26, 2006, Plaintiff first petitioned the USPS to declare the publications, *The Gamecock* and *The Feathered Warrior*, nonmailable. Plaintiff submitted twenty attachments with the Petition, including copies of the publications, to demonstrate that, among other things, the publications promote or further unlawful animal fighting ventures in violation of the AWA, the Postal Act, and the DMM.

19.     On June 5, 2006, the USPS denied Plaintiff's Petition, on the basis that the House Report to the 1976 amendments to the AWA stated that "[g]ame fowl publications would be unaffected except that advertising of fights involving live birds would be prohibited except in those instances where such fights are to be held in a State or territory where they are not unlawful.'" June 5, 2006 Ruling at 1 (Administrative Record at 128) (quoting H.R. REP. NO. 94-976, 23 (1976), reprinted in 1976 U.S.C.C.A.N. 783, 797). USPS invited Plaintiff to inform USPS of "further developments in this law." *Id.* at 2 (Administrative Record at 129).

20.     Acting upon this invitation, on May 3, 2007, Plaintiff supplemented and requested reconsideration of its Petition to USPS to declare the publications nonmailable in light of the AFPEA, which, through statutory text and legislative history, made substantial upgrades to the animal fighting provisions of the AWA and which went into effect that day. *See* Plaintiff's Suppl. Petition to USPS (Administrative Record at 123-290).

21.     On June 26, 2007, USPS denied Plaintiff's May 3, 2007 Supplemental Petition, on the grounds that "the [AFPEA] did not alter [the AWA's] direct application direct application to the Postal Service." *See* June 26, 2007 Ruling at 1 (Ex. E to Mem. In Supp. of Pl.'s Mot. for Summ. J.).  Two weeks later, Plaintiff filed this action.

Respectfully submitted,


__/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Rebecca G. Judd (D.C. Bar No. 486315)
Jonathan R. Lovvorn (D.C. Bar No. 461163)

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org

*Counsel for Plaintiff*


Stuart Philip Ross (D.C. Bar No. 031658)
Sarhana Livingston (D.C. Bar No. 975886)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

December 20, 2007                    *Of Counsel for Plaintiff*

Attachment A to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE HUMANE SOCIETY OF
THE UNITED STATES**,

        Plaintiff,

    v.

**UNITED STATES POSTAL SERVICE**,

        Defendant.

Civ. No. 07-1233 (CKK)

## DECLARATION OF ANN CHYNOWETH

I, ANN CHYNOWETH, hereby declare as follows:

1.    I am the Senior Director of the Animal Cruelty and Fighting campaign for The Humane Society of the United States ("The HSUS"). I have worked for The HSUS for eleven years and I am a graduate of Vermont Law School. I have more than seven years of experience on animal fighting and animal cruelty issues, including field work, investigations, legislation, public policy, education, and assisting law enforcement officers and prosecutors.

2.    For more than five decades, The HSUS has engaged in public education, advocacy, training and legislative activities to curb animal fighting. The HSUS was instrumental in securing the passage of the Federal Animal Welfare Act Amendments of 1976, 2002, and 2007 relating to animal fighting, including the Animal Fighting Prohibition Enforcement Act of 2007 at issue here. Since 1954, The HSUS has worked to pass and improve animal fighting prohibitions in all fifty states. The HSUS also trains law enforcement officers and furnishes law enforcement agencies and prosecutors with technical publications regarding animal fighting.

3.     In addition to this legislative and educational work, The HSUS has been called upon by law enforcement agencies to respond to law enforcement raids at animal fighting ventures and to provide direct care and shelter for fighting animals seized by law enforcement agents, at a total cost to The HSUS of hundreds of thousands of dollars' worth of equipment, transportation, veterinary supplies, and personnel.

4.     In particular, in the past two years alone, The HSUS has responded to six major law enforcement actions against illegal animal fighting ventures that have direct ties to *The Gamecock* and *The Feathered Warrior*, including one that occurred just days after Plaintiff filed its first Motion for Summary Judgment in this matter, as described further below.

5.     For instance, on May 15, 2005, The HSUS responded to law enforcement authorities' requests to provide critical animal handling and technical expertise in a law enforcement raid on an unlawful commercial cockfighting and gamefowl breeding operation in Fiddletown, California owned by one of the advertisers in the publications at issue here. *See* Att. 1. Police arrested twenty-eight people for cockfighting and seized copies of those publications as evidence. *Id.* Officers also found multiple active cockfighting pits. *Id.* Hundreds of fighting animals were seized during the raid, and due to the large size of the criminal venture, The HSUS had to fly in staff from several states to assist. *See* Att. 2.

6.     The HSUS provided an emergency grant to pay for the care and housing of the seized animals held as evidence pending trial for criminal animal fighting charges. This included funding to build makeshift housing for the birds after the affected communities could no longer make room for the aggressive birds in their animal shelter dog runs without euthanizing more stray or surrendered dogs. *See* Att. 3. Although criminal charges remain pending, the owner of the animal fighting compound nonetheless continues to advertise fighting birds in the publications at issue here, where his advertisements state

2

that the compound is "still alive and – well!" and that he will continue to "ship" fighting birds "Anytime, anywhere." THE GAMECOCK at page Y (Mar. 2006) (Att. 4); THE FEATHERED WARRIOR 63 (Jun. 2007) (Att. 4).

7.    The total cost to The HSUS of its emergency response at the California Game Farm law enforcement operation was approximately $15,480.00. This includes approximately $4,000.00 in direct expenditures for transport, animal handling supplies, and protective equipment; a $5,000.00 emergency grant for building materials to construct a temporary shelter for seized animals; and 216 personnel hours. *See* Att. 5. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

8.    Additionally, The HSUS participated at the request of Louisiana State Police, U.S. Customs agents, and local SWAT teams, in the law enforcement action on March 9, 2005 that resulted in the arrest of fighting dog breeder Floyd Boudreaux, who now awaits trial on forty-eight felony counts of dogfighting arising out of his breeding and sale of dogs for fighting purposes. *See* Att. 6. Despite the pending felony charges, Boudreaux's fighting dogs and "stud service" have been advertised for sale in five of the most recent issues of one of the publications at issue here. *See, e.g.*, THE FEATHERED WARRIOR 63 (Dec. 2006) (Att. 7).

9.    The total cost to The HSUS of its emergency response at the Boudreaux law enforcement operation was approximately $6,640.00. This includes $3,040.00 for direct expenditures on transport, animal handling supplies, animal carriers, and protective equipment, as well as approximately 120 personnel hours. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

10.    In July, 2007, The HSUS was called upon in an unexpected and emergency fashion to handle and provide care for fighting birds seized from an illegal animal fighting

3

venture in Sacramento, California at which copies of THE GAMECOCK were found. *See* Att. 8. A criminal investigation is pending. The HSUS has expended over $5,000.00 dollars on this operation to date and its expenses are ongoing, including an emergency expenditure for the care and feeding of the birds. *See* Att. 9. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

11.    On January 22, 2007, The HSUS responded to law enforcement authorities' requests to provide critical animal handling and technical expertise in a law enforcement raid on an unlawful cockfighting venture in Mecklenburg, Virginia. *See* Att. 10. I was personally present for this raid. Federal and local agents arrested 145 people for cockfighting and found copies of the publications at issue here. More than one hundred fighting animals were seized during the raid, and due to the large size of the criminal venture, The HSUS had to fly in staff from several states to assist, including its Natural Disaster Services Team. *See* Att. 11.

12.    The total cost to The HSUS of its emergency response at the Mecklenburg law enforcement operation was approximately $6,593.25. This includes direct expenditures of approximately $2,233.25 for transport, animal handling supplies, animal carriers, and protective equipment; $1,000.00 for building materials to construct shelters for the birds because there was no space for that many fighting birds at the animal shelter in that jurisdiction; and 112 personnel hours. *See* Att. 12. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

13.    In February 2007, The HSUS also assisted with the investigation into an illegal cockfighting pit in Kentucky known as the "Sally Gap Game Club." This animal fighting venture was advertised for purchase in the December 2006 issue of *The Gamecock*, where it was billed as a "10,000 Sq. Ft." cockfighting club that "Is Up And Running!!!!" THE GAMECOCK 37 (Dec. 2006) (Administrative Record page 285) (attached here as Att. 13).

Cockfighting pits and cages are pictured in the advertisement, along with rows of bleachers where spectators observe the fights. *Id.*

14.    Undercover video footage obtained by The HSUS in February, 2007 reveals over four hundred people from several states in attendance at the Sally Gap Game Club, with an estimated $500,000 in illegal wagers being handled by the house on a single night. The Kentucky State Police continue to investigate the matter and the venue has closed. *See* Administrative Record pages 288-290 (attached here as Att. 14). The total cost to The HSUS of its investigation at the Sally Gap Game Club was approximately $1,360.11, including $881.11 for direct expenditures for travel and equipment, and approximately sixteen personnel hours. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

15.    On October 14, 2007, law enforcement authorities in San Diego, California summoned The HSUS to provide critical animal handling and technical expertise in a cockfighting raid described by authorities as the "biggest in U.S. history" – over 5,000 fighting birds were seized from a cockfighting breeding and fighting compound. Debbi Farr Baker, *More than 5,000 birds seized in cockfighting raid*, SAN DIEGO UNION-TRIBUNE (Oct. 15, 2007) (Att. 15). Over fifty suspects were charged with animal fighting. *Id.*

16.    Several copies of the publications at issue in this case were found during the raid and seized as evidence of criminal activity. A true and correct copy of two photographs of the publications found during the raid, and taken at the scene of the raid, is attached to this declaration as Attachment 16. Lieutenant Dan DeSousa of the San Diego County Animal Services Department described the compound as "a life-to-death operation for these birds. . . . They were raised on site. They would sell the eggs to people that wanted a

championship bloodline from these birds." Alex Johnson, *Cockfighting raid may be biggest in U.S. history*, MSNBC (Oct. 16. 2007) (Att. 17).

17.     Due to the large size of the criminal venture, The HSUS had to fly in staff from several states to assist, including its Natural Disaster Services Team.  The total cost to The HSUS of its emergency response at the San Diego law enforcement operation was approximately $22,294.06. *See* Att. 18. This includes direct expenditures of approximately $7,174.06 for housing, transport, and food; and 504 personnel hours. *See id*. These funds would have otherwise been spent on the education, advocacy, and outreach described in paragraphs 1 and 2.

18.     The total cost borne by The HSUS in responding to these six raids at animal fighting ventures with direct ties to the publications at issue here was approximately $57,367.42 over the past two years.

19.     Law enforcement officials often make clear that without our assistance at raids, they will not enforce the laws against these animal fighters, who will then continue to abuse animals. This is because few if any local agencies possess sufficient expertise or resources to seize, handle, and subsequently house, feed, provide veterinary assistance to, and care for large numbers of highly aggressive animals for all or part of the suspect's criminal proceedings and appeals. Municipalities are often forced to drop or settle charges due to the crushing financial burden of caring for seized fighting animals such as those advertised in the publications at issue here, which frustrates The HSUS's goals of preventing cruelty to animals.

20.     Additionally, when The HSUS is required to respond to or assist with a law enforcement raid on an unlawful animal fighting venture, it ties up The HSUS's personnel, equipment, vehicles, and supplies, such that those resources cannot be used for days or even weeks. The HSUS is the lead emergency response entity in the United States for

animals during natural disasters and other emergencies. If The HSUS's finite resources are tied up on a raid of one of the many unlawful animal fighting ventures promoted and furthered by the illegal distribution of the publications at issue here, The HSUS cannot respond to assist people and animals during a flood, storm, natural disaster, or other rescue operation during that time.

21.    Based on my first-hand knowledge and observations, including several of the law enforcement actions detailed above, as well as my professional experience and training; and the experience, knowledge, training, and observations of my staff, I am familiar with many aspects of animal fighting, as described in the following paragraphs.

22.    For instance, at an animal fight, two or more animals specially trained and bred for aggression are pitted against one another in a small enclosure and provoked by their handlers to attack the other animal, usually until one or both of the animals dies from injuries inflicted in the fight, with gamblers betting on the outcome. *See* ILLEGAL ANIMAL FIGHTING: A LAW ENFORCEMENT PRIMER FOR THE INVESTIGATION OF DOGFIGHTING AND COCKFIGHTING at 28-35 (Administrative Record pages 26-33).

23.    Birds are made to fight with knives or "gaffs" affixed to their legs. *See id.* Dogs and birds wounded or killed in a fight suffer painful, disfiguring, and debilitating injuries, including lacerations, ruptured organs, broken or severed limbs, gouged eyes, punctured lungs, head injuries, broken necks and backs, internal bleeding, shock, and partial or full paralysis. *See id.* If an animal loses a fight by running away, it causes the handler embarrassment and loss of reputation. *See id.*

24.    Losing animals are often abandoned and left to die from injuries, dehydration, or starvation. *See id.* A losing dog's handler will often execute her as punishment, by way of hanging, electrocution, drowning, or other crude methods. *See United States v. Michael Vick*, 3:07-CR-274 (E.D. Va., indictment filed Jul. 17, 2007).

25.     Animal fighting also poses a public safety and public health threat. A variety of criminal activities, including gambling, drug possession, rape, illegal weapon possession, and homicide have been associated with animal fighting. *See* Administrative Record pages 23, 72-85, 91. Because of the gambling, money, weapons, and illegal drugs involved, dogfighting and cockfighting contribute to a rise in other types of crime in the affected communities, such as personal violence and property crime. *Id.*

26.     Dogfighting also threatens public health and safety, by increasing the risk to law enforcement officers and to the public – especially children and the elderly – of dog bites and dog attacks. Dogfighting also facilitates the spread of transmissible diseases from dog to dog and dog to human, such as heartworm and rabies. Cockfighting also poses a public health and biosecurity threat. *See* Administrative Record pages 100-117. As confirmed by the World Health Organization, cockfighting caused over eight human cases of avian influenza between January 2004 and April 2005. *Id.*

27.     Notwithstanding bans having been passed in all fifty states, animal fighting is still a multi-million dollar business, due in large part to the two publications at issue here, which are circulated by way of the Postal Service to a total circulation of over 10,000 subscribers, and which receive bulk mailing permits and discounted postage rates. *See* Administrative Record pages 119-121.

28.     I am familiar with these publications because they are seized as evidence of criminal activity at over seventy-five percent of law enforcement raids on cockfighting ventures, including raids at which I have personally been present, such as the January 2007 Mecklenburg, Virginia raid described above in paragraphs 11-12.

29.     Advertisements comprise approximately 64 percent of the total content of the two publications at issue here as measured over a twelve month period – a total of over 2,500 advertisements for commercial transactions. Of these advertisements – more than

1,700 pages' worth as measured over a twelve month period – over 90 percent are criminal solicitations to purchase fighting animals and weapons that are illegal to buy and sell under federal law and the laws of many states.

30.    Thirty-four percent of these advertisements propose commercial transactions for fighting animals or fighting paraphernalia that are illegal *everywhere*, because the transactions are prohibited by state law in the seller's jurisdiction, and their interstate or international sale, purchase or shipment is also prohibited by federal law.

31.    In my professional opinion, the distribution of the publications at issue here through the mail service promotes and furthers illegal animal fighting ventures – including those described above – in at least five ways.   First, the publications advertise illegal animal fights. *See* Mem. In Supp. of Pl.'s Mot. for Summ. J. at Section II(B).

32.    Second, hundreds if not thousands of specific illegal animal fighting ventures would not exist but for these publications, because the fighters would not attend if they could not procure fighting animals, and these publications are the primary source of supply of cockfighting roosters and cockfighting knives and gaffs. This is why the publications are found at seventy-five percent or more of all law enforcement raids of illegal cockfights. Most of the fighting animals and fighting implements advertised in the publications are not advertised in any other medium, paper or electronic.

33.    Third, these publications promote specific illegal animal fights by advertising fighting animals that won at those fights, such as "Sunset," "Blackberry," or "Mid America." *See*, *e.g.*, THE GAMECOCK 24 (Apr. 2007) (Administrative Record page 205) (advertising birds for sale that were illegally transported in interstate commerce and fought at illegal cockfights in multiple jurisdictions).

34.    Not only do these victories at animal fighting ventures promote illegal commerce in fighting animals, by allowing their sellers to obtain a premium price for fight-

proven aggression, they also promote the animal fighting ventures named in the advertisements, by making their existence known to cockfighters, and by encouraging cockfighters to attend those specific ventures, because the commercial value of their fighting animals will be enhanced if they win.

35.    Fourth, these publications promote specific illegal animal fights by advertising fighting animals, because the fighting animal breeders who engage in nationwide illegal trafficking in fighting animals through these publications must, as part of their breeding and training process, fight their animals to test for aggression and "gameness" or fighting instinct. The fighters selectively breed for fighting traits by taking the most aggressive animals in a group of "stags," or juvenile roosters, mating those roosters with hens born to proven fighting roosters, and then culling the rest. These animals' fighting abilities are tested in actual animal fights.

36.    Law enforcement raids on advertisers in these publications reveal that these sellers also maintain active animal fighting compounds *See* Att. 1-2 (describing raid on an advertiser in *The Gamecock* – California Game Farm – where officers found active cockfighting testing and gambling pits, a pile of discarded dead animals, and copies of *The Gamecock*). Without the nationwide buyer network provided through the publications at issue here, these illegal fighting compounds would either not exist at all, or would not grow to be so large that law enforcement requires The HSUS's assistance to handle and house hundreds of specially trained, hyper-aggressive fighting animals.

37.    Fifth, the Publications promote specific illegal animal fights by publishing the fight results from those particular venues. On May 19, 2007, after Plaintiff filed its Supplemental Petition to USPS, federal, state and local law enforcement officers raided a cockfighting facility near Van Buren, Arkansas and arrested more than eighty people on federal and state animal fighting, animal cruelty, and gambling charges. *See* Att. 19. One of

the individuals arrested was Hayden C. Hise, who was arrested for "operating a gambling house, criminal use of property, animal cruelty, and engaging in gambling." *See* Att. 20. Investigators identified Mr. Hise as the "head referee" who was presiding over the cockfighting matches at the pit at the time of the raid. *See* Att. 21. *The Gamecock* publishes monthly fight results and photographs of fight winners submitted by "HCH" — or Hayden C. Hise. Administrative Record 247, 250 (THE GAMECOCK 84, 90 (Apr. 2007)). The fighting facility identified in those photographs as "the Outback" is the Arkansas pit where Hise was arrested. *See* Att. 22.

38.    The publication of results and winners from an illegal animal fighting venture promotes or furthers that animal fighting venture by making its existence known to cockfighters, and by encouraging cockfighters to attend, because their picture and name or alias will be published if they win, thereby enhancing the commercial value of their fighting animals.

39.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Ann Chynoweth

December 13, 2007

Attachment 1 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

# California Game Farm Raided, Alleged Cockfight Promoter Charged

............................................................................................................ ooo

**June 17, 2005**



They allegedly showed up for a Sunday cockfight near Fiddletown, California, but instead of participating in bloodsports and gambling, 28 people were arrested by Amador County Sheriff's deputies, who caught some of them climbing down from trees where they had attempted to hide. The May 15 bust followed a year-long investigation into illegal cockfighting activities at the California Game Farm, a 10-acre property located near in the foothills of the Sierra Nevada Mountains. Among those arrested was the property's owner, Richard Warren Bohn.

"In addition to finding hundreds of razor-sharp slashers [knife-like implements designed to be attached to the birds], officers discovered three bloodstained cockfighting arenas at the scene, along with firearms, drugs, and thousands of dollars in cash," said HSUS West Coast Regional Director Eric Sakach, who was present to assist deputies during the raid. "One suspect reportedly dropped $4,000 as he attempted to flee," he said.

All the individuals arrested were charged with attending an animal fight. Some were also charged with possession of fighting cocks and cockfighting implements. About 30 others fled into the surrounding area.

The HSUS's West Coast Regional Office was instrumental in the formation of an ad hoc task force to help investigate Bohn's alleged cockfighting operation and assist with the handling and documentation of animals during the raid. Authorities seized and removed 58 roosters, including birds that had been brought to the location, and a representative sampling of the more than 350 gamecocks found on Bohn's property. All of the remaining gamecocks were tagged, photographed and impounded on the property by HSUS staff and personnel from Amador County Animal Control, with assistance from police and animal control officers from Stanislaus, El Dorado, Placer, Merced, Yolo, Tehama and Sacramento Counties, as well as the cities of Galt, Sacramento, and Lathrop. The HSUS also provided an emergency grant to Amador County's small, cash-strapped animal control facility to help defray the costs of sheltering and caring for the seized roosters pending trial.

Formal charges have since been filed against Richard Warren Bohn by the Amador County District Attorney's Office, listing Gina May Bohn and Robert Edward Wendell as co-defendants. They each face one felony charge of alleged conspiracy to engage in cockfighting. According to Amador County District Attorney Todd Riebe, the conspiracy charge was based on the alleged commission of five overt acts related to cockfighting: communicating to others that there would be a cockfight on the property; collecting admission fees; admitting other fighting birds to the property; weighing and tagging birds with numbered

bands; and drafting a fighting schedule board displaying the weight and band numbers of the birds.

The trio was arraigned June 15 in Amador Superior Court.

"WCRO will continue to work with the Amador County Sheriff's Department and District Attorney's Office to ensure that Bohn is prosecuted to the full extent of the law," noted Sakach.

Other charges filed against the Bohns and Robert Wendell include misdemeanor possession or training of fighting animals, possession of cockfighting implements and possession of a bird or animal for fighting. Richard and Gina Bohn are further charged with felony counts of maintaining a place for wagering and three counts of contributing to the delinquency of a minor.

Sakach believes the felony charges are a good sign. California, he explained, "has become a bit of a refuge for cockfighting," because the crime is only a misdemeanor in the state. As a result, "cockfighters often locate in California rather than in neighboring states, all of which have made cockfighting a felony."

But a new bill, S.B. 156, by state Senator Nell Soto, seeks to remedy this situation. If passed, the legislation will allow felony charges to be brought for specified second or subsequent offenses related to cockfighting. S.B. 156 passed the Senate on May 31 by a vote of 31-3, and is now under consideration in the Assembly.

✉ E-MAIL THIS PAGE

⚙ CA S.B. 1349 Animal Fighting Penalties

Copyright © 2006 The Humane Society of the United States. All rights reserved.



# THE HUMANE SOCIETY OF THE UNITED STATES

# REGIONAL NEWS

FALL 2005

WEST COAST REGIONAL OFFICE

*SERVING CALIFORNIA, HAWAII, AND NEVADA*

## HSUS Helps in Katrina's Wake

As the National Guard entered New Orleans to quell civil disorder coming in the wake of Hurricane Katrina, members of the HSUS National Disaster Animal Response Team (DART) worked their way into the nearly obliterated regions of southern Mississippi and Louisiana. The situation could not have been more urgent in both areas, with reports of animals locked in homes, kennels, veterinary clinics, and other locations. It was a race against time for our first responders on the ground.

The presence of HSUS personnel was good news for 130 dogs and cats in Gulfport, Mississippi. There, HSUS team members rescued these animals from the animal shelter of the Humane Society of South Mississippi, which was flooded by the combination of a storm surge with an overflow discharge of human waste from the sewage treatment plant next door. Some animals swam in their cages for hours, somehow managing to keep their heads above water. Others were not so *continued on page 2*



*An airboat moves down a flooded New Orleans street September 5 with animal rescue workers, a rifle-toting guard, and several rescued dogs. With thousands of stranded pets in the city, HSUS rescuers were frantically trying to reach as many animals as they could.*

KATHY MILANI/HSUS

## Amador County Cockfighting Farm Shut Down

They allegedly showed up for a Sunday cockfight near Fiddletown, California, but instead of participating in bloodsports and gambling, 28 people were arrested by Amador County Sheriff's deputies, who caught some of them climbing down from trees where they had attempted to hide. The May 15 bust followed a year-long investigation into illegal cockfighting activities at the California Game Farm, a 10-acre property located near the foothills of the Sierra Nevada Mountains. Among those arrested was the property's owner, Richard Warren Bohn.

"In addition to finding hundreds of razor-sharp slashers (knife-like implements designed to be attached to the birds' legs), officers discovered three bloodstained cockfighting arenas at the scene, along with firearms, drugs, and thousands of dollars in cash," said HSUS West Coast Regional Director Eric Sakach, who was present to assist deputies during the raid. "One suspect reportedly dropped $4,000 as he attempted to flee," he said.

All the individuals arrested were charged with attending an animal fight. Some were also charged with possession of fighting cocks and cockfighting implements. About 30 others fled into the surrounding area.

WCRO was instrumental in the formation of an ad hoc task force to help investigate Bohn's alleged cockfighting operation and assist with the handling and documentation of animals during the raid. Authorities seized and removed 58 roosters, including birds



HSUS

*WCRO Director Eric Sakach with one of hundreds of birds rescued from the California Game Farm.*

who had been brought to the location and a representative sampling of the more than 350 gamecocks found on Bohn's property. All of the remaining gamecocks were tagged, photographed, and impounded on the property by HSUS staff and personnel from Amador County Animal Control, with assistance from police and animal control officers from Stanislaus, El Dorado, Placer, Merced, Yolo, Tehama, and Sacramento counties, as well as the cities of Galt, Sacramento, and Lathrop. The HSUS also provided an emergency grant to Amador County's small, cash-strapped animal control facility to help defray the costs of sheltering and caring for the seized roosters pending trial.

Formal charges have since been filed against Richard Warren Bohn by the Amador *continued on page 4*

# Is Your Cat Safe at Home?

## "Off the Chain" Reveals Betrayal of Man's Best Friend

President Theodore Roosevelt owned one. So did Helen Keller. This breed of dog was the trademark of Buster Brown shoes and RCA Victor. Petey was the canine star of television's "Our Gang." And Stubby was the most decorated dog in American history, having received numerous medals and the honorary rank of Sergeant for his services during World War I. What do these famous dogs have in common? They were all American pit bull terriers.

How did such a beloved breed come to be feared as a "public enemy" that is now banned in more than 200 counties and the entire province of Ontario, Canada? That's what director Bobby J. Brown seeks to show in his new film "Off the Chain," available on DVD from Ardustry Home Entertainment.

The film explores the evolution of the breed and gives viewers a disturbing look into the minds of the dog owners and trainers who participate in the gruesome world of dogfighting. Brown spent three years infiltrating the underground subculture of pit bull fighting, gaining the trust of well-established "dog men" who allowed him to film behind their veil of secrecy. But he also captured another side: the loving nature of the dogs and their brutal misuse by those who are supposed to be their caretakers. WCRO Director Eric Sakach is featured in the documentary.

Brown is generously donating to The HSUS one-third of the proceeds from sales of "Off the Chain" DVDs sold through The HSUS. To order, go to **www.offthechainproductions.com/store** and use the redemption code: HSUSOTC.

Score it a double, as HSUS and the Sacramento River Cats teamed up with local animal care agencies for the second year to promote The HSUS's Safe Cats campaign, aimed at getting cat owners to keep their furry friends "safe at home."

The promotion began with Sacramento Mayor Heather Fargo pronouncing March Safe Cats month, and culminated with a game between the Sacramento River Cats and the Colorado Sky Sox in June. Members of nine local animal care agencies were in attendance.



*WCRO Director Eric Sakach (center) joins Sacramento River Cats mascot Dinger as he autographs a Safe Cats T-shirt for a young fan.*

WCRO had a booth at the game and provided T-shirts and brochures informing baseball fans about the dangers of allowing their feline friends to roam free. Besides brochures, WCRO provided cat toys, magnets, and an autograph session with Dinger, the River Cats feline mascot. Kids, including a number of Girl Scouts, lined up for autographs and a chance to meet their favorite feline.

WCRO Program Coordinator Paul Bruce spent the fourth and fifth innings being interviewed by the voice of the River Cats, Johnny Doskow, during the radio broadcast of the game. Bruce and Doskow dispelled some of the myths about free-roaming cats and outlined many of the reasons why a safe cat is a happy cat.

---

*continued from "Cockfighting," page 1*

County District Attorney's Office, listing Gina May Bohn and Robert Edward Wendell as co-defendants. They each face one felony charge of alleged conspiracy to engage in cockfighting. According to Amador County District Attorney Todd Riebe, the conspiracy charge was based on the alleged commission of five overt acts related to cockfighting: communicating to others that there would be a cockfight on the property, collecting admission fees, admitting other fighting birds to the property, weighing and tagging birds with numbered bands, and drafting a fighting schedule board displaying the weight and band numbers of the birds.

The trio was arraigned June 15 in Amador Superior Court.

"WCRO will continue to work with the Amador County Sheriff's Department and District Attorney's Office to ensure that Bohn is prosecuted to the full extent of the law," noted Sakach.

Other charges filed against the Bohns and Robert Wendell include misdemeanor possession or training of fighting animals, possession of cockfighting implements, and possession of a bird or animal for fighting. Richard and Gina Bohn are further charged with felony counts of maintaining a place for wagering and three counts of contributing to the delinquency of a minor.

Sakach believes the felony charges are a good sign. California, he explained, "has become a bit of a refuge for cockfighting" because the crime is only a misdemeanor in the state. As a result, "cockfighters often locate in California rather than in neighboring states, all of which have made cockfighting a felony."

But a new bill, S.B. 156, sponsored by state Sen. Nell Soto, seeks to remedy this situation. If passed, the legislation will allow felony charges for specified second or subsequent offenses related to cockfighting. S.B. 156 passed the Senate on May 31, and is now under consideration in the Assembly.

Attachment 2 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

# Roosters return to Amador

### Friday, August 05, 2005

By Jim Reece (jreece@ledger-dispatch.com)

Crowing can be heard on Sutter Hill.

It's the fowl. Some more new neighbors.

The roosters seized in an alleged illegal cockfighting ring were to be reunited in Amador County on Thursday after losing their housing location at Placer County Animal Control.

Amador County Animal Control said that Placer County had grown tired of caring for the nine sometimes aggressive birds that were seized in a multi-jurisdictional raid in Fiddletown in May.

Director of Amador Animal Control John Vail said Wednesday that 58 of the roosters were taken by animal control in the raid. Since then, the bulk of the birds has been kept at the Sutter Hill Animal Control facility. Nine were housed by Placer County Animal Control due to a lack of adequate storing space in Sutter Hill, where they have been since the May 15 raid.

The nine roosters were scheduled to return to Amador County on Thursday.

A hefty grant allowed for the purchase of cages and makeshift chicken coops were assembled with plywood boards found around the facility, a blue plastic tarp and various odds and ends.

The coops include one with a large plywood roof to keep off sun, the other with a large plastic tarp. They both have misting systems to help cool the air.



Director John Vail shows one of two coops which Amador County Animal Control has built at its crowded Sutter Hill facility. The department has been housing nearly 50 roosters since May 15 and was to receive nine more of the birds this past Thursday. The raid of an alleged cockfighting operation near Fiddletown led to the confiscation.

Photo by: Jim Reece

"The Humane Society of the U.S., a non-profit organization gave Animal Control a $5,000 grant to humanely house the roosters," Vail said. Before the two chicken coops were built, the roosters were kept in dog kennel areas. The lost room led to the building of the coops.

The raid led to the arrest of Richard Warren Bohn, 53, on his property in the 16000 block of Mt. Whitney Road near Fiddletown. Bohn was charged with three misdemeanors and awaits trial on animal cruelty, possession of fighting cocks and training fighting cocks.

A representative sample of 58 roosters was seized, though 800 of the birds were found in the raid. Of that number, 350 were suspected as being fighting roosters.

The Ledger Dispatch reported that the raid included animal control departments from Amador, Stanislaus, El Dorado, Placer, Merced, Yolo, Tehama and Sacramento counties and the cities of Sacramento and Lathrop, the HSUS and the Galt Police Department.

The HSUS - whose Web site is hsus.org - has a huge annual budget and Eric Sakach, director of the West Coast Regional Office of the Humane Society of the United States was part of the seizure operation, Vail said.

"A lot of people think all ASPCAs and non-profits are affiliated," Vail said. "They are totally independent."

Regarding a recent letter to the Ledger Dispatch from a person who thought the raid was unnecessary, Vail said people are entitled to their own opinion.

He has his own as well.

Vail said people have been killed over a gambling dispute at a Mexican cockfighting contest.

"Other illegal activities accompany fighting roosters," he said. He noted that a murder investigation also led to the discovery of an illegal cockfighting ring in Sacramento.

Illegal drugs and weapons are routinely discovered at the rooster fights as well, he said.

Vail noted that the roosters remain the property of their owner or owners, until Amador Superior Court decides the legal issues involved. If the owners are found guilty, the birds are "subject to disposition" and would be euthanized.

He said if the court finds the defendants not guilty, the roosters would be returned to their owners.

The euthanasia would likely be necessary because the birds could not be taken to a normal roost, due to their aggressiveness to other males. The fighting birds also often are given drugs and steroids, Vail said.

**Jim Reece**

# Amador Letter-Dispatch
June 08, 2005

**Reproduced from http://www.pet-abuse.com/cases/4606/CA/US/**

Richard Warren Bohn has officially been charged by the Amador County District Attorney's Office in conjunction with a large cockfighting raid that occurred last month.

The charges were filed by the DA's office Friday and list Gina May Bohn and Robert Edward Wendell as co-defendants. The trio will be arraigned June 15 in Amador Superior Court.

Richard, Gina and Wendell each face one felony charge of alleged conspiracy to engage in cockfighting, which includes five overt acts. DA Todd Riebe said overt acts are acts that must be completed in order to carry out the conspiracy charge. Those overt acts allege that the three defendants communicated to other persons that an alleged cockfight would be held on the Bohns' property; that payment was allegedly collected from persons seeking admission to the Bohns' property; that alleged fighting birds were brought to the property; that the alleged fighting birds were weighed and tagged with numbered bands; and that the trio allegedly drafted a fighting schedule board that listed the weight and band numbers of the birds.

Additionally, the Bohns and Wendell are charged with misdemeanor possession or training of fighting animals, possession of cockfighting implements and possession of a bird or animal for fighting.

The Bohns are further charged with felony maintaining a place for wagering and three counts of contributing to the delinquency of a minor.

Richard is also charged with felony accepting a wager.

The charges are the result of a raid conducted May 15 by the Amador County Sheriff's Office SWAT Team, Investigations Division and Patrol Division and are the result of at least a year's worth of surveillance and investigation.

According to information released after the raid by the Amador County Sheriff's Office, the original warrant for the Bohns' residence was secured in order to search for evidence of ongoing cockfighting, cockfighting paraphernalia and implements and evidence of animal cruelty.

"We have known for a couple of years that Mr. Bohn was running what he called a chicken ranch," Amador County Undersheriff Karl Knobelauch said in May. "But he didn't appear to have any poultry production operation." Knobelauch added that neighbors to the property tipped off the ACSO that cockfighting may have been occurring at the residence.

Knobelauch said the warrant was served just prior to an alleged major cockfight occurring. He said between 55 and 60 people were at the residence. No additional fowl were injured due to the timing of the warrant's execution.

"These animals were clearly prepared for fighting," ACSO Capt. James Wegner said in May. "They were already weighed, were numbered and lined up in their fight sequences. They were set to fight."

Once ACSO deputies and the county's SWAT team served the warrant, 22 subjects were detained and subsequently arrested, while approximately 30 others fled into the surrounding hillsides. All those who were arrested have been charged with attending an animal fight and some were charged with possession of fighting cocks and possession of cockfighting implements, the ACSO said.

Upon conducting further searches of the scene, five of the alleged cockfighting participants who fled were located. While these people were not arrested at the scene, charges are pending, the ACSO said.

Several other subjects were subsequently identified and additional arrests are expected in the ongoing investigation.

Several children were located at the scene as well. Four of those children were released to Amador County Child Protective Services.

In addition, six firearms were seized during the raid - three of which were possessed by participants allegedly attending the cockfight.

Several thousand dollars worth of alleged cockfighting implements were located and seized as well, according to the ACSO. "These implements consisted of small metal knives - 1 1/2 inch to 3 inches in length - commonly referred to as 'slashers,' which are affixed to the cock's spurs to inflict greater trauma on the opposing fowl," the ACSO reported. Wegner said some of these knives were found in Bohn's house.

Additionally, several thousand dollars in cash was also seized, as was evidence of gambling. Attendees of the alleged fights told law enforcement they had been charged an admission fee as well.

Wegner said in May that Richard had an alleged fighting pit set up on the property that had lines marking the fighting area. "The actual pit is about 15 feet by 12 feet and is oval shaped," he said. "There was blood on the sides of the pit walls. There were also two other pits that were not being used but had blood stains on the carpets that were covering them."

The ACSO reported that approximately 800 fowl were located on the property, with 350 of those being fighting cocks. Approximately 58 fowl were seized as they were being prepared to fight and as a representative sample of those being confiscated. The remaining fighting cocks were seized and impounded on the property.

Wegner said the birds were left on the property because of the sheer number of them. "The animal control officers photographed, tagged and documented each fighting cock," he said in May. "There are so many birds that we simply do not have the ability to humanely care for them. So they are impounded and Bohn has to care for them." Wegner said that if any of the impounded birds get sick or die, Bohn must notify the ACSO and animal control. Animal control would then check the bird to ascertain why it was sick and if it is determined it was used for fighting, Richard would be arrested.

"There were also two piles of dead birds, but because they were so badly decomposed animal control could not determine the cause of death," Wegner added.

According to the ACSO, the fowl were seized and documented by members of the Amador County Animal Control, the Humane Society of the United States, Galt Police and animal control from Stanislaus, El Dorado, Placer, Merced, Yolo, Tehama and Sacramento counties, as well as animal control from the cities of Sacramento and Lathrop.

Attachment 3 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

*501-721-6974*

## The Humane Society of the United States

### DISBURSEMENT REQUEST FORM

COPY
**WEST COAST REGIONAL OFFICE**
**4530**

**DATE OF REQUEST:**   05/26/05

**AMOUNT:**   $5,000.00

**PAYABLE TO:**   Amador Community Foundation

**ADDRESS:**   114 Main Street, Suite 212

Jackson, CA 95642

ATTN: Shannon Lowry & John Vail

| REQUIRED - Check One | |
|---|---|
| X | Paper check |
| | Wire transfer** |
| | Direct deposit |

**Please provide bank name, ABA number, bank account number, and name on account (Attach Wire Transfer Form)

**OR**

_____ SEE ATTACHED

**APPROVED BY:**   _[signature]_
Eric Sakach or Melissa Seide Rubin

**Please check the appropriate account number:**

| | | |
|---|---|---|
| 411106 | | Employee Moving Expenses |
| 411107 | | Tuition reimbursement |
| 421300 | | Consultants and Services |
| 421400 | | Audit Expense |
| 421401 | | Legal Expense |
| 431600 | | Postage, Courier, etc |
| 431900 | | Travel - Lodging, Meals, Taxis |
| 431901 | | Travel - Air/train |
| 431903 | | Travel – Auto Rental & Rental Fuel |
| 431905 | | Event Catering |
| 431906 | | Travel - Business Mileage |
| 432000 | | Office Supplies |
| 432100 | | Dues and Subscriptions |
| 432180 | | News Clipping Services |
| 432195 | | Information Monitoring Service |
| 432200 | | Printing and Composition |
| 432250 | | Film, Slides and Videotape |
| 432260 | | Public Service Announcements |
| 432270 | | Celebrity Spots |
| 432300 | | Contracted Mailing Costs |
| 432400 | | Workshops and Symposiums |
| 432460 | | Continuing Education |
| 432500 | | Telephone and Facsimile |
| 432505 | | Telephone - Data |
| 432600 | | Computer Related Expenses |
| 432700 | | Advertising |
| 432800 | | Rental Expense |
| 447200 | | Repairs and Maintenance - Building |
| 447210 | | Repairs & Maintenance - Equipment |
| 447300 | | Building and Occupancy Expense |
| 447400 | | Utilities |
| 447410 | | Janitorial Services |
| 447412 | | Contract Maintenance |
| 447414 | | Trash Removal |
| 447416 | | Grounds Maintenance |
| 454500 | | Insurance Expense |
| 459300 | | Taxes-Non Payroll |
| 469500 | | Equipment |
| 479600 | X | Grants to Other Societies |

**Please check the appropriate project number:**

| | | |
|---|---|---|
| 00-4530-0-00000 | X | West Coast Regional Office |
| 00-4530-8-70210 | | WCRO-Regional Newsletter |
| 00-4530-8-70590 | | WCRO-Special Projects |
| 00-4530-8-70591 | | WCRO-Native Indian Reservation Project |
| 00-4530-8-70595 | | Baker Trust |

** NEW PROGRAM- Please indicate program name below.
Accounting will create a program code.

_____

EMERGENCY ANIMAL HOUSING (TO ASSIST AMADOR
COUNTY ANIMAL CONTROL) WITH CAGING/BUILDING
MATERIALS AND COSTS ASSOCIATED WITH HOUSING SE[ ]
ANIMALS IN A HUMANE AND SECURE MANNER.

**DELIVERY INSTRUCTIONS:**    X    Send to above address.    _____ Deliver to:

**COMMENTS** _____

_____

Rev. 01/08/05 by JA

FROM : AMADOR COMMUNITY FOUNDATION FAX NO. : 2092232148 May. 27 2005 01:05PM P1



**Amador Community Foundation**

114 Main Street, Suite 212    P.O. Box 1154    Jackson CA 95642-1154

voice: (209) 223-2148
fax: (209) 223-4569

email: acf@cdepot.net
www.acfoundation.com

*For good. For ever.*

May 27, 2005

Officers
Stan Lukowicz
President
Jackson
Kim Still
Vice President
Sutter Creek
Barbara J. Brown
Secretary
Jackson
Dr. Terry Holland
Treasurer
Pine Grove

Directors
Janet Aherley
Pine Grove
Bill Bardin
Volcano
Jane Hardin
Volcano
Adam Conway
Ione
Helen Follis
Pine Grove
Clay Francisco
Sutter Creek
Margie Guletz
Jackson
Leona Phillips
Sutter Creek
Mike Pistoia
Jackson
Marie-Louise Solaja
Jackson

Shannon L. Lowery
Executive Director

To:   Humane Society of the United States

RE:   $5,000 Amador Community Foundation grant

Attached is a completed W-9 from Amador Community Foundation regarding an emergency $5,000 grant.

Please see Melissa Rubin for further information.

Regards,

Shannon Lowery
Executive Director

*Joining others to enhance the quality of life for the people of Amador County.*

Case 1:07-cv-01233-LFO    Document 26-3    Filed 12/20/2007    Page 14 of 25

FROM : AMADOR COMMUNITY FOUNDATION    FAX NO. : 2092232148    May. 27 2005 01:05PM P2

Form **W-9**
(Rev. December 2000)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send it to the IRS.

Name (See Specific Instructions on page 2.)

AMADOR COMMUNITY FOUNDATION

Business name, if different from above. (See Specific Instructions on page 2.)

Check appropriate box: ☐ Individual/Sole proprietor ☒ Corporation ☐ Partnership ☐ Other ▶

Address (number, street, and apt. or suite no.)

114 MAIN ST #212    PO BOX 1154

City, state, and ZIP code

JACKSON  CA  95642

Requester's name and address (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number

or

Employer identification number

68 | 0 | 4 | 4 | 7 | 1 | 9 | 9 | 2

List account number(s) here (optional)

### Part II  For U.S. Payees Exempt From Backup Withholding (See the instructions on page 2)

### Part III  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

| Sign Here | Signature of U.S. person ▶ [signature] | Date ▶ 5-27-05 |

## Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Corporations.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

What is backup withholding? Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

## Penalties

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X    Form **W-9** (Rev. 12-2000)

Attachment 4 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

## CLASSIFIED ADVERTISING

### BUSINESS GETTERS AT JUST 40 CENTS PER WORD

These little "Business Getter" ads at 40 cents per word will "Bring Home the Bacon." Try one, be convinced, then use them often. MINIMUM $10.00.

**CALIFORNIA GAME FARM** - For all of my friends, customers, and past acquaintances who have tried and failed to reach me. I will be available now at: 317-845-5870 and 209-245-6033 or write: P. O. Box 101, Fiddletown, CA 95629. ns

**FRESH COCKS** - Pre-conditioned $125.00 each. Call William Covington at 828-612-4571 or 828-441-0609. e/s

**RASTA RANCH**...First time advertizing my fowl. I will be offering only the best breeding stock, as my reputation is very important to me. Now I have available...Laoy RH, Sweater, York, Kelso, Blacks and a few Orientals. I will guarantee and send premium fowl only. Doc Tafari, 916-524-6343. g/r

**RICHBOURG GAME FARM**- Record speaks for itself. Albany, Roundhead, Claret, Kelso, Yellow-leg Hatch and Sweater. Brood fircs $600, Brood cocks $300, Brood hens $200, Cross bred cocks $225. ...for shipping in (Cont.) U.S. These fowl for breeding purposes only. (Visitors always welcome to come select). Call: John Richbourg, 580-584-2394, Rt. 1, Box 728, Broken Bow, OK 74728 k/r

**PONDEROSA GAME FARM**- Cocks - $100, Stags $75, Pullets $50, Hens $7. McLean Hatch, Yellow Leg Hatch, Lacy Roundheads, Clarets, Brown Reds, Calty. 904-289-9298 or 904-334-7077. New Cell Phone: 904-334-1245. NPIP tested #5E2. 532-E. ns

**BENFORD ALLEN Roundheads:** Cocks, hens, stags, pullets, and eggs in season. Phone: 318-292-4433; Jack Bridges; 577 Ford Road, Marion, 71260.

**"FOR WHAT WILL IT PROFIT A MAN** if he gains the whole world, and loses his soul?" MARK 8:36. Old Red Roosters. 641-682-1965. tr

**KONOCTI FOWL:** High win percentage, U.S., Mexico, Philippines. Trios for beginners-blemish cock or stag 2 year old hens $300, plus $65. shipping. Ron 505-734-0114.

**QUALITY ASILS-** "Buy the Best Forget the Rest." Asil eggs $100.00 per 12 plus postage. R. A. Thomas, 261 Charlie Hicks Rd., Jonesborough, TN 37659, (423) 753-8939. tr

JUNE 2007          THE FEATHERED WARRIOR

## JOHN A. SEARS
### GAME FOWL BREEDING STOCK ONLY

**John A. Sears**
555 Oxford Rd.
Oxford, CT  06478-1241
Phone 1-203-880-3200

---

### ED PINE 13-DAY KEEP
#### FOR EITHER COCKS OR STAGS

It may not be suited for some fowl, but you might get some ideas from it. It shows how one of the most successful Mind Hatch cockers did it for about 25 years. The late Mr. E.T. "Fuldrop" Piper gave this keep to me, he got it direct from his private family. PRICE-$2.00

MRS. SID DOWD
1812 Hwy. 70 E. - De Queen, AR 71832          tr



## NEWTON SUPPLY, INC.
### Factory Prices to Dealers

### PLASTIC FEED AND WATER CUPS

SMALL AND LARGE, HANGS EASILY ON ALL SIZE WIRE, THIN BOARD OR METAL STRIP... #1-1/2 PINT $10.00 DOZEN; #2-1 PINT $12.00 DOZEN;
#3-1 QUART $20.00 DOZEN; #4-1/2 PINT $8.00 DOZEN ($2.00 PER DOZEN POSTAGE.)

*Prices Subject To Change Without Notice!!!*

MARGE NEWTON - Phone: 864-855-4203
1281 Anderson Hwy - Easley, SC 29642

## GRIT AND STEEL

**The World's Foremost Game Fowl Journal**
Now in its 107th Year.

Published in the Interest of Those Devoted to the Game Fowl.

The oldest, continuous, and ONLY game fowl journal PUBLISHED EACH MONTH in the U.S. Now owned, operated and managed by people who raise and fight Game Fowl.
**SUBSCRIPTIONS:** 1-Year $30.00; 2-Years $57.00; 3-Years $83.00; Single Copy $3.00.
**Foreign Rates:** 1-Year $55.00; 2-Years $107.00; 3-Years $160.00.

**To Subscribe Call Toll FREE 1-800-834-7760**

P.O. Box 280          Gaffney, SC 29342



THE FEATHERED WARRIOR

1812 Hwy. 70-71 East
De Queen, AR  71832-9976
Phone (870) 642-2283

*Please complete the form below along with your check or money order to the above address.*

### SUBSCRIPTION ORDER FORM

NAME _____

ADDRESS _____

CITY _____

STATE _____ ZIP _____

| U.S.A. RATES | | FOREIGN RATES | |
|---|---|---|---|
| ONE YEAR........ | 28.00 | ONE YEAR........ | 44.00 |
| TWO YEARS....... | 50.00 | TWO YEARS....... | 85.00 |
| THREE YEARS..... | 72.00 | THREE YEARS..... | 126.00 |
| SINGLE COPY..... | 6.00 | SINGLE COPY..... | 8.00 |

**EFFECTIVE FEBRUARY 1, 2006**

## THE GAME COCK

P. O. BOX 159 - HARTFORD, AR 72938-0159
FOR ADVERTISING RATES PHONE 1-479-639-2324

### SUBSCRIPTIONS U.S.A.
1-Year............ $28.00
2-Years........... $53.00
3-Years........... $77.00
Single Copy ...... $ 8.00

### FOREIGN
1-Year............ $50.00
2-Years........... $98.00
3-Years........... $146.00
Single Copy....... $10.00

THE FEATHERED WARRIOR          DE QUEEN, AR 71832

62



# The GAMECOCK

**MARCH 2006**

FOREIGN $50.00
SINGLE COPY $10.00

U.S.A. $28.00
SINGLE COPY $8.00



# PURE TENNESSEE KELSO

*Raised By Jorge Vasquez Of Flying J Hatchery In Uvalde, Texas*

# *The California Game Farm*

## HOME OF THE HEN COCKS



...DS
VENUE

...dially inviting all GAME
ENT. Proceeds from the
row. Plan to attend and
to continue the battle

Espuelas de Charro
...ounty Game Farm
...k Hatch Farm
...iew Game Farm
...lan Game Farm
...Valley Game Farm

de Fondos Sabado

**JOE AYALA**
559-664-1669
Madera, CA

**RUBEN BECERRA**
661-944-0011
Little Rock, CA



LACY ROUNDHEAD AS BRED BY RICK BOHN

### BROOD FOWL, SHOW FOWL, CHICKS & EGGS

The Bitterness Of Low Quality Is Remembered Long
After The Price Of High Quality Is Forgotten

*For Further Information Call Or Write:*

CALIFORNIA GAME FARM
**RICK BOHN**
Phone: (209) 245-6033

### STILL ALIVE AND —WELL!!!

Attachment 5 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

**Ann Chynoweth**

| | |
|---|---|
| **From:** | Ann Chynoweth |
| **Sent:** | Thursday, October 04, 2007 4:05 PM |
| **To:** | Ann Chynoweth |
| **Subject:** | Bohn -- To File |

Ethan,

I spoke with Eric and in addition to the attached, we can account for the following expenses for the Bohn case.

9 HSUS staff people were involved in the Bohn case in Amador County, CA.  On May 15, 2005, they helped to process more than 200 birds seized from the raid on his property.  The work was done in one day, so the people who traveled by air stayed for two nights.

5 people flew out to California.  We average $800 per person in expenses, and therefore approximately $4,000 in total expenses.

Attachment 6 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

Case 1:07-cv-01233-LFO    Document 26-3    Filed 12/20/2007    Page 22 of 25

 Dog Fighting Kingpin Toppled in Louisiana Raid

**March 23, 2005**



©2005                                                HSUS





⁂ HSUS
Undercover:
Inside Animal
Fighting





He's been called the "Godfather of dog fighting," the "dog fighting don," and even the "Babe Ruth of dog fighting." Since March 9, Floyd Boudreaux is being called something else: an accused felon. On that day Louisiana State Police arrested Boudreaux, one of the most infamous dog fighters and breeders in the United States, along with his son Guy.

The arrests, which sent shock waves through the dog fighting world, were the culmination of a three-month effort by state and federal law enforcement agents, The Humane Society of the United States and the Louisiana SPCA.

Father and son were both charged with 57 felony counts of dog fighting and two counts of animal cruelty, following an early morning raid on Boudreaux's property in Broussard, Louisiana.

In addition to the state felony charges, Boudreaux and his son Guy could face federal charges for selling and transporting fighting dogs across state lines. All told, they might spend a total of ten years in prison for each of the 57 charges. For 70-year-old Floyd Boudreaux, that might as well be a life sentence.

**Scarred Bodies and Temperaments**

What investigators found on Boudreaux's property is typical of serious fighting dog operations: row after row of pit bulls, each tethered by a heavy chain to a small, ramshackle hut. Several sad-faced dogs bore a medley of deep scars on their muzzles and limbs, the hallmark of hardened fighting dogs.

Elsewhere in the compound, investigators found wooden ramps and treadmills, commonly used to train dogs in strength and endurance.

Laura Maloney, Louisiana SPCA director, said it was heartbreaking to see the dogs tethered outside in rows of five, wearing grooves into the muddy ground at the limit of their chains. Although most of the animals were healthy in spite of their scars, several were extremely aggressive. Because of their unsuitability for adoption, all of the adult dogs had to be euthanized.

**Implications for The Shady World of Dog Fighting**

What distinguished this bust from any other in recent years are its implications, both immediate and longstanding, for the world of dog fighting. Boudreaux is more than a backyard breeder—he is one of the main purveyors of some of the world's top fighting dog lines.

According to Sandy Christiansen, regional coordinator for HSUS's

Case 1:07-cv-01258-LFO    Document 26-3    Filed 12/26/2007    Page 23 of 25

Southeast Regional Office, "Virtually every major bloodline of fighting dogs has the Boudreaux name somewhere in the pedigree. This guy's influence on the world of animal fighting has been huge."

More than any other person, Boudreaux has shaped the profile of the modern fighting dog. Specifically bred for maximum "gameness" (a determination to fight on, even in the face of certain death), dogs from the Boudreaux line are considered top-notch animals in the fighting world, fetching prices up to $10,000.

It's a quality that brought Boudreaux-bred dogs accolades from dog fighting enthusiasts, but little else. Even the most revered fighting dog lives the majority of his lonely life at the end of a short chain, with no social interaction save grim excursions to the fighting pit or breeding stand.

A Broussard neighbor said, "What bothers me the most is that they're on three-foot chains. Big, heavy chains. They spend their life under a chicken coop on a chain. That is not a life...that's horrible."

**Nobody is Untouchable**

As infamous as Boudreaux has been in the animal protection community, he has been equally admired in the dog fighting subculture. As far back as the 1950s, he appeared on the covers of animal fighting publications, posing alongside prized fighting animals. Today, his likeness graces t-shirts and other coveted dog fighting memorabilia.

It's no surprise, then, that Boudreaux's arrest has aroused rabid ire in the dog fighting world. Internet dog fighting chat sites are ablaze with the topic, with some devotees calling for a one-year moratorium on all dog fighting activity to "get the heat off." Others want the animal welfare officials involved to lose their jobs. Still others are scrambling to collect donations for Boudreaux's defense fund, perhaps fearing that they might soon need help themselves.

While Boudreaux evaded the law for years, his chances of escaping the justice system this time are slim, now that state and federal officials have stepped in. Regardless, the damage to his operation—and the world of illegal dog fighting—is done. The former "go-to guy" for fighting dogs has now lost most of his bark and bite.

Major dog fighting players are on notice that they could be the next ones in handcuffs, as long as they persist in their bloody business. Says Christiansen, "The arrests of Floyd and Guy Boudreaux send a message to the dog fighting community that no one is untouchable."

E-MAIL THIS PAGE

Dogfighting Fact Sheet

Attachment 7 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

**PINNON GAME FOWL**

Pure Yellow Leg Pea Comb HATCH, bred pure since 1936 by Herman Pinnon and kept that way by us for the last 10 years.

MATURE TRIOS........500.00
YOUNG TRIOS........300.00

RAMBLER FARM
1216 Turtle Dove Rd. - Conover, NC 28613
828-441-0509
www.ramblerfarm.com

KEARNEY WHITEHACKLES
BROOD FOWL - EGGS
LANGSTON FARMS - 870-797-3186
2767 Jones Lake Rd. - Strong, AR 71765
www.LangstonFarms.com
LangstonFarms@Hotmail.com

THE
ORIGINAL
DUKE HULSEY
CONDITIONING
METHOD

The Feeding and Conditioning Method that made DUKE HULSEY the "TOP" . . . . . . . . . . . .

PRICE  $50.00 Postpaid.

DOWD PUBLISHERS
1812 Hwy. 70-11 East - DeQueen, AR 71832
Phone: 870-642-2293

CAJUN KENNELS
"FROM THE BEST COMES THE BEST
QUALITY AMERICAN PIT BULL TERRIERS
PUPPIES & STUD SERVICE
PATERNALES
FLOYD & GUY BOUDREAUX
(337) 824-2070 or (337) 824-6521
1013 HWY. 70-71 South - Crowley, LA 70526
NOT RESPONSIBLE FOR ACTS OF DOG AFTER SALE

SIMPLE MAN
HOBBY BREEDER
STILL THE LAND OF OPPORTUNITY FOR THE FREE
P.O. BOX 222
LAFAYETTE, LA 70502

SEND YOUR ADDRESS CHANGE DIRECTLY TO US, AS IT SAVES TIME.

## WITH THE EDITOR continued from page 2.

that says, "All cabbies must carry two bales of hay with them at all times." Of course, that was when they used a horse and buggy for a cab. That sort of junk should be deleted from time to time when it becomes outdated. It would be interesting to know if such a law is still on the books.

Dr. Coker, several month ago, wrote in his article about how many bills were passed each year from every state in the U.S. I believe some of the states that have more representation in the capitol had anywhere from 250 to 350 bills introduced, multiply that by 50, using 300 that would be 15,000. Even though all that is introduced does not get passed, a multitude of them do and they are not all good for our freedoms or environment, etc.. I feel sure each representative or congressman, especially the new ones feel like they must make a showing by coming up with a certain number of bills, when they know these bills are not important. But, if they are influential enough to get some bills passed it makes them feel like they have some clout and when they come home to drum up some votes for themselves for next election they can strut and brag about how many bills they got passed, etc. Sorry, I got started on the subject of elected officials. I don't have much respect for them. It's a good job if you have the stomach for it. You can work a few years and retire with a big salary, I don't know of anything else that you can do and retire after such a short time.

*Christmas* is only 34 days away and I'd much rather talk about it than I would politics. First, I always enjoy spending more money than I should on my two great-grandchildren. Everyone else around here are adults, and it's not as much fun buying for them. I guess it's a good thing I don't have a lot of money otherwise I would spoil them real bad. Sam is 16 and my Katie baby is 9, it just doesn't seem possible that they are that old.

Don't forget to check out the Warrior for some of your Christmas gifts. A subscription for 1, 2 or 3 years or some of our books, which are listed as a special on the back cover of the Warrior would make a nice Christmas present. But we sell the books separately if all the books are too expensive. A subscription is just $26.00 for a year, 2 year $50, 3 year $74. Our books run from $20.00 for Back Yard Flock, to $49.00 for Fulldrop (hard cover, 400 pages), including shipping.

It is that time of year again, for us to extend our annual *Christmas and New Years* greeting to our subscribers, advertisers and writers:

*To our friends and those whose friendship we strive for, we wish enormous success and good fortune throughout the New Year and many years to come. To our writers, subscribers and advertisers, we wish you and yours a full share of the seasons joy.... Merry Christmas and a Prosperous New Year.*

**Thoughts for the month:** *"It is better to be noble boldness to run the risk of being subject to half of the evils we anticipate, than to remain in cowardly listlessness for fear of what may happen."*

-Herodotus

Keep 'em crowing........ see you next month.

*Merry Christmas*

should have one page in each issue set aside for "crazies," that is anyone who has any pregnant ideas on any phase of the sport, could put it on this page with no hereafter. I would try to not dominate the page. Here is an example: While coaching, we had four brothers that were all good football players. They did not work harder than did the others. They were born with the ability and all had college scholarships waiting for them upon graduation from high school. This coach, after reading all of these gamefowl journals, knew that he had a dominant sire on his hands as a producer of football players. And don't think he did not think about this. If he could have this sire around at nights, and make sure that he sired all of the "little rascals" in his school district, if that coach did not get fired in the next 18 to 20 years, you would then have another Bear Bryant type of coach on your hands. Ole Lester Maddox, the former governor of the state of Georgia, said the only way the states could have better prisons is for them to get a better grade of prisoner. With that thought in mind, I now think that my game plan to be a conditioner is at least adequate, and the rest of my career will be spent on trying to have a better grade of gamefowl, and I hopes you do the same.



Mr. & Mrs. Bucky Harless and Mr. and Mrs. Heck Lauderdale of California pictured here at the 2006 UGBA Convention. Photo from Randy Jumper.

Attachment 8 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)



# Cops Offer Closer Look at Cockfight Ring

Written for the web by Mark Hedlund, Reporter
Written for the web by Jason Kobely, Internet News Producer



Sacramento law enforcement said a cockfighting ring busted Wednesday was one of the largest such operations ever discovered in Sacramento County. Another concern is the presence of children at the farm.

As investigators searched for evidence, among the dozens of dead roosters littering the grounds was one lying between the spokes of a child's bicycle.

"it's really a horrifying activity, and when you think about children being exposed to this sort of environment, that's especially disturbing," said Eric Sakach of the U.S. Humane Society.

Seven people were detained for questioning after authorities broke up the holiday cockfighting event on the 8900 block of Tokay Lane Wednesday afternoon. None was arrested, but Sacramento Sheriff's Department Sgt. Tim Curran said the investigation will be forwarded to the district attorney's office, and could include charges of child endangerment.

Dozens of others fled on foot when deputies pulled in, many leaving their cars behind. Investigators noted plates from each vehicle before towing them away.

Inside, deputies found evidence of a large-scale cockfighting and breeding operation on the property, including between 300 and 600 cockfighting roosters. Deputies also found several roosters who were either dead or injured from recent wounds. At least two still wore the fighting blades called "shortknives" used in the fight.

While the collection of pens and fighting rings may have looked like a small clapboard village, investigators called it a sophisticated cockfighting ring that had obviously been operating for some time.

"This wasn't something that was thrown together for the Fourth of July," Sakach said. "There's a good deal of thought that went into this."

Experts call it a three cock derby, a deadly tournament where each fighter enters three birds and pays an entry fee to take part. Authorities believe at least 20 people were entered in the derby July 4, based on betting sheets and other ledgers alllegedly found at the scene.

"This was no small time affair. Usually when you're talking about a derby, you're talking about thousands, if not tens of thousands of dollars that change hands," said

Sakach.

While sheriff deputies insist the raid was the result of an anonymous tip, next door neighbor Bill Chapin said he's convinced investigators had been watching the area for months.

"One of the detectives came out here and wanted to set out some surveillance stuff...so they knew," Chapin said. When asked hop long ago, Chapin said, "four or five months, maybe."

Chapin and at least one other neighbor say they've had suspicions for months. "Pretty obvious, traffic coming in all hours of the day and night," he said. He also said as people left, the unmistakable smell of chicken carcasses being burned filled the air. Inside the grounds, a burn barrel was filled with those charred chicken bodies.

Authorities describe the property owner as an absentee landlord who claimed no knowledge of the operation. The woman tenant also claimed no knowledge, according to Curran. She ignored a request for comment by News10. Her husband is still being sought.

At the door of the home Thursday, a young child peered through the screen, yellow crime scene tape surrounding the house.

"They have three little kids and I'm kind of worried what's going to happen to them," said one neighbor who only identified herself as Andrea. "They (the children) were pretty upset. They don't understand, so I'm more worried about the kids than anybody else."

While participating in a cockfight is a crime in California, the first offense is only a misdemeanor, unlike many other states, including our bordering states of Nevada, Oregon and Arizona.

"That's one of the things that makes cockfighters gravitate toward our state," said Sakach. "If they're gambling on this, they're gambling on not getting caught."

Louisiana is the last state where cockfighting remains legal. The law there has been changed, however, making the practice illegal as of 2008, according to Sakach.

Anyone with information about the case is asked to call the Sacramento County Sheriff's Department at (916) 874-5115, or Crime Alert at (916) 443-HELP.

Created: 7/5/2007 5:56:45 PM          Updated: 7/6/2007 9:24:37 AM

# My58.com

## Cockfighting Operation Discovered

### *300-600 Cockfighting Roosters, Hens Located*

POSTED: 8:52 pm PDT July 4, 2007
UPDATED: 9:28 pm PDT July 4, 2007

**SACRAMENTO, Calif. --** An anonymous tip leads Sacramento County Sheriffs to an elaborate large-scale cockfighting and breeding operation in south Sacramento County Wednesday afternoon.

Deputies responded to the 8900 block of Tokay Lane to discover 70 people fleeing from the scene on foot. Deputies were able to detain seven people.

Discovered on the property were 300 to 600 cockfighting roosters and hens along with spears and small knives. At least 10 dead or injured cocks had sustained recent injuries.

Anyone with information regarding this incident is urged to call the Sheriff's Department at (916) 874-5115, or Crime Alert at (916) 443-HELP. Callers can remain anonymous and may be eligible for a reward of up to $1,000.

*Copyright 2007 by KCRA.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**Related To Story**



- **Video:** Cockfighting Operation Discovered

Case 1:07-cv-01233-LFO    Document 26-4    Filed 12/20/2007    Page 5 of 26



*The Web Site of* **The Sacramento Bee**

This story is taken from Sacbee / News.

# Dozens flee scene of major cockfighting raid

## Suspects in south area operation will face felony charges of animal cruelty.

### By Kim Minugh - Bee Staff Writer
### Published 12:00 am PDT Thursday, July 5, 2007.

Authorities disrupted a gruesome cockfighting operation in south Sacramento County on Wednesday involving as many as 600 birds, some of whose carcasses littered the property.

Officials characterized the bust as large in scale and symptomatic of a growing problem in the county and across the state, as California's laws against cockfighting lag behind those of neighboring states.

"It's horrifying," said Paul Bruce, a veterinary technician with the Humane Society of the United States as he displayed cockfighting spurs confiscated at the scene. "Absolutely barbaric."

The bust stemmed from an anonymous tip that a cockfight was under way about 12:30 p.m. at a residence on the 8900 block of Tokay Lane in the county's Florin neighborhood, said sheriff's spokesman Sgt. Tim Curran.

Responding deputies arrived to find 60 to 70 men, women and children running from the scene, some clutching roosters.

Roughly 50 cars were left behind and will be used to identify participants or spectators, Curran said.

Seven people were detained. Their involvement was not known Wednesday night, and no arrests had been made, Curran said.

Officials said participants in the fight, ranging from organizers to the roosters' owners to the referee, would face felony cruelty to animal charges, as well as misdemeanor cockfighting charges. If a person had prior cockfighting convictions, those charges would rise to felonies.

Under state law, spectators could face misdemeanor charges, officials said.

Authorities were expected today to continue processing the scene, a sprawling rural property cluttered with shanties covering scores of rooster cages.

An estimated 300 to 600 birds -- all game fowl bred for centuries to fight -- were found, and

countless dead birds were scattered throughout the property, officials said.

They also found rats, dead and alive. Bruce described the conditions as "filthy," and noted that horses and sheep also were living among the squalor.

One shack housed an arena, roughly 4 hay bales by 5 in size, with telltale score lines etched in the dirt, officials said. They collected inch-long, bloody spurs; syringes likely used for administering steroids and antibiotics; derby sheets with brackets and pay/owe sheets.

Seven roosters also were found dead in the shed. Another four were injured with "gaping wounds" and taken to a local veterinary hospital, said Eric Sakach, director of the Humane Society's West Coast office.

"You could see bone through their legs," he said.

Outside the shed, authorities found a 55-gallon barrel filled with rooster carcasses that had been set afire when deputies arrived.

The evidence of a large-scale cockfighting enterprise is unmistakable, Sakach said. "You can't explain away any of this."

Sakach explained that evidence at the scene indicates the operation involved "knife-fighting" in a derby-style competition, in which each human fighter brings multiple roosters. Each rooster is matched to fight with another within 2 to 3 ounces of its weight.

Razor-sharp spurs are strapped to the rooster's left leg, replacing the bird's natural spur, a claw made of the same material as human fingernails. The natural spurs are cut down to a stub, Sakach said.

The roosters are agitated and then thrown into an arena. A fight lasts 10 to 15 minutes and ends when a rooster refuses to attack -- often when one or both birds are mortally wounded. Winning purses can be tens of thousands of dollars in total, Sakach said.

Curran and Sakach said cockfighting is a growing problem in Sacramento County's rural areas. Wednesday's raid was the second in two months -- a few weeks ago, another operation was dismantled in Rio Linda.

Officials suspect the activity -- illegal in all states but Louisiana -- is prospering in California because surrounding states have toughened up their laws, some making cockfighting a felony even for spectators.

Some counties have tried to discourage such operations by passing ordinances limiting the number of livestock, specifically roosters, one property owner can have -- a move local leaders might want to consider, Sakach said.

"This is a nasty business," he said, adding: "This is not what Sacramento County wants."

Go to: Sacbee / Back to story

This article is protected by copyright and should not be printed or distributed for anything except personal use.
The Sacramento Bee, 2100 Q St., P.O. Box 15779, Sacramento, CA 95852
Phone: (916) 321-1000

# CBS13/CW31: Sacramento's Source For Breaking News, Weather and Traffic: Birds Go Missing From Busted Cockfighting Farm

Advertisement



## Local News

Save  |  E-mail  |  Print

⊕ Jul 11, 2007 11:07 pm US/Pacific

## Birds Go Missing From Busted Cockfighting Farm

More Local News

 Kris Pickel
Reporting

*(CBS13)* When authorities broke up a cockfighting ring last week, up to 600 fighting birds were left on the farm. Now, there are lots of empty cages because the estimated number of foul has plummeted to 150. Breeders have been sneaking back to the busted cockfighting ring farm, to steal the birds back-- and there's no way to stop them.

"We're stuck between a rock and a hard place. There's just no place to put this number of birds," said Eric Sakach, Humane Society of the US.

RELATED:

💬 Sacramento Police Uncover Large Cockfighting Ring

💬 Cockfighting Ring Busted In Sacramento County

The Humane Society assisted in the raid and say they don't expect the Sheriff's Department to post a guard on the birds; which could be kept on this farm for up to a year until the case goes to trial. The investigation has revealed that fights were held at the farm every Friday night. Now that the breeders have their birds back, there's a good chance they have already found a new venue.

The tenants have taken off. The job of feeding and watering the birds has fallen on law enforcement, leaving a foul situation that is ruffling quite a few feathers.

"The area is completely changed. Many birds have been removed there. It's quite disheartening. It's just an unfortunate situation," said Sakach.

Despite the fact that birds are getting stolen on a nightly basis, the Humane Society is defending law enforcement, and saying that they're just not equipped to handle the situation, and that laws for cockfighting need to be changed.

(© MMVII, CBS Broadcasting Inc. All Rights Reserved.)

# CBS13/CW31: Sacramento's Source For Breaking News, Weather and Traffic: Sac Animal Shelter Overcrowded With Chickens

Advertisement



Want THE TRUTH
when shopping for
your next car?

THE TRUTH
FolsomChevy.com

CLICK HERE.

## Top Stories

**Save | E-mail | Print**

◊ Aug 16, 2007 4:46 am US/Pacific

# Sac Animal Shelter Overcrowded With Chickens

*(CBS13) SACRAMENTO* Recent crack downs on cockfighting are leading to overcrowding problems at Sacramento's animal shelter.

The chicken overload is from a cockfighting ring authorities dismantled in July. Right now the shelter has as many chickens as they normally adopt a year. Shelter officials are hoping people will see the positives of having chickens around.

The overcrowding problem is likely to continue because cockfighting is only a misdemeanor in California so Sacramento is becoming a hot place for the crime.

(© MMVII, CBS Broadcasting Inc. All Rights Reserved.)

## From Our Partners

Shopping: Find today's best selling books

SPONSORED LINKS                                                      Get listed here

**Cash Payout for Life Insurance**
JG Wentworth pays cash now for your life insurance policy.
www.jgwentworth.com

**Refinance at 5.8% Fixed!**
$300,000 mortgage under $799/mo. All credits OK. Get 4 FREE quotes!
www.lendgo.com

**AARP & The Hartford Auto Insurance Quote**
Over 50? Save $303 on no hassle auto ins with AARP and The Hartford.
aarp.thehartford.com

**View a New 2007 Sport Sedan**
Get free info, reviews and ratings on new 2007 sport sedans.
www.edmunds.com

**Forex.com - Free Practice Account**
Try forex trading risk-free for 30 days. Real time charts & research.
www.forex.com

**Forex.com - Free Practice Account**
Try forex trading risk-free for 30 days. Real time charts & research.
www.forex.com

Attachment 9 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

## The Humane Society of the United States

### DISBURSEMENT REQUEST FORM

WEST COAST REGIONAL
OFFICE
4530

**DATE OF REQUEST:** 07/24/07

**AMOUNT:** $5,000.00

**PAYABLE TO:** Teaching Everyone Animals Matter (TEAM)

**ADDRESS:** c/o Sacramento County Animal Care and Regulation

CONFIDENTIAL ATTN: Pat Claerbout

4290 Bradshaw Road

Sacramento, CA 95827

**APPROVED BY:** Eric Sakach or Melissa Seide Rubin

| REQUIRED - Check One | |
|---|---|
| X | Paper check |
| | Wire transfer** |
| | Direct deposit |

**Please provide bank name, ABA number, bank account number, and name on account (Attach Wire Transfer Form)

**OR**

X    SEE ATTACHED

### Please check the appropriate account number:

| | | |
|---|---|---|
| 411108 | | Employee Moving Expenses |
| 411107 | | Tuition reimbursement |
| 421300 | | Consultants and Services |
| 421400 | | Audit Expense |
| 421401 | | Legal Expense |
| 431600 | | Postage, Courier, etc |
| 431900 | | Travel - Lodging, Meals, Taxis, Tolls, Parking |
| 431901 | | Travel - Air/train |
| 431903 | | Travel - Auto Rental & Rental Fuel |
| 431905 | | Event Catering |
| 431906 | | Travel - Business Mileage |
| 431907 | | Event/Meeting - Facilities Rental |
| 432000 | | Office Supplies |
| 432100 | | Dues and Subscriptions |
| 432190 | | News Clipping Services |
| 432195 | | Information Monitoring Service |
| 432200 | | Printing and Composition |
| 432250 | | Film, Slides and Videotape |
| 432260 | | Public Service Announcements |
| 432270 | | Celebrity Spots |
| 432300 | | Contracted Mailing Costs |
| 432400 | | Workshops and Symposiums |
| 432460 | | Continuing Education |
| 432500 | | Telephone and Facsimile |
| 432505 | | Telephone - Data |
| 432600 | | Computer Related Expenses |
| 432700 | | Advertising |
| 432800 | | Equipment Lease/Rental Expense |
| 447200 | | Repairs and Maintenance - Building |
| 447210 | | Repairs & Maintenance - Equipment |
| 447300 | | Office and Storage Lease/Rental |
| 447400 | | Utilities |
| 447410 | | Janitorial Services |
| 447414 | | Trash Removal |
| 447416 | | Grounds Maintenance |
| 454500 | | Insurance Expense |
| 459300 | | Taxes-Non Payroll |
| 469500 | | Equipment |
| 479600 | X | Grants to Other Societies |

### Please check the appropriate project number:

| | | |
|---|---|---|
| 00-4530-0-00000 | | West Coast Regional Office |
| 00-4530-8-70210 | | WCRO-Regional Newsletter |
| 00-4530-8-70590 | | WCRO-Special Projects |
| 00-4530-8-70591 | | WCRO-Native Indian Reservation Project |
| 00-4530-8-70595 | | Baker Trust |

** NEW PROGRAM- Please indicate program name below.
Accounting will create a program code.

**✱✱**

Per discussion with Campaigns and Litigation
Sections for care, feeding and removal of
abandoned gamefowl impounded by Sacramento
County Animal Care and Regulation during
July 4-5, 2007 cockfighting bust.

TEAM's tax I.D. # is 91-1825374

**DELIVERY INSTRUCTIONS:**        X    Send to above address.              _____ Deliver to:

**COMMENTS** TEAM's tax I.D. # is 91-1825374

Rev. 12/05/05 by JG

Attachment 10 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

# Cockfighting Raid Results in 145 Arrests

State and local authorities raided a cockfighting pit at a Mecklenburg County farm Sunday afternoon and arrested 145 people, authorities said.

About three-quarters of those arrested are North Carolina residents, authorities said.

North Carolina made cockfighting a felony in 2005. It is a misdemeanor in Virginia, and only then, if it is associated with gambling, authorities said.

Authorities were tipped off to the cockfighting ring early last year and investigated the case for seven months in an operation named "Grit and Steel." The bust happened at a facility in the 2000 block of Redlawn Road.

The Humane Society of the United States, officers from the Mecklenburg County Sheriff's Office and the Virginia State Police and agents from the U.S. Department of Agriculture participated in the raid.

More than 126 birds were seized, and others were found dead, scattered around the property. About 10 children were present, including one estimated to be 4 years old, authorities said.

Authorities also seized a large amount of cockfighting paraphernalia, including metal spurs and gaffs; illegal drugs, including cocaine, crack and marijuana; and approximately $40,000 in cash.

Among those arrested, 22 people have been detained by Homeland Security for being in the country illegally; 10 people were charged with contributing to the delinquency of a minor; and two arrested on charges of identification fraud.

Seven of those arrested were determined to be members of various organized Mexican gangs, Mecklenburg County authorities said.

"By taking down this operation, we hope to send a message to our citizens and anybody from outside our county who thinks they can come here to engage in this criminal pursuit that cockfighters are not welcome," Mecklenburg County Sheriff Danny R. Fox said in a statement.

"It's a cruel, illegal activity that acts as magnet for other criminal acts involving weapons, drugs, violence and gambling, and we urge our state legislators to give law enforcement the tough penalties we need to deter this," Fox added.

Lawmakers have introduced a bill in the Virginia legislature to make cockfighting a felony in the state.

Copyright 2007 by WRAL.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

# Virginia Cockfighting Pit Raided

**January 22, 2007**



Mecklenburg County sheriffs arrested 145 people.    ©The HSUS

More than 125 birds were seized and 145 people arrested in a raid on a cockfighting pit near Boydton, Va., following an eight-month investigation in which The HSUS assisted state and local law enforcement agencies. The raid comes just as the Virginia legislature is considering enacting felony penalties for cockfighting.

The Mecklenburg County Sheriff's Office raided the cockfighting pit Jan. 21, with help from the Virginia State Police and agents with the U.S. Department of Agriculture.

"We commend the Mecklenberg County Sheriff's Office for its decisive action in ridding the community of this horrible form of animal cruelty," said Ann Chynoweth, director of The HSUS Animal Cruelty Campaign. "Forcing animals to tear each other apart for entertainment has no place in civilized society, and today's raid will go a long way toward ridding Virginia of cockfighting cruelty and the violence it engenders."

**Take Action**

➤ Tell Amazon.com to stop supporting illegal animal fighitng.

According to the sheriff's office, most of the individuals arrested came from North Carolina, where cockfighting has been a felony since 2005.  In Virginia, cockfighting is a misdemeanor, but only if associated with gambling. After surrounding states strengthened their penalties against animal fighting in recent years, Virginia appeared to become a magnet for cockfighters.

**See the Video**

➤ See footage from the cockfighting derby.

Legislation is pending in the Virginia legislature to strengthen the cockfighting law. The bill, S.B. 1190, introduced by Sen. Roscoe Reynolds, would make it a felony to engage in fighting cocks or to possess to train, transport or sell any animal for the purpose of fighting.

Lawmakers are concerned not only about the grisly brutality inflicted on the animals, but also about the associated criminal activity, which often includes gambling, drug trafficking and possession of illegal firearms. What's more, there is growing awareness among policy makers of the connection between cockfighting and the spread of contagious diseases.

Of the 48 states that ban cockfighting, only Alabama has a weaker law than Virginia, according to The HSUS. Thirty-three states provide felony penalties for cockfighting crimes, and in New Mexico and Louisiana, cockfighting remains legal.

Federal legislation to increase the penalties for animal fighting is also pending. The Animal Fighting Prohibition Enforcement Act would make it a felony to transport an animal across state or international borders for animal fighting. It would also prohibit interstate and foreign commerce in knives and gaffs designed for use in cockfighting.

✉ E-MAIL THIS PAGE

**See the Video**

☺ **HSUS Helps to Bust Virginia Cockfighting Ring**

**Related Links**

☺ **Cockfighting Fact Sheet**

☺ **Cockfighting and the Spread of Bird Flu**

☺ **Indiana Cockfighting Ring Raided**


POWERED BY
CONVIO®

Attachment 11 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

**DISASTER TEAM EXPENSES**
**January 2007**
**Mecklenburg, VA: Cockfighting**

Expense sheet for Mecklenburg Raid

B

| | |
|---|---|
| $25.00 | transport to airport |
| $9.13 | lunch |
| $2.36 | dinner |
| $378.00 | flight |
| **$414.49** | |

M

| | |
|---|---|
| $11.17 | mileage |
| $3.41 | lunch |
| $11.22 | dinner |
| $84.23 | car rental |
| $133.53 | hotel |
| $520.60 | flights |
| **$764.16** | |

R

| | |
|---|---|
| $193.94 | car rental |
| $32.81 | fuel |
| $11.06 | lunch |
| $538.73 | hotel rooms for disaster staff |
| **$776.54** | |

**TOTAL**
**$1,955.19**

Attachment 12 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

Date: Wednesday, October 03, 2007
Time: 10:34 AM
User: BARBARA

# THE HUMANE SOCIETY OF THE U.S.
## Detail General Ledger - Standard w/Vendor and Info
Periods: 01-06 Through 12-06 As of: 10/3/2007 Ledger ID:   ACTUAL

Page: 6 of 10
Report: 01620VEND.r
Company: HSUS

| Jnl Type | Tran Type | Bat Nbr | Per. Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 018349 | 12-06 | 178382 | 12/5/2006 | MA025000 GOODWIN, J | | 17.02 | 0.00 | 528.18 |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: JOHN GOODWIN | | | | |
| AP | VO | 018575 | 01-07 | 181341 | 1/16/2007 | MA025000 GOODWIN, J | | 78.19 | 0.00 | |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: JOHN GOODWIN | | | | |
| AP | VO | 018606 | 01-07 | 181934 | 1/22/2007 | MA025000 CHYNOWETH, A | | 40.53 | 0.00 | |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: ANN CHYNOWETH | | | | |
| | | | | | Period 12-06 | Total | 231.34 | 296.84 | 0.00 | |
| | | | | | Sub 14-4345-8-79101 | Total | 0.00 | 545.18 | 17.00 | 528.18 |
| | | | | | Acct 431904 | Total | 0.00 | 545.18 | 17.00 | 528.18 |

Acct:  431906   Travel - Auto incidentals       Sub:   14-4345-8-79101       Park Fdnd-Animal Cruelty

| Jnl Type | Tran Type | Bat Nbr | Per. Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 017834 | 08-06 | 171762 | 8/16/2006 | PR091880 HEIDI PRESCOTT ACH/EF. | | 211.82 | 0.00 | |
| | | | | | | Vendor Name: HEIDI PRESCOTT ACH/EFT  Additional Info: PUBLIC HEARING TESTIFY HB2289 | | | | |
| | | | | | Period 08-06 | Total | 0.00 | 211.82 | 0.00 | 211.82 |
| | | | | | | Additional Info: | | | | |
| | | | | | Period 09-06 | Total | 211.82 | 0.00 | 0.00 | 211.82 |
| | | | | | | Additional Info: | | | | |
| | | | | | Period 10-06 | Total | 211.82 | 0.00 | 0.00 | 211.82 |
| | | | | | | Additional Info: | | | | |
| AP | VO | 018246 | 11-06 | 176837 | 11/10/2006 | MA025000 GOODWIN, J | | 54.00 | 0.00 | |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: JOHN GOODWIN | | | | |
| AP | VO | 018271 | 11-06 | 177152 | 11/15/2006 | CH044900 ANN CHYNOWETH - ACH/E. | | 33.00 | 0.00 | |
| | | | | | | Vendor Name: ANN CHYNOWETH - ACH/EFT  Additional Info: N.O. MEETING W/LOBBYIST | | | | |
| | | | | | Period 11-06 | Total | 211.82 | 87.00 | 0.00 | 298.82 |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | RA023095 Randour #174623 | | 121.20 | 0.00 | |
| | | | | | | Additional Info: | | | | |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | Recl Prescott to unrestricted | | 0.00 | 211.82 | |
| | | | | | | Additional Info: | | | | |
| AP | VO | 018349 | 12-06 | 178382 | 12/5/2006 | MA025000 GOODWIN, J | | 18.00 | 0.00 | |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: JOHN GOODWIN | | | | |
| AP | VO | 018407 | 12-06 | 179016 | 12/13/2006 | CH044900 Washington DC/Boycto | | 186.90 | 0.00 | |
| | | | | | | Vendor Name: ANN CHYNOWETH - ACH/EFT  Additional Info: Meeting with Law Enforcement | | | | |
| AP | VO | 018606 | 01-07 | 181934 | 1/22/2007 | MA025000 CHYNOWETH, A | | -94.00 | 0.00 | |
| | | | | | | Vendor Name: MBNA AMERICA  Additional Info: ANN CHYNOWETH | | | | |

Date: Wednesday, October 03, 2007
Time: 10:34AM
User: BARBARA

# THE HUMANE SOCIETY OF THE U.S.
## Detail General Ledger - Standard w/Vendor and Info
Periods: 01-06 Through 12-06 As of: 10/3/2007  Ledger ID:  ACTUAL

Page: 4 of 10
Report: 01620VEND.r
Company: HSUS

| Jml Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | MA025000 TravelOn #170168 | | 685.20 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | MA025000 TravelOn #177118 | | 700.60 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | MA025000 TravelOn #166367 | | 233.78 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| ^ AP | VO | 018584 | 01-07 | 181600 | 1/17/2007 | MA025000 HUMANE SOCIETY OF THE | | 218.29 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:HUMANE SOCIETY OF THE US | | | | |
| | | | | | Period 12-06 | Total | 0.00 | 2,741.96 | 0.00 | 2,741.96 |
| | | | | | Sub | 14-4345-8-79101 | 0.00 | 2,741.96 | 0.00 | 2,741.96 |
| | | | | | Acct | 431901 | 0.00 | 2,741.96 | 0.00 | 2,741.96 |

Acct: 431902  Travel - Lodging    Sub: 14-4345-8-79101    Park Fund-Animal Cruelty

| Jml Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 018111 | 10-06 | 175392 | 10/18/2006 | MA025000 CHYNOWETH, ANN | | 366.98 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:ANN CHYNOWETH | | | | |
| | | | | | Period 10-06 | Total | 0.00 | 366.98 | 0.00 | 366.98 |
| AP | VO | 018246 | 11-06 | 176837 | 11/10/2006 | MA025000 GOODWIN, J | | 695.19 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:JOHN GOODWIN | | | | |
| | | | | | Period 11-06 | Total | 366.98 | 695.19 | 0.00 | 1,062.17 |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | RA023095 Randour #174623 | | 195.00 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| GJ | GL | 025606 | 12-06 | 12109 | 12/31/2006 | MA025000 Goodwin #169726 | | 497.00 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| ^ AP | VO | 018349 | 12-06 | 178382 | 12/5/2006 | MA025000 GOODWIN, J | | 100.69 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:JOHN GOODWIN | | | | |
| ^ AP | VO | 018575 | 01-07 | 181341 | 1/16/2007 | MA025000 GOODWIN, J | | 107.45 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:JOHN GOODWIN | | | | |
| ^ AP | VO | 018606 | 01-07 | 181934 | 1/22/2007 | MA025000 CHYNOWETH, A | | 244.06 | 0.00 | |
| | | Vendor Name: MBNA AMERICA | | | | Additional Info:ANN CHYNOWETH | | | | |
| | | | | | Period 12-06 | Total | 1,062.17 | 1,144.20 | 0.00 | 2,206.37 |
| | | | | | Sub | 14-4345-8-79101 | 0.00 | 2,206.37 | 0.00 | 2,206.37 |
| | | | | | Acct | 431902 | 0.00 | 2,206.37 | 0.00 | 2,206.37 |

Acct: 431903  Travel - Auto rental    Sub: 14-4345-8-79101    Park Fund-Animal Cruelty

Attachment 13 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

## WOODLAND SHOW POULTRY FARM (HOME OF THE GEORGIA FLYERS)

### LEMONS, DOC ROBINSONS, WARDELL HATCH, SPANGLED HATCH & ROUNDHEADS

My Hatch fowl have been shown in Springbrook, Del Rio & Alabama. They have won many firsts. The Lemon High Breds have been shown in the Philippines Islands and in Hawaii with great success! The Hatch have also been shown in Mexico and California. They too have shown well.

**ALL PURE TRIOS MATTER OF CORRESPONDENCE.**
**ALL SHOW TRIOS $750.00**
We are now shipping to Hawaii & Guam!

*Serious Inquires Please Call—*
Daytime Phone: 706-741-4295
Evening Phone: 706-647-2819
NO CHECKS ACCEPTED FOR EG OR POULTRY.
M.O. ONLY!
*(Serious Inquiries Only!)*

### T. MILLS
1582 Woodland Road Thomaston, GA 30286
*These fowl are sold for the purpose of breeding or showing ONLY!!!*



DOC ROBINSON



WARDELL HATCH

PURE LEMON

LEMON HIGH BRED CROSS

SELECT BROOD COCKS
SELECT BROOD HENS
PURE WOODLAND ALBANY'S
ALL PURE FOWL MATTER OF CORRESPONDENCE!
LEMON HIGH BRED CROSSES ............ $250.00 & UP
ALL EGGS & POULTRY PLUS SHIPPING.

EGGS AVAILABLE NOV. 15TH, 2006
EGGS $50.00 A DOZEN CROSSES
EGGS $75.00 DOZEN PURE
WE CAN C.O.D. EGGS!!!
PLUS SHIPPING!



# FOR SALE IN KENTUCKY
# SALLY GAP GAME CLUB

10,000 Sq. Ft. Club. Seats Approximately 400 People. All Equipment Goes With It. 1200 Sq. Ft.
Kitchen. All Appliances Go. Club Has Living Quarters. Club Also Has Central Heat And Air.
**This Club Is Up And Running!!!!!**
**Call: EULA & JOHNNY @ 1-606-549-5560**

Attachment 14 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

**Kentucky.com**

Posted on Tue, Feb. 13, 2007

# State Police investigating possible cockfighting ring

**Associated Press**

**LONDON, Ky. –** An undercover report by an animal-protection group has prompted police in southern Kentucky to investigate a possible cockfighting ring, Kentucky State Police said Tuesday.

The Humane Society of the United States said in a report released Feb. 5 that more than 400 people from several states attended a cockfight event at the Sally Gap cockfighting pit in Williamsburg earlier this month.

Cockfighting is a misdemeanor under state law, with a maximum sentence of one year. Animal owners, spectators and vendors involved in the events can be found in violation of the statute.

© 2007 AP Wire and wire service sources. All Rights Reserved.
http://www.kentucky.com

**Kentucky.com**

Posted on Sat, Feb. 10, 2007

HUMANE SOCIETY INVESTIGATION

# Cockfighting alleged in Whitley County

**GROUP HAS VIDEO OF 'ONE OF BIGGEST' ARENAS IN U.S.**

**By Bill Estep**
**SOUTH-CENTRAL KENTUCKY BUREAU**

State police will investigate an alleged cockfighting arena in Whitley County where an animal-protection group said it filmed undercover video of bloody, deadly rooster fights last Saturday.

There were more than 400 people at the Sally Gap Game Club when four investigators from The Humane Society of the United States visited to document the daylong series of fights, said John Goodwin, deputy manager of animal fighting issues for the organization.

There were participants from as far away as Michigan and South Carolina entering birds and gambling on the fights. The Humane Society estimated hundreds of thousands of dollars in entry fees and bets changed hands, and even saw children exchanging money.

"We send investigators all over the country, and this was definitely one of the biggest ones," Goodwin said.

Goodwin said the Humane Society sent video from the arena to the Whitley County Sheriff's Office and Kentucky State Police.

The state police post at London, which covers Whitley County, started an investigation this week after hearing about the operation through media reports, said Lt. Curtis O'Bannon.

O'Bannon said people who take part in cockfighting could be charged with second-degree cruelty to animals, a misdemeanor. Gambling is another possible charge, he said.

O'Bannon said state police will review the video from the Humane Society, but it's not clear whether police will be able to use it to obtain criminal charges.

Goodwin said Johnny Baird owns the Sally Gap arena, which is in a rural area of eastern Whitley County about 8 miles from Williamsburg. No one returned a phone call from the Herald-Leader to a number that appeared in an advertisement about the arena.

Goodwin said the Humane Society started looking into the arena after that ad, seeking to sell the operation, appeared in a cockfighting magazine in December.

The ad, provided to the media by the Humane Society, described the club as a 10,000-square-foot building with seating for about 400, a 1,200-square-foot kitchen and living quarters. The club also included a concession stand, a main fighting ring and four smaller pits off the main ring, Goodwin said.

Goodwin said he called Baird, posing as a buyer. The price was $140,000, Goodwin said. When Goodwin asked about the danger of being raided, Baird said Whitley County Sheriff Lawrence Hodge was aware cockfighting took place at the arena, but had not made any arrests for it, Goodwin said.

Hodge was out of his office and not available for comment yesterday.

However, Hodge told the Times-Tribune newspaper in Corbin he was aware of cockfighting at the arena and that deputies had been there to answer complaints about drug users. But he said the state animal-cruelty law is vague on cockfighting, and that no one was gambling when officers were there, the newspaper said.

Hodge also said he turned over any complaints about cockfighting to state police because the agency has more officers,

the newspaper said.

O'Bannon said state police had checked records back to January 2005 and no complaints on cockfighting had been logged at the London post in that time.

In 2005, a district judge threw out animal-cruelty charges against hundreds of spectators cited when state police raided a cockfighting arena in Montgomery County and seized more than $400,000. A few defendants argued that the animal-cruelty law did not apply to cockfighting, and the judge said the law was unclear.

Goodwin disagreed, saying Kentucky's law makes cockfighting a misdemeanor. The Humane Society would like the legislature to make it a felony, as it is in 33 other states.

In fact, Goodwin said, the state's weak law is one reason Kentucky is one of the country's top spots for cockfighting. People can make big money from cockfighting, and a misdemeanor isn't enough to deter the activity, Goodwin said.

Goodwin said Baird told him a number of the people who brought fighting roosters to his arena started coming after the FBI raided a large arena in Eastern Tennessee in 2005.

It is a federal misdemeanor to take an animal across state lines for fighting. Congress is considering a law to boost that to a felony, Goodwin said.

The fights last Saturday at the Sally Gap arena were a "five cock derby," in which each participant enters five roosters. There are a series of fights; the owner with the highest point total wins the pot, Goodwin said.

At Sally Gap, the entry fee was $200, so if there were 100 owners with 500 birds, as investigators estimated, that would have been a $20,000 prize, Goodwin said.

The roosters typically fight in enclosed spaces with sharp knives or with spurs that look like curved ice picks, called gaffs, fastened to their legs; the roosters are frequently killed or maimed, Goodwin said.

In a news release from the Humane Society, this is how an unnamed investigator who was at the Whitley County arena last week described it:

"The roosters were forced to fight for up to a half-hour as they repeatedly stabbed each other until one of the competitors bled to death. It was mind-boggling to watch the audience, including children, cheer this barbaric contest on."

© 2007 Lexington Herald-Leader and wire service sources. All Rights Reserved.
http://www.kentucky.com

Gray MidAmerica TV Interactive Media



PRINT THIS

Powered by Clickability

Cockfighting Ring Discovered In Southern Kentucky
There have been 291 comments posted about this story
**Cockfighting Ring Discovered In Southern Kentucky**



A cockfighting ring is discovered in Southern Kentucky.

Investigators are looking into the Sally Gap Game Club in Whitely County. We're told cock fights are known to take place at the Whitley County club nearly every weekend.
A national animal activist group now wants to know why no one has been arrested.

The Humane Society of the United States sent in an undercover investigator this past weekend. The organization tells us it is one of the biggest cockfighting rings they've ever seen. The arena has stadium seating with a capacity of several hundreds. Several fighting rings are setup inside the building.

The HSUS found out about the cockfighting ring after seeing an ad in Gamecock magazine, a trade publication for people who are involved in cockfighting.

Cockfighting is against the law in Kentucky. It is also illegal to be a spectator at a cockfight. Both are misdemeanors.

The Whitley County Sheriff says he is aware of the situation at the club, but says he does not have enough help to enforce the law.

The undercover video taken by the HSUS has been sent to the Commonwealth Attorney's office.

**Tell Us your Thoughts on Cockfighting?**
Post Your Comments

First Name: [　　　　　　　　]     Location: [　　　　　　　　]
Enter Comments:

[　　　　　　　　　　　　　　　　　　　　　]

Submit

View Comments

Posted by: Xavier - Singleton (Feb 12 at 9:02 AM)
This is America, if you believe in taking away peoples rights then you should move, go somewhere where the government decides what is right for its people. Liberty means I can do as I please, as long

<<Back



## State Police investigating possible cockfighting ring

Feb 13, 2007 06:01 PM EST

**(LONDON, Ky.)** -- An undercover report by an animal-protection group has prompted police in southern Kentucky to investigate a possible cockfighting ring.

The Humane Society of the United States says in its report that more than 400 people from several states attended a cockfight event at the Sally Gap cockfighting pit in Williamsburg earlier this month.

Cockfighting is a misdemeanor under state law, with a maximum sentence of one year. Animal owners, spectators and vendors involved in the events can be found in violation of the statute.

*(Copyright 2007 by The Associated Press. All Rights Reserved.)*

 WorldNow

All content © Copyright 2000 - 2007 WorldNow and WAVE, a Raycom Media Station.
All Rights Reserved. For more information on this site, please read our Privacy Policy and Terms of Service.

Attachment 15 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

Case 1:07-cv-01233-LFO    Document 26-5    Filed 12/20/2007    Page 2 of 12

 **SignOnSanDiego.com**
THE SAN DIEGO UNION-TRIBUNE

**PRINTTHIS**

**More Metro news**
# More than 5,000 birds seized in cockfighting raid

**By Debbi Farr Baker**
UNION-TRIBUNE BREAKING NEWS TEAM

**12:58 p.m. October 15, 2007**

SAN DIEGO – More than 5,000 birds were seized and 50 people were arrested in what's being called the largest cockfighting raid in U.S. history, authorities announced Monday.

Several law enforcement agencies took part in a raid that was carried out in several locations Saturday in South County, said San Diego District Attorney Bonnie Dumanis.

The largest of the raids was at a 7-acre compound in Otay Mesa near the border, where 4,400 birds including roosters, hens and chicks were found.

"For years this particular site has been a bird factory – raising and training hundreds of roosters for illegal cockfighting," Dumanis said. "Many of the birds had been maimed and tortured in the name of sport."

Those arrested were charged with misdemeanors and released. They face up to one year in jail and a $5,000 fine. About five of those arrested are members of the U.S. military, Dumanis said. An additional 50 people are still being sought.

Dozens of boxes of fighting implements, including hundreds of knives, were also seized as well as cockfighting videos, medical supplies, scales, computers, photos of people with their birds and several underground cockfighting publications said, Eric Sakach, West Coast director of the Humane Society of the United States.

Sakach described the fights as a "bloody blurry blur of feathers" that mutilates the birds and reduces them to "chunks of lacerated meat."

He said the raids were a major setback for the purveyors of the bloody sport throughout the country.

The six-month investigation was led by the County of San Diego Department of Animal Services, said department director Dawn Danielson. She said many of the birds that were seized have already been euthanized.

---

■ Debbi Baker: (619) 293-1710; **debbi.baker@uniontrib.com**

**Find this article at:**
http://www.signonsandiego.com/news/metro/20071015-1258-bn15fight.html

☐ Check the box to include the list of links referenced in the article.

© Copyright 2007 Union-Tribune Publishing Co. ? A Copley Newspaper Site

Case 1:07-cv-01235-EPG Document 26-5 Filed 12/20/2007

# Cockfighting bust nets more than 5,000 birds, 50 arrests

The Associated Press
News Fuze

Article Launched:10/15/2007 02:23:15 PM PDT

SAN DIEGO—More than 5,000 trained birds have been seized in what authorities said Monday was the largest cockfighting bust in U.S. history.

Agents found 4,400 birds Saturday at a 7-acre compound in the Otay Mesa industrial area of San Diego, near the Mexican border. More than 2,500 birds were seized at the same place six years ago in what was then the largest bust in history.

Hundreds more birds were found at a second training ground nearby, officials said.

Other stings have resulted in more arrests but none have produced more birds, said John Goodwin, manager of animal fighting issues at The Humane Society of the United States, which deployed its own staff on the raid along with local and federal law enforcement agents.

"In terms of the number of animals seized, this is the biggest, hands down," he said.

Fifty people were issued misdemeanor citations, punishable by up to one year in jail and a $5,000 fine, and ordered to answer to cockfighting charges in early December, said Paul Levikow, a spokesman for the San Diego County District Attorney's office. If the defendants have a history of animal cruelty, they may still be charged with felonies.

Another 50 people are still being sought, authorities said.

About 80 percent of the birds seized have been euthanized, Levikow said.

The cockfighting operation was managed and patronized largely by Filipinos, and fights were staged in the San Diego area, Levikow said. Many birds were sent to the Philippines or Hawaii.

10/16/2007

 

http://www.latimes.com/news/printedition/california/la-me-fight16oct16,1,324568.story?ctrack=1&cset=true
From the Los Angeles Times

## 50 charged in San Diego cockfighting operation

**Authorities also seize 5,000 birds following a 6-month investigation in the Nestor area near the Mexican border.**
By Tony Perry
Los Angeles Times Staff Writer

October 16, 2007

SAN DIEGO -- Fifty people have been criminally charged and more than 5,000 birds seized after a six-month investigation into a cockfighting operation near the Mexican border, authorities said Monday.

More arrests are expected, they said, as the investigation continues into an operation that sold fighting birds to devotees of the blood sport in mainland United States, Hawaii and the Philippines, where cockfighting is legal.

Eleven search warrants were served and a seven-acre compound in the Nestor area of San Diego was raided Saturday. Charges include cockfighting and possession of cockfighting implements, which are misdemeanors. Defendants found with prior cockfighting convictions could face felony charges.

Birds were hatched at the Nestor site, taught to fight, and then shipped out or immediately pitted against other birds, authorities said. "This is what we call a birth-to-death operation," said Lt. Daniel DeSousa of the San Diego Animal Services Department.

The Nestor site was raided six years ago and more than 2,500 birds were confiscated. Hundreds of birds were confiscated in similar raids in northern San Diego County last spring.

The district attorney's office has filed 53 cockfighting cases in six years.

The birds seized in the weekend raid have been euthanized.

tony.perry@latimes.com

If you want other stories on this topic, search the Archives at latimes.com/archives.
TMSReprints
Article licensing and reprint options

Copyright 2007 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help
PARTNERS: KTLA CW  Hoy



Last Update: 1:00 am

Print Story | Email Story

▿ Cockfighting Bust
▿ Cockfighting Bust Update

Two South Bay locations where more than 5,000 birds were being raised and trained for illegal cockfighting were raided in the biggest crackdown ever in San Diego and possibly U.S. history, authorities said today.



The largest of the cockfighting operations was headquartered at a seven-acre compound in Otay Mesa near the U.S.-Mexico border, where some 4,400 birds were housed, authorities said.

Authorities said individuals were seen using the birds in sparring matches and in training rounds of cockfighting, and many of the birds had their combs and wattles cut off.

"This multi-agency effort has effectively shut down an extensive illegal cockfighting ring in the South Bay," District Attorney Bonnie Dumanis said of Saturday's raids. "Dozens of individuals are now facing charges for exploiting these birds in the name of sport."

The six-month investigation was led by the San Diego County Department of Animal Services, with help from the District Attorney's Office, Humane Society, U.S. Department of Agriculture, Naval Criminal Investigative Service, San Diego County Sheriff's Department, and the San Diego and Chula Vista police departments.

Eleven search warrants were served over the weekend, resulting in 50 individuals being charged with misdemeanor cockfighting and possession of cockfighting implements, Dumanis said.

The defendants -- some of them are retired or active military -- face up to a year in jail and a $5,000 fine on each count, and additional felony charges are possible, including animal cruelty, Dumanis said. Fifty other suspects are still being sought, she said.

Earlier this year, hundreds of birds used for cockfighting were seized in North County.

The District Attorney's Office has filed 53 cased related to cockfighting in the last six years.

Attachment 16 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)





Attachment 17 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

  Roll over to explore   

Shop Victoriously

AdChoice   Find Yours

○ Web ● MSNBC  [                    ]          Make MSNBC Your Homepage | MSN Home | Hotmail | Sign In          

**Search**


A Fuller Spectrum of News

Home » U.S. News » Crime & Punishment

**Video**

**U.S. News**
Crime &
Punishment
U.S. Life
U.S. Security
Education
Environment
Race & Ethnicity
Charity News
Only on
MSNBC.com
Peculiar Postings

**Politics**
**World News**
**Business**
**Sports**
**Entertainment**
**Health**
**Tech / Science**
**Travel**
**Weather**
**Blogs Etc.**
**Local News**
**Multimedia**
**Most Popular**

**NBC NEWS**
**Today Show**
**Nightly News**
**Dateline NBC**
**Meet the Press**
**MSNBC TV**
**MSNBC Classifieds**
**Shopping**
**Start a Business**
from Entrepreneur.com
**Dating**
with Perfectmatch.com
**Real Estate**
with HomePages.com
**Investments**
$7 online stock buys

# Cockfighting raid may be biggest in U.S. history
### Previous largest operation was six years ago at same San Diego site

MSNBC
Updated: 6:32 p.m. ET Oct 16, 2007

SAN DIEGO - State and federal authorities described a weekend underlined cockfighting raid as the biggest in U.S. history after agents found more than 4,400 birds being raised and trained to kill at the same compound where they carried out what was then the largest bust six years ago.

Hundreds more birds were found at a second training ground nearby in Nestor, near the Otay Mesa industrial area of San Diego, officials told NBC affiliate KNSD-TV. They said more than 5,000 birds were discovered at the two locations altogether .

The raid culminated a six-month investigation involving nine local, state and federal agencies in cooperation with the Humane Society of the United States and the San Diego Humane Society.

Story continues below ↓

advertisement



AP

An undernourished rooster seized in the raid displays a chopped red comb and numerous injuries.

 **MSNBC.com**

# Cockfighting raid may be biggest in U.S. history
**Previous largest operation was six years ago at same San Diego site**
**MSNBC**
Updated: 6:32 p.m. ET Oct 16, 2007

SAN DIEGO - State and federal authorities described a weekend cockfighting raid as the biggest in U.S. history after agents found more than 4,400 birds being raised and trained to kill at the same compound where they carried out what was then the largest bust six years ago.

Hundreds more birds were found at a second training ground nearby in Nestor, near the Otay Mesa industrial area of San Diego, officials told NBC affiliate KNSD-TV. They said more than 5,000 birds were discovered at the two locations altogether .

The raid culminated a six-month investigation involving nine local, state and federal agencies in cooperation with the Humane Society of the United States and the San Diego Humane Society.

Fifty people were charged with misdemeanors punishable by up to a year in jail and a $5,000 fine, and were ordered to answer to cockfighting charges in early December, said Paul Levikow, a spokesman for the San Diego County district attorney's office.

Another 50 people were still being sought Tuesday, authorities said. San Diego is a major naval center, and the district attorney's office said some of those charged were retired or active-duty military personnel.

"This is the largest cockfighting ring ever busted up in the United States because of the number of defendants and the number of birds seized," Levikow said.

Many of the birds were underfed, injured or mutilated for competition, authorities said. About 80 percent were euthanized.

## Philippine connection alleged
The operation was managed and patronized largely by Filipinos, and fights were staged in the San Diego area, officials told KNSD. But the operation also sent many of its birds to the Philippines, authorities said.

Cockfighting is legal in the Philippines, where it is called "sabong" and is considered to be a national pastime. Crowds gather in large arenas seven days a week to wager on their favorite birds.

Indeed, local officials promote cockfighting as a lure for tourists. "Blending science, art, superstition and gambling, cockfighting is gymnastics as much for cocks as for spectators," the tourism department in the central province of Western Visayas touts on its Web site.

But in the United States, cockfighting is widely considered a barbarity, a bloody sport in which trained roosters, often pumped up with aggression-boosting drugs and sporting spurs or razors, fight to the death. When Louisiana's new ban goes into effect next summer, it will be outlawed in all 50 states.

"Both birds will typically attack each other, collide somewhere in the pit, and it will be just a bloody blur of feathers," said Eric Sakach, California director of the Humane Society of the United States. "Birds are literally being mutilated, sliced right there. Whole appendages can fall off."

## Largest previous raid at same site
The operation in San Diego was especially sophisticated, said Lt. Dan DeSousa of the San Diego County Animal Services Department.

"This is what we call a life-to-death operation for these birds," he said. "They were raised on site. They would sell the eggs to people that wanted a championship bloodline for these birds."

Case 1:07-cv-01233-LFO    Document 26-5    Filed 12/20/2007    Page 12 of 12

The site was the scene of what had previously been the largest cockfighting raid in the nation's history. In May 2001, authorities discovered more than 2,500 fighting birds on the same ranch after a two-year undercover investigation.

It was also the second major cockfighting bust this year in San Diego County, which boasts an unwanted reputation as one of the centers of the underground cockfighting scene. In May, hundreds of fighting birds were seized in rural Pauma Valley.

More than 50 cases related to the sport have been filed in the past six years, the San Diego district attorney's office said.

*By Alex Johnson of msnbc.com. NBC affiliate KNSD of San Diego contributed to this report.*

URL: http://www.msnbc.msn.com/id/21326017/

MSN Privacy . Legal
© 2007 MSNBC.com

Attachment 18 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

Date: Tuesday, December 11, 2007
Time: 01:43PM
User: BARBARA

# THE HUMANE SOCIETY OF THE U.S.

## Detail General Ledger - Standard w/Vendor and Info

Periods: 01-07 Through 11-07 As of: 12/11/200    Ledger ID:    ACTUAL

Page: 1 of 4
Report: 01620VEND.r
Company: HSUS

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Acct:** 421300 | | | | Consultants and Services | | | | | | |
| | | | | | Sub: | 00-4440-8-34502 | San Diego, CA Raid 2007 | | | |
| AP | VO | 020118 | 11-07 | 199937 | 11/6/2007 | LL027100 MARK LLOYD - ACH/EFT | | 2,350.00 | 0.00 | |
| | | | | | | **Additional Info:**DISASTER CONSULTANT SERVICES | | | | |
| | | | | | | **Vendor Name:** MARK LLOYD - ACH/EFT | | | | |
| AP | VO | 020118 | 11-07 | 199960 | 11/6/2007 | LL027100 MARK LLOYD - ACH/EFT | | 73.64 | 0.00 | |
| | | | | | | **Additional Info:**DISASTER DEPLOYMENTS | | | | |
| | | | | | | **Vendor Name:** MARK LLOYD - ACH/EFT | | | | |
| AP | VO | 020210 | 11-07 | 201041 | 11/21/2007 | SCO18975 SAN DIEGO RAID | | 400.00 | 0.00 | |
| | | | | | | **Additional Info:**EXP OCT 5-12-19-26, 2007 | | | | |
| | | | | | | **Vendor Name:** ALLAN SCHWARTZ - ACH/EFT | | | | |
| AP | VO | 020210 | 11-07 | 201041 | 11/21/2007 | SCO18975 SAN DIEGO RAID | | 133.23 | 0.00 | |
| | | | | | | **Additional Info:**EXP OCT 5-12-19-26, 2007 | | | | |
| | | | | | | **Vendor Name:** ALLAN SCHWARTZ - ACH/EFT | | | | |
| | | | | | **Period** 11-07 | **Total** 00-4440-8-34502 | 0.00 | 2,956.87 | 0.00 | |
| | | | | | **Sub** 00-4440-8-34502 | **Total** | 0.00 | 2,956.87 | 0.00 | |
| | | | | | **Acct** 421300 | **Total** | 0.00 | 2,956.87 | 0.00 | 2,956.87 |
| **Acct:** 431901 | | | | Travel - Air/train | | | | | | |
| | | | | | Sub: | 00-4440-8-34502 | San Diego, CA Raid 2007 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Florida/San Diego/Flo | | 715.20 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC/San Diego/DC | | 447.60 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | 194.80 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC./San Diego/DC | | -440.80 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC/San Diego/DC | | -447.60 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Iowa/San Diego/Iowa | | -447.80 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | -549.20 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | **Additional Info:**WI050375 | | | | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |

Date: Tuesday, December 11, 2007
Time: 01:43PM
User: BARBARA

# THE HUMANE SOCIETY OF THE U.S.
## Detail General Ledger - Standard w/Vendor and Info
Periods: 01-07 Through 11-07 As of: 12/11/200   Ledger ID:   ACTUAL

Page: 2 of 4
Report: 01620VEND.r
Company: HSUS

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 booking fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Iowa/San Diego/Iowa | | 440.80 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC/San Diego/DC | | 447.80 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | 549.20 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Florida/San Diego/Flo | | -715.20 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Booking fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Service fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 service fee | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | 269.40 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | 269.40 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC/San Diego/DC | | 418.80 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Boston/San Diego/Bost | | 199.80 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 Service Fee for cance | | 5.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 DC/San Diego | | 558.60 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |
| AP | VO | 020096 | 10-07 | 199442 | 11/1/2007 | DI047920 change fee | | 10.00 | 0.00 | |
| | | | | | | Vendor Name: DINERS CLUB CARD | Additional Info:WI050375 | | | |

Date: Tuesday, December 11, 2007
Time: 01:43PM
User: BARBARA

Page: 3 of 4
Report: 01620VEND.r
Company: HSUS

# THE HUMANE SOCIETY OF THE U.S.
## Detail General Ledger - Standard w/Vendor and Info
Periods: 01-07 Through 11-07 As of: 12/11/200 Ledger ID:    ACTUAL

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Period 10-07 | Total | 0.00 | 1,970.80 | 0.00 | 1,970.80 |
| GJ | GL | 027559 | 11-07 | 11101 | 11/30/2007 | corr 198915 10/07 BE034776 | | 427.80 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| GJ | GL | 027559 | 11-07 | 11101 | 11/30/2007 | corr 199450 11/07 DI047920 | | 551.80 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| GJ | GL | 027559 | 11-07 | 11101 | 11/30/2007 | corr 199450 11/07 DI047920 | | 7.00 | 0.00 | |
| | | Vendor Name: | | | | Additional Info: | | | | |
| AP | VO | 020257 | 11-07 | 201638 | 11/29/2007 | DI047920 Des Moines IA/Dan Die | | 5.00 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:WI050470 | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 Phoenix - San Deigo | | 230.80 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:NI045550 | | | | |
| | | | | | Period 11-07 | Total | 1,970.80 | 1,222.40 | 0.00 | 3,193.20 |
| | | | | | Sub 00-4440-8-34502 | Total | 0.00 | 3,193.20 | 0.00 | 3,193.20 |
| | | | | | Acct 431901 | Total | 0.00 | 3,193.20 | 0.00 | 3,193.20 |

**Acct: 431902    Travel - Lodging**
**Sub: 00-4440-8-34502    San Diego, CA Raid 2007**

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 020252 | 11-07 | 201539 | 11/29/2007 | DI047920 Hotel CA cockfighting | | 357.00 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:EA001850 | | | | |
| AP | VO | 020252 | 11-07 | 201539 | 11/29/2007 | DI047920 Hotel for Cockfightin | | 142.55 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:EA001850 | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 coffee  water | | 327.00 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:NI045550 | | | | |
| | | | | | Period 11-07 | Total | 0.00 | 826.55 | 0.00 | 826.55 |
| | | | | | Sub 00-4440-8-34502 | Total | 0.00 | 826.55 | 0.00 | 826.55 |
| | | | | | Acct 431902 | Total | 0.00 | 826.55 | 0.00 | 826.55 |

**Acct: 431904    Travel - Meals - Individuals**
**Sub: 00-4440-8-34502    San Diego, CA Raid 2007**

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 020207 | 11-07 | 200984 | 11/21/2007 | WE016230 In-flight snack box | | 5.00 | 0.00 | |
| | | Vendor Name: DIANE WEBBER - ACH/EFT | | | | Additional Info:Oct/Nov Expenses | | | | |
| AP | VO | 020252 | 11-07 | 201539 | 11/29/2007 | DI047920 Breakfast- San Diego | | 14.65 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:EA001850 | | | | |
| AP | VO | 020252 | 11-07 | 201539 | 11/29/2007 | DI047920 Lunch airport trip ho | | 6.76 | 0.00 | |
| | | Vendor Name: DINERS CLUB CARD | | | | Additional Info:EA001850 | | | | |
| AP | VO | 020252 | 11-07 | 201539 | 11/29/2007 | DI047920 Dinner airport trip h | | 5.31 | 0.00 | |

Date: Tuesday, December 11, 2007
Time: 01:43PM
User: BARBARA

Page: 4 of 4
Report: 01620VEND.r
Company: HSUS

# THE HUMANE SOCIETY OF THE U.S.
## Detail General Ledger - Standard w/Vendor and Info
Periods: 01-07 Through 11-07 As of: 12/11/200   Ledger ID:   ACTUAL

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| | | | | | | Additional Info:EA001850 | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 coffee water | | 8.34 | 0.00 | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| | | | | | | Additional Info:NI045550 | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 coffee water | | 7.69 | 0.00 | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| | | | | | | Additional Info:NI045550 | | | | |
| | | | | | Period 11-07 | **Total** | 0.00 | 47.75 | 0.00 | 47.75 |
| | | | | | Sub 00-4440-8-34502 | **Total** | 0.00 | 47.75 | 0.00 | 47.75 |
| | | | | | Acct 431904 | **Total** | 0.00 | 47.75 | 0.00 | 47.75 |
| **Acct: 431906** | | | Travel - Auto incidentals | | | | | | | |
| | | | | | Sub: 00-4440-8-34502 | San Diego, CA Raid 2007 | | | | |
| AP | VO | 020171 | 11-07 | 200649 | 11/14/2007 | NI045550 Round trip to airport | | 31.04 | 0.00 | |
| | | | | | | **Vendor Name:** KARI L NIENSTEDT ACH/EFT$$ | | | | |
| | | | | | | Additional Info:Reimbursement | | | | |
| AP | VO | 020207 | 11-07 | 200984 | 11/21/2007 | WE016230 Plainfield/O'Hare | | 43.65 | 0.00 | |
| | | | | | | **Vendor Name:** DIANE WEBBER - ACH/EFT | | | | |
| | | | | | | Additional Info:Oct/Nov Expenses | | | | |
| AP | VO | 020207 | 11-07 | 200984 | 11/21/2007 | WE016230 Tip to limo driver | | 10.00 | 0.00 | |
| | | | | | | **Vendor Name:** DIANE WEBBER - ACH/EFT | | | | |
| | | | | | | Additional Info:Oct/Nov Expenses | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 coffee water | | 40.00 | 0.00 | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| | | | | | | Additional Info:NI045550 | | | | |
| AP | VO | 020264 | 11-07 | 201789 | 11/30/2007 | DI047920 Shuttle to airport fo | | 25.00 | 0.00 | |
| | | | | | | **Vendor Name:** DINERS CLUB CARD | | | | |
| | | | | | | Additional Info:NI045550 | | | | |
| | | | | | Period 11-07 | **Total** | 0.00 | 149.69 | 0.00 | 149.69 |
| | | | | | Sub 00-4440-8-34502 | **Total** | 0.00 | 149.69 | 0.00 | 149.69 |
| | | | | | Acct 431906 | **Total** | 0.00 | 149.69 | 0.00 | 149.69 |
| | | | | | **Total    Net Income** | | 0.00 | 7,174.06 | 0.00 | -7,174.06 # |

<   Indicates the period entered is different from the period posted.
*   Indicates there are no GL transactions to support summarized AcctHist period activity.
**   Indicates the calculated period ending balance does not match the YTD balance on AcctHist.
***   Indicates the calculated account balance does not match the account balance on AcctHist.
#   Indicates Assets do not match Liabilities or Net Income does not equal the YTD Net Income account.

# Experts On the Ground

**October 15, 2007**

### Eric Sakach

Eric Sakach is an investigator and regional director for the West Coast Regional Office of The Humane Society of the United States. For nearly three decades, Eric has been involved in the investigation of illegal cockfighting and dogfighting ventures.

His undercover work has lead to the arrests of more than 500 persons involved in illegal cockfights and dogfights and the first convictions ever under the federal Animal Welfare Act.

Eric has served as an instructor for numerous state and federal law enforcement personnel throughout the United States, Canada and Brazil, and he has authored and contributed to numerous articles and investigations manuals on the subject of illegal animal fighting.



©The HSUS/Kathy Milani

The HSUS's Eric Sakach inspects birds at a cockfighting operation raided Oct. 13 in San Diego, Calif.

Media outlets throughout the country including Dateline NBC, National Geographic Television, MSNBC, Hard Copy, Inside Edition, A Current Affair and Animal Planet have interviewed Eric on a variety of animal related issues.



©The HSUS/Kathy Milani

The HSUS's Chris Schindler cradles a bird at a cockfighting operation raided Oct. 13 in. San Diego, Calif.

### Chris Schindler

Chris Schindler is the Deputy Manager of Animal Fighting Law Enforcement for The Humane Society of the United State. In this capacity, Chris works with law enforcement agencies across the country to dismantle illegal animal fighting operations.

On a day-to-day basis, he compiles intelligence on known or suspected dogfighters to assist prosecutors in bringing their cases to court. Chris also gathers information for local law enforcement agencies and helps educate them on the signs and substance of illegal animal fighting operations.

Prior to coming to The HSUS, Chris spent several years as the Senior Humane Law Enforcement Officer and Field Advisor for the Washington Humane Society in Washington, D.C. There he worked extensively to battle animal cruelty issues—especially dogfighting, which is at near-epidemic levels in the D.C. metropolitan area.

Besides arresting illegal animal fighters and rescuing animals from cruel deaths in the fighting ring, Chris gained valuable insight into the motivations and mentality of dogfighters.

### Diane Webber

Diane Webber is the Director of Disaster Preparedness & Shelter Management for The Humane Society of the United States. Diane began her career in animal welfare in 1982 by hosting a city-wide bake sale to raise funds for her local animal shelter. Little did she know that one bake sale would lead to a lifetime of protecting animals.

For the past 25 years, Diane has operated animal shelters in Colorado and Washington State. She has co-authored an operational guide for the proper handling of reptiles in the shelter environment for the American Humane Association and assisted Kitsap County Washington rewrite their animal control ordinances and their first disaster plan for animals.

Since 2003, Diane has been an integral part of The HSUS serving as regional director for both the Midwest and Central States regions before joining the disaster services team in her current capacity. Her disaster work includes serving as co-Incident Commander for Hurricanes Katrina and Rita, managing the Mississippi side of HSUS's response efforts.

✉ E-MAIL THIS PAGE

**See the Video**

☺ **HSUS Undercover: Inside Animal Fighting**

**Related Links**

☺ **Standing Tall Against Cruelty: The HSUS' Eric Sakach**



# Massive California Cockfighting Operation Raided in Multi-Agency Sting

**October 15, 2007**

SAN DIEGO – Owing to its experience and resources in illegal animal fighting investigations, The Humane Society of the United States (HSUS) was enlisted this weekend to assist law enforcement and local animal protection agencies in one of the largest cockfighting busts in U.S. history.

"In 30 years of investigating animal fighting activities, the scale of this operation is staggering and there is no precedent for it. This bust represents a major setback to the cockfighting industry," said Eric Sakach, team leader and animal fighting investigator for The Humane Society of the United States.

The HSUS dispatched a team of 20 people from its regional offices around the country, from its Disaster Services staff and from its Animal Cruelty and Fighting campaign.



©The HSUS

The HSUS assists in a massive Oct. 13 cockfighting bust in San Diego, Calif.

### Dismantling Cockfighting in America

➤ For 30 years, The HSUS has been battling on many fronts to end cockfighting in the United States.

➤ Learn about the expert HSUS team working in the field to confront animal fighting every day.

They backed up multiple law-enforcement agencies and two local animal agencies, San Diego County Animal Services and the San Diego Humane Society, in raids directed at two separate locations.

Lt. Dan DeSousa of the County of San Diego Department of Animal Services thanked HSUS staffers for their help in multi-agency action. "With a cockfighting operation of this size, the County of San Diego Department of Animal Services was extremely grateful for the expert assistance provided by the HSUS staff."

"They played an integral part in the smooth execution of the raid and in the processing of the over five thousand birds on the premises. Together, the County of San Diego and The HSUS have sent a message to the public that the blood sport of cockfighting will not be tolerated in San Diego nor anywhere else in the United States."

California Cockfighting Bust



The primary location was a site also raided six years ago in a bust in which more than 2,500 birds were confiscated. In the aftermath of that previous action, The HSUS sponsored and successfully lobbied for enactment of legislation to increase penalties for cockfighting in California. The law took effect in 2006.

Wayne Pacelle, president and CEO of The HSUS, praised San Diego authorities and the agencies that supported them. He said the staggering scale of this animal-fighting operation should shock both the state and the nation. "Professional animal fighting is an ugly and unacceptable criminal enterprise."

Case 1:07-cv-01293-LFO    Document 26-6    Filed 12/20/2007    Page 9 of 24

"It inflicts untold cruelty on animals and is a gateway to other criminal activities. Our participation in this operation is part of our steadfast commitment to smoking out animal fighting in every dark corner where it festers."

The HSUS called 2007 a banner year for eradicating illegal animal fighting. The group pushed successful state laws banning cockfighting in New Mexico and Louisiana, the last two states that allowed the practice.

And The HSUS capped a six-year campaign in Congress to upgrade the federal penalties for illegal dogfighting and cockfighting from a misdemeanor to a felony, when President Bush signed the new law in May.



©The HSUS

An injured bird at the Oct. 13 cockfighting bust in San Diego, Calif.

 E-MAIL THIS PAGE

## See the Video

☻ **HSUS Undercover: Inside Animal Fighting**

## Related Links

☻ **Cockfighting**

☻ **Cockfighting Fact Sheet**

☻ **State Cockfighting Laws**

☻ **Sample Letter to the Editor about Cockfighting**

☻ **Dismantling Cockfighting in America**

☻ **Experts On the Ground**

POWERED BY
**CONVIO®**

Attachment 19 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

# CRAWFORD COUNTY PRESS ARGUS-COURIER

Print Page

**THURSDAY MAY 24, 2007** Last modified: *Thursday, May 24, 2007 8:52 AM CDT*

## Raid closes cockfighting operation

*by KENNETH FRY, Press Argus-Courier Editor*

Numerous felony arrest warrants are yet to be served in connection with an illegal cockfighting and gambling operation in Crawford County, according to Prosecuting Attorney Marc McCune.

During a Saturday raid, 81 were arrested on felony charges related to keeping gambling house statutes when more than 125 law enforcement officers executed two federal search warrants at 10100 Shiloh Road near Cedarville. A search warrant also was executed at 3523 Kenner Chapel Road in the Rudy Community.

Taken into custody was main player in the cockfighting operation, James Henderson, 41, who lives at the Kenner Chapel Road address, McCune said. Also arrested were Kenneth and Cecilia Henderson, both 40, who were listed as the owners of the Shiloh Road property.

McCune said all three were arrested on suspicion of operating a gambling house, criminal use of property and contributing to a criminal enterprise, all felonies, and misdemeanor cruelty to animals.

There were 61 misdemeanor citations issued by officers during the course of Saturday's raids. The citations were all related to violations of gambling participation statutes.

McCune said it could be days, even weeks, before all the warrants are served. He said it would be a month or even two months before state charges are filed.

"We are waiting on reports from the FBI," McCune said. "We need to compile all the information before charges can be filed.

Meanwhile on Monday, Robert C. Balfe, U.S. attorney for the Western District of Arkansas, filed a forfeit complaint for the property at 10100 Shiloh Road.

"Property used in furtherance of an illegal gambling business is subject to forfeiture," Balfe said. "Procedures provide that persons who claim an ownership or other interest in the property will receive notice and will be given an opportunity to contest the forfeiture action."

McCune said the Shiloh Road location consists of residential structures as well as a large out-building equipped with "fighting pits" and is designed to accommodate spectators.

Entrance to the 120-acre site was through a locked gate, McCune said, with a guard shack where security guards checked a picture ID card. The 6,000-square-foot out-building for cockfighting was surrounded by trailers designed to house the roosters. The trailers were either rented or purchased and were temperature and humidity controlled, McCune said.

McCune said the cock fighting building had seating for 198 on three sides of the main arena, an elevated press box with public address system and concession stands for both food and cockfighting paraphernalia, including spurs, grinders to sharpen the spurs and needles to inject vitamins, or even methamphetamine, to

get roosters ready to fight.

At the back of the building were three chutes in which dead roosters were pushed into barrels, McCune said. The walls were covered with blood, photographs revealed.

McCune said authorities have been investigating the cockfight and gambling operation since last August when an undercover officer on the East Coast tipped local police.

The Arkansas State Police sent in an undercover male officer while the FBI paired a female agent to pose as boyfriend and girlfriend. "They had to be introduced to a member to get their own membership in late January before they could get in."

Since then, the two have been gathering information on organizers, cock handlers, fighters, referees, security guards and concession workers, the prosecutor said.

McCune said memberships cost $50 with a weekly charge of $20 and $5 seats. The season opened Nov. 25 and was to run through July 14 with a three-day show over Memorial Day weekend and several tribute shows and a benefit for "children's hospital."

Entry fees ranged from $200 to $500 and the night's winner could pocket from $35,000 to $50,000, McCune said. Money also exchanged hands through side-bets between cock owners, handlers and spectators.

McCune estimated more than $1 million passed through the operation since August.

However, he noted that few "locals" were involved in the operation. Most were from Oklahoma, Missouri, Kansas and Texas, he said.

Among those taken into custody on Saturday were Bill McNatt, the elementary principal at Keota Public Schools; and Mark Hyatt and Brian and Stephanie Pope of Crawford County.

"It is amazing this has been going on for so long and so few knew about it," McCune said. "Some of those living in the area were aware of the operation because they knew where we were going when Saturday's operation began to unfold."

McCune said the operation could have been going on for two to three years following the closing of a similar operation north of Muldrow. A third search warrant was executed by federal and state authorities in Oklahoma on Saturday at the residence of the woman who is believed to be in charge of the membership role for a cockfighting association.

Authorities were armed with 51 arrest warrants on Saturday morning. Additional felony charges will result from arrests made at the site, McCune said.

About 25 vehicles also were seized from the about 150 who were present, McCune said. Vehicles were seized if they contained cock coops or other fighting paraphernalia.

"We had an agreement with the feds going in that they would keep cash over $1,000 and the state would get anything under $1,000," McCune said. As of Monday afternoon, the state had tallied $23,000, 19 vehicles and one four-wheeler.

Approximately $30,000 to $40,000 in cash and four vehicles were seized by FBI agents.

The investigation had involved officers of the Crawford County Sheriff's Department, Arkansas State Police, 21st District Prosecuting Attorney, Drug Task Force, U.S. Attorney's Office, FBI, U.S. Marshal's Service, Immigration and Customs Enforcement and the U.S. Department of Agriculture.

Between 250 and 300 roosters were destroyed by USDA, McCune said.

Close Window [x]

(nola.COM)
Everything New Orleans

# The Times-Picayune

## The Times-Picayune

## Cockfighting raid found roosters on meth

5/23/2007, 1:11 a.m. CT

**The Associated Press**

VAN BUREN, Ark. (AP) — The arrests of 81 people on felony charges at an illegal cockfighting arena over the weekend were no spur-of-the-moment thing, a prosecutor says, and occurred only after months of investigation that included sending officers to the site undercover to mix and mingle — and place bets — with the other spectators.

A tip from out of state in August led to the felony arrests and 61 misdemeanor citations Saturday at the 120-acre property hosting the cockfights in Crawford County, Crawford County Prosecutor Marc McCune said.

Acting on the information, police began using aircraft to fly over the property and take photographs, which showed a large building and multiple trailers. McCune said the trailers served as temperature-controlled shelters for the roosters.

McCune said investigators pored over Crawford County utility records to determine when electricity use spiked at the property, and found that occurred on weekends.

An Arkansas State Police trooper and an FBI agent went undercover into the fights, placing bets on the fights, the prosecutor said.

"They participated like they were anyone else in that arena, otherwise they would have stuck out like a sore thumb," McCune said.

Inside, the operation resembled a small sports arena — including stadium seating with several rows of numbered blue and green chairs, a scoreboard, an elevated press box, a concession stand and a cockfighting pit at the center point, McCune said.

"To get in the facility, you had to be introduced by a member and then purchase a membership card to get through the gates," McCune said. "It was well organized and well run."

McCune said the cockfights consisted of a series of matches lasting from Saturday afternoon to early Sunday morning. Prize purses went as high as $50,000, he said.

Those with roosters in the fight gave the animals methamphetamine, strychnine or vitamins to increase their stamina, McCune said.

Kenneth Stanley Donelson and Michael Ray Donelson, who own the section of land where the alleged cock fights occurred, were arrested during the raid and are suspected of organizing the weekly events. U.S. Attorney Robert C. Balfe filed a lawsuit Monday to seize the land where the cockfights took place.

Arkansas State Police said the raid was one of three — two in Arkansas and one in Oklahoma —

carried out Saturday by a task force combining federal, state and local forces and troopers expect to make additional arrests as the investigation continues.

———

Information from: Southwest Times Record, http://www.swtimes.com/

# CRAWFORD COUNTY
# PRESS ARGUS-COURIER

Print Page

**THURSDAY MAY 24, 2007** Last modified: *Thursday, May 24, 2007 8:52 AM CDT*

### Keota principal arrested

*by AMANDA WELLS, Press Argus-Courier Staff*

Keota Public Schools elementary principal Bill McNatt was one of more than 80 people who were arrested on Saturday in connection with an illegal cockfighting ring near Cedarville, but his involvement in cockfighting appears to go well beyond the Crawford County operation.

McNatt's name can be found on official paperwork from the Oklahoma Supreme Court in 2002 challenging the validity of Oklahoma Initiative Petition No. 365-a petition to ban cockfighting in Oklahoma. McNatt was among 13 Oklahoma residents who sought to prove the petition was invalid, so the issue of a cockfighting ban would not go to the people of the state for a vote.

McNatt's name can also be found on numerous Web sites associated with cockfighting. He appears to be a member of at least two Internet cockfighting forums: www.Sabong.net and www.GameRooster.com. A user registered under the name of "bmac" from Keota, Okla., posted on the GameRooster forum, signing his posts with McNatt's name, as did a user on Sabong from "SE Oklahoma" who used the name "bmcnatt."

In a thread titled "Tie cords" on the GameRooster forum, "bmac" professes to own a business called Cherokee Game Fowl Supply, which also comes up on a list of game foul farms on the Web site www.StrutAndCrow.com.

According to a post on www.GameFoulNews.com, McNatt and Cherokee Game Fowl Supply donated two cocks to an auction sponsored by www.SteelGame.net, to benefit "members of the Kiowa Association [who] were arrested for fighting fowl on Indian land."

Also, in a thread titled "Phillipines trip," on the Sabong Web site, "bmcnatt" discussed a trip taken in January 2007 in which he competed in and won the National Cockers Association 8-Cock International Derby Solo Championship. A post on another cockfighting Web site, www.PitGames-Online.com, names McNatt as the winner of the competition, and he is shown in a photograph with "other Americans who visited the pit games." A title atop the photograph names McNatt and the others as "Stars of the Cockfighting Industry."

Keota Public Schools Superintendent Bill Brown said in a phone interview that McNatt has been suspended from his position at Keota Elementary School.

"Mr. McNatt has already retired from Keota Schools as of this June, and he has been suspended for the remainder of the school year," Brown said.

He refused any further comment.

Close Window [x]

Attachment 20 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)



# 40 29 TV.com
### LIVE LOCAL LATEBREAKING

SEARCH

⦿ Site ○ Web

○ Yellow Pages

**NEWS**

Home

**Local News**

National News

Weather

Sports

Sunrise

Education Beat

Health Beat

Commitment 2008

Consumer Beat

Video

Local News

As Seen On 40/29

Most Popular

Forums

E-Mail Alerts

GO

Roofing and Siding
Find Local Pros Now!
ServiceMagic

Homepage > **News**

## Police: More Arrests In Cockfighting, Gambling Ring

POSTED: 2:01 pm CDT May 21, 2007
UPDATED: 8:36 pm CDT May 21, 2007

Email This Story | Print This Story

Sign Up for Breaking News Alerts

[ Enter E-mail ]  Subscribe

**CEDARVILLE, Ark. --** More arrests were made soon as officials continued to investigate reports of a cockfighting and gambling ring.

State and federal agents raided two local homes on Saturday.

Authorities said the main operation was located at a home on Shiloh Road near Cedarville in Crawford County. Another home on Kenner Chapel Road near Rudy was also raided.

A total of almost 70 people were arrested during those raids.

Authorities said they found fighting pits, designed to entertain spectators during cockfights.



Related To Story

📹 **Video: Names Released In Cockfighting Raid**



Take Our Tour

Thinking About Pa
Shubert Theatre-N'



**On The Side**

Be More Creative A

Auto Safety For Pre
Women

>> See People Chat

Take The eHarmony

Take t
tour, a
makes
from t
match
others

photo and a paragraph

How To Know If Some
Pursuing
Is There One Perfect P
Do Opposites Really At



Weird Headlines
Entertainment
Forums
Technology
Health
Food
Family
House And Home

**MARKETPLACE**
TellUsMore.com
Automotive
Dating
Careers
Deals
Legal Center
Real Estate
Travel
Weddings
40/29 Advertiser
Index

**KHBS · KHOG**
Jobs At 40/29
Contact Us
About Us
News Team
TV Listings
Community Calendar

**SITE TOOLS**
Desktop Alerts
E-Mail Alerts
Premium Weather
RSS
Yellow Pages

Walton Arts Center

## Mortgage Rates Fall Again!
### $510,000 Mortgage for Under $1,498/Month!

**Calculate New Payment**



1. **Select Your State**
Alabama

2. **Select Your Rate**
3.00% - 3.95%

3. **Select Your Credit**
Good

"(It was an) illegal gambling operation, and we're not at liberty to expound upon that any more," said FBI agent John Strong.

Officials are now in the process of euthanizing a large number of fighting cocks that were seized during the raids.

Several agencies are involved in this investigation, including the FBI, Arkansas State Police and the U.S. Marshal's Service.

Below is a list of people booked into Crawford County Jail following gambling and cockfighting raid

Jeffery Dee Ramey, 32, operating a gambling house, animal cruelty, and engaging in gambling.

Brian Lee Pope, 29, operating a gambling house, animal cruelty and criminal use of property.

Kenneth Stanley Donelson, 39, operating a gambling house, animal cruelty, criminal use of property and engaging in gambling.

Stephanie Lynn Pope, 28, operating a gambling house and animal cruelty.

Jason Everett Sutton, 32, operating a gambling house and animal cruelty.

David Lee Smith, 44, operating a gambling house and animal cruelty, and criminal use of property.

Martin Robert Nelson, 43, operating a gambling house and animal cruelty, and criminal use of property.

Robert Wayne Beckham, 44, operating a gambling house and animal cruelty, and criminal use of property.

Justin James McHone, 25, operating a gambling house and animal cruelty.

David Noah Tatum, 26, operating a gambling house and animal cruelty.

Scott Johnson, 19, operating a gambling house and animal cruelty.

Jaime Hernandez, 18, operating a gambling house and animal cruelty.

Charles Wayne Matthews, 51, operating a gambling house and animal cruelty.

Randall Hull, 46, operating a gambling house and animal cruelty.

Steve Eugene Gannon, 56, operating a gambling house and animal cruelty.

Percy Gene Piseon, 72, operating a gambling house and animal cruelty.

ANYONE WILLIN
WHAT REPORTE
COULD BE TH
"MAGIC BU
OF WEIGHT I
Click here to Tr

TRY IT NO

nutra
core

WANT
WOMEN
25 - 5





Michael Ray Donelson, 33, operating a gambling house and animal cruelty and criminal use of property.

Donald Leroy Gray, 63, operating a gambling house and animal cruelty.

Ivan Alvos, 27, operating a gambling house and animal cruelty.

Joshua Lee Monks, 28, operating a gambling house and animal cruelty.

Steven Dale Alveson, 40, operating a gambling house and animal cruelty.

David Allen Ball, 44, operating a gambling house and animal cruelty.

Donna June Gates, 59, operating a gambling house, animal cruelty, criminal use of property, and engaging in gambling.

Susan Marie Henderson, 38, operating a gambling house, animal cruelty, criminal use of property, and engaging in gambling.

Jodie Jack Gates, 59, operating a gambling house, animal cruelty, criminal use of property, and engaging in gambling.

Donald Gene Charles, 49, operating a gambling house, animal cruelty.

Robert Eugene Smith, 41, operating a gambling house and animal cruelty.

Russell T. Ketcher, 19, operating a gambling house and animal cruelty.

Doyle Nolan Smith, 62, operating a gambling house, animal cruelty, and engaging in gambling.

Cody Clinton, 22, operating a gambling house and animal cruelty.

Jack Williams, 69, operating a gambling house and animal cruelty.

Kenneth Ebert, 71, operating a gambling house, animal cruelty and criminal use of property.

George Cheater, 50, operating a gambling house and animal cruelty.

Charles Edward Mantooth, 64, operating a gambling house and animal cruelty.

John Howell, 41, operating a gambling house and animal cruelty.

Tony Villalobos, 61, operating a gambling house and animal cruelty.

Joseph Miles Drewry, 24, operating a gambling house and animal cruelty.

Bill Ray McNatt, 53, operating a gambling house and animal cruelty.

Martin Martinez, 51, operating a gambling house and animal cruelty.

Shayne Anthony Ellison, 32, operating a gambling house and animal cruelty.

Benji Ray Mendenhall, 30, operating a gambling house and animal cruelty.

Antonio Perea, 23, operating a gambling house and animal cruelty.

Sanito Hubahib Kiiong, 46, operating a gambling house and animal cruelty.

David Curtis Parker, 59, operating a gambling house and animal cruelty.

Billie R. Stills, 47, operating a gambling house and criminal use of property.

Cecilia Rose Donelson, 37, operating a gambling house, criminal use of property, and engaging in gambling.

Louise Bromaghin, 61, operating a gambling house and criminal use of property and animal cruelty.

Most Popular Storie:

Police: More Arres
Cockfighting, Gam
Ring

School Yearbook F
Doing Drugs

CNN Teaming Up V
Site

» More Most Popu

Credit Reports

» More Most Popu

Have You Seen Your
Report Lately?

Experts
checkir
report i
where i
stands
credit r

What's Your
Credit Score?
○ 620
○ 740
○ 500

score!

Desktop Alert

News And Weather A
Delivered To Your De

DesktopAlert

Downl
Deskt
- Brea
- Sev
Click I
downl

Kevin L. Dunigan, 34, operating a gambling house and animal cruelty.

Jason St. Claire, 25, operating a gambling house and animal cruelty.

Mark Anthony Hyatt, 37, operating a gambling house, animal cruelty and criminal use of property.

Edgar Pyle, 77, operating a gambling house, animal cruelty, criminal use of property, and engaging in gambling.

Donald Pyle, 75, Federal search warrant.

James Kenneth Henderson, 41, operating a gambling house, criminal use of property, animal cruelty and engaging in gambling.

Randall Gene Long, 32, operating a gambling house, criminal use of property, animal cruelty and engaging in gambling.

Hayden C. Hice, 80, operating a gambling house, criminal use of property, animal cruelty and engaging in gambling.

James Franklin Shoemaker, 46, Maintaining a Gambling House and animal cruelty.

Bobby Gene Socia, 45, Maintaining a Gambling House and animal cruelty.

James Larry Porter, 62, operating a gambling house, animal cruelty and engaging in gambling.

Jimmy Ovrel Wixon, 49, operating a gambling house and animal cruelty.

Sharon Kaye Sprinkle, 45, operating a gambling house and animal cruelty.

Timothy Sprinkle, 52, operating a gambling house and criminal use of property.

Theresa Ann Jones, 52, operating a gambling house and animal cruelty.

Jesus Martinez, age unspecified, operating a gambling house and animal cruelty.

Copyright 2007 4029tv.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Sponsored Links**

**Links We Like**
**Are You Thinking About Going Part-Time?**
Are you tired of working all the time? Find out what you need to do before you change your life. **More**



**Decorating Basics For Everyone**
Some people are better at decorating than others. Find out how to decorate like a pro without spending a bundle!
**More**



Attachment 21 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

Return to Release

## Largest Cockfighting Bust and Arrest in Nation's History

### 76 Felony Arrests by Federal, State and Local Law Enforcement Agencies



VAN BUREN, AR -- (MARKET WIRE) -- 05/21/2007 -- Saturday, May 19th at 1:30 pm, with information provided by Last Chance for Animals (LCA) Special Investigations Unit, 150 law enforcement agents from federal, state and local law enforcement agencies raided a crowded and popular cockfighting arena near Van Buren, Arkansas. The raid, which led to 76 felony arrests, is the nation's largest cockfighting bust in history. Bonds were placed from $10,000 to $25,000. The federal search warrant was issued for 10100 Shiloh Road. State indictments include gambling and racketeering; federal indictments are still pending.

Some of the people charged are Kenny and Sue Henderson and Kenny Donaldson, owners of the arena; and Hayden Hise, head referee and author of the book, "Modern Day Cockfighting Rules." LCA is prepared to take any or all remaining birds that were not euthanized, and place them in a sanctuary. Detailed information is awaiting federal charges.

LCA is working to put Arkansas out of the cockfighting business. With cockfighting laws becoming more stringent in each state, specifically neighboring Oklahoma, fighting is ever increasing in Arkansas, with large numbers of people crossing the border to fight where misdemeanor charges and small fines only apply. Cockfighting is a breeding ground for organized crime, i.e. drug dealing and gambling. LCA Special Investigations Unit has been working closely with authorities for many months. Arkansas is a pivotal state in the fight against cockfighting. The lawmakers must make cockfighting a felony.

Cockfighting is a cruel blood sport that involves the placing of two roosters in a pit to fight. Cockfighting roosters, harnessed with razors, are forced to fight to the death; the roosters that survive are inflicted with broken bones, punctured lungs, and gouged eyes. Currently, cockfighting is a felony in 33 states and is still legal in Louisiana.

LCA would like to thank the Arkansas State Police, the Crawford County Sheriffs department and the Crawford County District Attorney's office, as well as the Arkansas State Drug Task Force, the U.S. Marshall, U.S. Customs, The Office of Inspector General and the FBI.

Press conference details to be announced.

Last Chance for Animals (LCA), a national non-profit animal rights organization based in Los Angeles, has been active for almost 24 years. Founded and led by animal expert, author and actor, Chris DeRose, LCA fights for the rights of animals by conducting investigations that expose animal cruelty, launching public awareness campaigns, pushing animal friendly legislation and helping prosecute animal abusers. For more information, visit www.LCAnimal.org.

Contact:
Lisa Beal
Campaigns Director
LCA
(818) 681-3672
lisa@lcanimal.org

Return to Release

Attachment 22 to Declaration of Ann Chynoweth
In Support of Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.*
*United States Postal Service*

Civ. No. 07-1233 (CKK)

**Ethan Eddy**

**From:** ████████
**Sent:** Thursday, May 24, 2007 9:19 AM
**To:** ████████████████████
**Subject:** Gamecock magazine getting the blame by cockfighters

Re: the Arkansas raid, this was on good ole gamerooster.com

 05-24-2007, 12:04 AM

**brownred30** ◉                                    Join Date: Dec 2003
Registered User                                    Location: .
                                                    Posts: 129

It's our own dang fault you guys flip through some of those Gamecock mags and you will see some
proud guys holding their tropies and the description saying such and such entry pulls a win
somewhere in the outback and on the pics you could make out the words of Ozark Mountains on the
tropies and I guarantee you that is where the HSUS or whatever got their leads.

😩 😩

_____

Nice looking fowl.



Attachment B to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

**PINNON GAME FOWL**

Pure Yellow Leg Pea Comb HATCH, bred pure since 1936 by Herman Pinnon and kept that way by us for the last 10 years.

MATURE TRIOS......500.00
YOUNG TRIOS......300.00

RAMBLER FARM
1216 Turtle Dove Rd. - Conover, NC 28613
828-441-0609
www.ramblerfarm.com

---

KEARNEY WHITEHACKLES
BROOD FOWL - EGGS
LANGSTON FARMS - 870-797-3186
2767 Jones Lake Rd. - Strong, AR 71765
www.LangstonFarms.com
LangstonFarms@Hotmail.com

---

THE
**ORIGINAL**
DUKE HULSEY
CONDITIONING
METHOD

The Feeding and Conditioning Method that made DUKE HULSEY the "TOP" cocker for years.
PRICE $30.00 Postpaid.

DOWD PUBLISHERS
1812 Hwy 7671 East - Dequeen, AR 71832
Phone 870-642-2233

---

CAJUN KENNELS

SIMPLE MAN
HOBBY BREEDER

NOW THE BEST COMES THE BEST
QUALITY AMERICAN PIT BULL TERRIERS
PUPPIES AND STUD SERVICE
PATTERDALES
FLOYD A. GUIDRY SPECIAL
PO BOX 22
837/457-2307 DOG DATA    LAFAYETTE, LA 70502
NOT INTENDED FOR ANY ILLEGAL PURPOSES

STILL THE HOME OF THE BRAWLER MOTO CAT MASTIFF

---

SEND YOUR ADDRESS CHANGE DIRECTLY TO US, AS IT SAVES TIME.

63

---

**WITH THE EDITOR continued from page 2.**

that says, "All cabbies must carry two bales of hay with them at all times." Of course, that was when they used a horse and buggy for a cab. That sort of junk should be deleted from time to time when it becomes outdated. It would be interesting to know if such a law is still on the books.

Dr. Coker, several month ago, wrote in his article about how many bills were passed each year from every state in the U.S. I believe some of the states that have more representation in the capitol had anywhere from 250 to 350 bills introduced, multiply that by 50, using 300 that would be 15,000. Even though all that is introduced does not get passed, a multitude of them do and they are not all good for our freedoms or environment, etc. I feel sure each representative or congressman, especially the new ones feel like they must make a showing by coming up with a certain number of bills, when they know these bills are not important. But, if they are influential enough to get some bills passed it makes them feel like they have some clout and when they come home to drum up some votes for themselves for next election they can strut and brag about how many bills they got passed, etc. Sorry, I got started on the subject of elected officials, I don't have much respect for them. It's a good job if you have the stomach for it. You can work a few years and retire with a big salary, I don't know of anything else that you can do and retire after such a short time.

*Christmas is only 34 days away and I'd much rather talk about it than I would politics. First, I always enjoy spending more money than I should on my two great-grandchildren. Everyone*

else around here are adults, and it's not as much fun buying for them. I guess it's a good thing I don't have a lot of money, otherwise I would spoil them real bad. Sam is 16 and my Katie baby is 9, it just doesn't seem possible that they are that old.

~~~~~~~~

Don't forget to check out the Warrior for some of your Christmas gifts. A subscription for 1, 2 or 3 years or some of our books, which are listed as a special on the back cover of the Warrior would make a nice Christmas present. But we sell the books separately if all the books are too expensive. A subscription is just $26.00 for a year, 2 year $50, 3 year $74. Our books run from $20.00 for Back Yard Flock, to $49.00 for Fulldrop (hard cover, 400 pages), including shipping.

~~~~~~~~

It is that time of year again, for us to extend our annual Christmas and New Years greeting to our subscribers, advertisers and writers:

*To our friends and those whose round-ship we strive for, we wish enormous success and good fortune throughout the New Year and many years to come. To our writers, subscribers and advertisers, we wish you and yours a full share of the seasons joy.... Merry Christmas and a Prosperous New Year.*

**Thought for the month:** *"It is better by a noble boldness to run the risk of being subject to half of the evils we anticipate, than to remain in cowardly listlessness for fear of what may happen."*
*-Herodottus*

Keep 'em crowing.........see you next month.

DECEMBER 2006    THE FEATHERED WARRIOR

**Merry Christmas**

---

should have one page in each issue set aside for "crazies," that is anyone who has any pregnant ideas on any phase of the sport, could put it on this page with no hereafter. I would try to not dominate the page. Here is an example: While coaching, we had four brothers that were all good football players. They did not work harder than did the others. They were born with the ability and all had college scholarships waiting for them upon graduation from high school. This coach, after reading all of these gamefowl journals, knew that he had a dominant site on his hands as a producer of football players. And don't think he did not think about this. If he could have this sire around at nights, and make sure that he sired all of the "little rascals" in his school district, if that coach did not get fired in the next 18 to 20 years, you would then have another Bear Bryant type of coach on your hands. Ole Lester Maddox, the former governor of the state of Georgia, said the only way the states could have better prisons is for them to get a better grade of prisoner. With that thought in mind, I now think that my game plan to be a conditioner is at least adequate, and the rest of my career will be spent on trying to have a better grade of gamefowl, and I hopes you do the same.



Mr. & Mrs. Bucky Harless and Mr. and Mrs. Hack Lauderdale of California pictured here at the 2006 UGBA Convention. Photo from Randy Jumper.

Attachment C to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

# Milkdairy Game Club

**Member: UGBA, LGBA, MGBA**

## 2007 SCHEDULE

### COCKS

**SATURDAY**
Weigh In 8:00 a.m.
*All Saturday Fights are Gaff* - *No Single 3 Cocks*

**\*JULY 7, POWDER PUFF**
3-Cock Gaff..75.00

**\*JULY 7**
3-COCK KNIFE........75.00

*Cocker of the Year and
Sportsman of the Year Awarded*
*Free Dinner for Milkdairy Members*

"A 3 cock long knife derby will follow each Saturday derby" Entry fee - Same fee as each Day Derby"

### FRIDAY NIGHT

*Weigh In 8:00 p.m.
Entry Fee . 75.00

July 13
3-Cock 200 Knife
July 21
3-Cock 200 Knife
July 28
3-Cock 200 Knife

**\*\* SPACE
AVAILABLE
FOR CAMPERS**

* **READY MADE
TIE CORDS**
Available in nylon
or rubber, cord and
hitches of your choice.

**\*NOW AVAILABLE AT MILKDAIRY–**

**\*SHIPPING BOXES**
Available in 2-3-4-5-6
Stalls

**\*HANDMADE
BROODERS**
holds 50-100 chicks

FOR PRICES or any CORRESPON-
DENCE CALL: 225-567-5156 or
601-469-4068 or bkinche@bellsouth.net
FAX # - 225-567-9280



*Support Your Local and
National Gamefowl Breeders Association
Help Us Protect the Future of Our Sport*

*Honesty and Fairplay Makes A Successful Day
Have a Crowing Good Season*

**CARTER OR BARBARA KINCHEN**
3074 N BOB KINCHEN RD
JAYESS, LA 70456
PHONE 225-567-3156

THE FEATHERED WARRIOR

JULY 2007                                                                 9

---

# A COCKER'S WORLD

## REFLECTIONS ON THE UNIVERSAL SPORT

**By: Donald P. Hollis, PhD**

**180 PAGES, SOFT COVER**

This book was written in 1994, but has been advertised only one time that I know of.

Dr. Hollis is a life-long active cocker, and served as Professor of Bio-logical Chemistry at Johns Hopkins University of Medicine from 1964 through 1981.

### Contents:

1. Which Came First, the Game Chicken or the Egg Chicken?
2. The Mighty Mitochondrion or Why the Hen Is Mightier than the Rooster.
3. Reproductive Biology as Related to Gamefowl Breeding.
4. The Bambi Syndrome.
5. Animal Cruelty Laws.
6. HSUS Crap.
7. Dinosaurs Ready, Pitt
8. Pett's "Breeding the Gamecock" Revisited.
9. Feeding, Fertility and Hatchability.
10. What If?
11. A Matter of Odds.
12. Do Gamecocks Feel Pain?

### Appendices

1. Figure 1 - The oviduct of the hen.
2. Table 1 - Lives of gamefowl and commercial fowl compared.
3. Figure 2 - Natural and artificial spurs compared.
4. Exhibit A - Appearance of fighting fowl vs commercial fowl
5. Figure 4 - Linebreeding chart.
6. Exhibit B - Fighting in the hen-house.

**PRICE $29.00 POSTPAID**

**WE NOW ACCEPT CREDIT CARDS**

*Dowd Publishers - 870-642-2293*
1812 Hwy. 70-71 East
De Queen, AR  71832-9276

THE FEATHERED WARRIOR                    DE QUEEN, AR 71832

8

Attachment D to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

# Commonwealth of Pennsylvania

### vs

## JAMES JAY FRICCHIONE

**CC No.**    CC200412396

**O.T.N. No.**    K 030940-0

**B.C.I. No.**

**S.I.D. No.**

**Race**    White

**Sex**    Male

**SS #**    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

**D.O.B.**    02/13/1970

**Offense Date**    07/12/2001

**Filed Date**    07/26/2004

**Pre-Trial Date**    09/30/2004

**180/365 Dates**    01/22/2005 / 07/26/2005

**F / A Date**    10/29/2004

**Judge**

**Reporter**

**Minute Clerk**

**A.D.A.**

**SEE ATTACHED SHEET CASE(S) TO BE LINKED**

**Count 1:** 185511H.13: ANIMAL FIGHTING - OWN/POSSESS ANIMAL FOR FIGHTING

**Count 2:** 185511H.14: ANIMAL FIGHTING - ENCOURAGE/AID/ASSIST

**Count 3:** 18903A1: CONSPIRE  ANIMAL FIGHTING - OWN/POSSESS ANIMAL FOR

Date: _March 13, 2006_ , _____

Courtroom No. _510_

Before _Donald Machen_ _____ Judge

_Donna McLelloud_ _____ Trial A.D.A.

_Pat Thomassey_ _____ Def. Attorney

_Donna Mosety_ _____ Court Reporter

The Defendant present in open court with counsel,

Pleads guilty to the preferred charges

_____

the within information.

X _See Plea form_

Record verified by:

Minute Clerk

**And now MAR 1 3 2006  for sentence, See Order filed.**

ALLEGHENY COUNTY
CLERK OF COURTS

2006 OCT -5  AM 11: 29

RECEIVED

IN THE CRIMINAL COURTS
OF THE COUNTY OF ALLEGHENY

COMMONWEALTH OF PENNSYLVANIA        :
                                    :
            v.                      :    CRIMINAL ACTION NO.  200412396
                                    :
JAMES JAY FRICCHIONE ,    ~ 3 6     :
            Defendant               :


INFORMATION


The ATTORNEY GENERAL of the Commonwealth of Pennsylvania, by this Information, charges that, on or about July 12, 2001, through and including April 23, 2003,  the Defendant named above, in the County of Allegheny did commit the crimes indicated herein, to wit:

                                                    ·7          15,00 0

**COUNT 1    CRUELTY TO ANIMALS            FELONY 3**


That on or about July 12, 2001, through and including April 23, 2003, the defendant, James Jay Fricchione, did unlawfully own, possess, keep, train, promote, purchase or sell an animal for animal fighting, to wit, the Defendant did create, publish and distribute throughout the Commonwealth of Pennsylvania an underground publication that encouraged, aided or assisted in the promotion of dogfighting, in violation of Section 5511 (h.1)(3), 18 PA C.S.A. §5511(h.1)(3).

                                              7          15,00 0

**COUNT 2    CRUELTY TO ANIMALS            FELONY 3**

That on or about July 12, 2001, through and including April 23, 2003, the defendant, James Jay Fricchione, did in any way knowingly encourage, aid, or assist in animal fighting, to wit, the Defendant did create, publish and distribute throughout the Commonwealth  of Pennsylvania an underground publication that encouraged, aided or assisted in the promotion of dog fighting, in violation of Section 5511 (h.1)(4), 18 PA C.S.A. §5511(h.1)(4).

**COUNT 3    CRIMINAL CONSPIRACY**          **FELONY 3**          15,000

That on or about July 12, 2001, through and including April 23, 2003, the defendant, James Jay Fricchione, with the intent of promoting or facilitating the crime of animal cruelty, did agree with John "Jack" Kelly and/or others that they or one or more of them would engage in conduct which constituted this crime, or an attempt or solicitation to commit this crime, and, in furtherance thereof, did commit the overt act of creating, and/or publishing and/or distributing throughout the Commonwealth of Pennsylvania an underground publication that encouraged, aided or assisted in the promotion of dog fighting, in violation of Section 903(a)(1), 18 PA C.S.A. §903(a)(1).

ALL OF WHICH is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

GERALD PAPPERT
Attorney General of the
Commonwealth of Pennsylvania

DATED: 9/27/2004          BY: _____
MICHAEL M. AHWESH
Assistant Executive Deputy
Attorney General
Organized Crime and Narcotics

JPPI 12/00F

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA    vs.

*James Fricchione*

Address:_____

_____

Telephone #(_____)_____

Defendant in custody? _____ No ___✓___ Yes

WHERE?_____

DOC# or State ID #_____

Soc.Sec. #_____

CC No. _2004 12396_

OTN No. _____

OFFENSE(S) _K030940-4_

_1 Animal fighting 5511H.13_

_2 Animal fighting 5511 H.14_

_3 Conspire animal fighting 903 A1_

Date of Birth _____

## *ORDER OF COURT*         ___✓___ for **SENTENCING**         _____ for **PAROLE**

AND NOW, _____ *March 13, 2006* _____ , 20_____ , defendant is sentenced to

_✓_ Plea ____ Plea Agreement ____ Non-Jury ____ Jury ____ Nolo ____ Probation Viol. ____ Parole Viol. ____IP Viol.

AS TO COUNT _ONE_

**MANDATORY SENTENCE** _____ Yes _____ No

J
A
I
L

_____ **ALLEGHENY COUNTY JAIL** for _____

_____ **STATE CORRECTIONAL INSTITUTION** for _____

effective _____ Additional Credit_____

Concurrent _____ Consecutive_____

_____ Defendant permitted **ALTERNATIVE HOUSING** at _____

_____ Defendant granted work release

_____ Defendant to be **PAROLED** effective _____

I
P

_____ Defendant sentenced to a period of _____ **INTERMEDIATE PUNISHMENT ON**

_____ **ELECTRONIC MONITORING** effective _____

_____ **NON-ELECTRONIC MONITORING** approved after _____

P
R
O
B

_✓_ **PROBATION** ____ **PROBATION W/O VERDICT** for a period of _2 years_

effective *Consecutive to New York incarceration.*

SPECIAL CONDITIONS: _____ Megan's Law Registration $_____ DUI Fine ____Interlock

____ Complete Regional Alcohol Program ____ DNA Registration _____ No Contact w/Victim

____ Drug and Alcohol Evaluation ____ Domestic Abuse Classes _____ MH/MR Evaluation

____ Restitution of $_____ (see order filed)

SUPERVISING AGENCY: _✓_ County ____ State        **Crime Lab User Fee** ____Yes ____ No

AS TO OTHER COUNTS: _2+3 = NFP_

OTHER:_____

_____

_____

_____

PROSECUTION costs to be paid by _✓_ Defendant ____ County ____ Total Fines: _____

Attest /s/ _____ /s/ *By the court*

**Minute Clerk**

PAGE _1_ of _1_

_Mackey_

**Judge**

Attachment E to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

MAILING STANDARDS


**UNITED STATES**
**POSTAL SERVICE**

June 26, 2007

Mr. Jonathan R. Lovvorn, Esq.
Vice President of Animal Protection Litigation
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037-1595

Dear Mr. Lovvorn:

This is in response to your letter dated May 3, 2007, requesting reconsideration of your April 26, 2006, Petition to Declare Animal Fighting Magazines Nonmailable. In this request, the Humane Society of the United States ("HSUS") seeks reconsideration, in light of the recently adopted Animal Fighting Prohibition Enforcement Act of 2007, (the Act), of the mailability of two magazines, *The Gamecock* and *The Feathered Warrior* ("publications").

As background, by letter dated April 26, 2006, the HSUS previously petitioned the Postal Service to declare these publications nonmailable because of alleged violations of both the Animal Welfare Act ("AWA") and the mailing standards of the Postal Service published in the Domestic Mail Manual ("DMM"). After evaluating both sources, by letter dated June 5, 2006, my office concluded that bird fighting magazines were mailable in the absence of advertisements promoting bird fights that are to take place in states where the practice is illegal.

This Request asserts that recent amendments to the Animal Welfare Act mandate reconsideration of my June 5, 2006 decision. I appreciate your concerns and thank you for bringing these developments to my attention. However, I respectfully decline to take the action you request at this time.

My original decision on this matter relied upon the language of 7 U.S.C. §2156(c) which reads:

> It shall be unlawful for any person to knowingly use the mail service of the United States Postal Service or any instrumentality of interstate commerce for commercial speech for purposes of promoting or in any other manner furthering an animal fighting venture except as performed outside the limits of the States of the United States.

Although the Act did clarify the scope of 7 U.S.C. § 2156(c) as including all instrumentalities "of interstate commerce for commercial speech", because the Act did not alter its direct application to the Postal Service, I do not believe this change affects my previous interpretation. The absence of any change to the plain language of the statute which addresses the Postal Service prevents me from adopting contrary intentions expressed within the Act's legislative history.

Likewise, the Act's addition of a provision criminalizing the sale, purchase, transport, or delivery in interstate or foreign commerce of bird-fighting accessories did not include among its prohibitions any ban on advertising of such items. 7 U.S.C. §2156(e). Therefore, the mailability of these magazines, which appear to contain such advertisements, remains unchanged.

- 2 -

Again, I appreciate your interests in this matter as well as your action to inform the Postal Service of these changes within the AWA.  If any further developments in this law should occur, or if you wish to bring other authority to my attention, please do so.

Sincerely,

Sharon Daniel
Manager

P&C:MS:bolsen:86197

bcc:     Mr. Calamoneri
         Mr. Alverno
         Ms. Martin
         Mr. Connolly

Attachment F to Memorandum In Support of
Plaintiff's Motion for Summary Judgment

*The Humane Society of the United States v.
United States Postal Service*

Civ. No. 07-1233 (CKK)

### 9.2.3 Water Ice

Water ice used as a refrigerant must be packed under 2.3 as though it were a liquid.

### 9.2.4 Dry Ice

A parcel containing dry ice (carbon dioxide solid) must be packed in a container that allows the release of carbon dioxide gas. If a fiberboard box is used, enough insulation is necessary to prevent condensation and wetting of the mailing carton.

## 9.3 Live Animals

### 9.3.1 Animal Fighting Prohibition

[8-30-07] Under 7 USC 2156, the mailing of a live animal for the purpose of participating in an animal fighting venture is prohibited (regardless of whether such venture is permitted under the laws of the state in which it is conducted). The term *state* means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, or any U.S. territory or possession. Violators can be subject to the criminal penalties in 7 USC 2156. See 11.21 for restrictions on mailing accessories used in animal fighting ventures and 12.5.7 for restrictions on mailing printed matter related to animal fighting ventures.

### 9.3.2 Day-Old Poultry

Day-old poultry vaccinated with Newcastle disease (live virus) is nonmailable. Live day-old chickens, ducks, geese, partridges, pheasants (pheasants may be mailed only from April through August), guinea fowl, quail, and turkeys are acceptable in the mail only if:

a.  They are not more than 24 hours old and are presented for mailing in the original unopened hatchery box from the hatchery of origin.

b.  The date and hour of hatching is noted on the box by a representative of the hatchery who has personal knowledge thereof. (For COD shipments made by a hatchery for the account of others, the name or initials and address of the hatchery or the post office box number and address of the hatchery must be prominently shown for this standard.)

c.  The box is properly ventilated, of proper construction and strength to bear safe transmission in the mail, and not stacked more than 10 units high.

d.  They are mailed early enough in the week to avoid receipt at the office of address, in case of missed connections, on a Sunday, on a national holiday, or on the afternoon before a Sunday or holiday.

e.  They can be delivered to the addressee within 72 hours of the time of hatching, whether the addressee resides in town or on a rural route or highway contract route.

f.  The shipment bears special handling postage in addition to regular postage, unless sent at the First-Class Mail or Priority Mail rates.

g.  When live, day-old poultry is to be transported by aircraft, all provisions of the airline tariffs are met and air carriers have equipment available to safely deliver shipments within the specified time limits, allowing for delays en route in air and ground transportation.

h. Day-old poultry, originally shipped by air express or air cargo and then presented for mailing, must be in good condition and prepared as specified in 9.3.2a. through 9.3.2e.

i. Boxes of day-old poultry of about identical size, securely fastened together to prevent separation in transit, may be accepted for mailing as a single parcel, if such parcel is not more than 100 inches in length and girth combined.

### 9.3.3  Small Cold-Blooded Animals

Small, harmless, cold-blooded animals (except snakes and turtles) that do not require food or water or attention during handling in the mail and that do not create sanitary problems or obnoxious odors are mailable (e.g., baby alligators and caimans not more than 20 inches long, bloodworms, earthworms, mealworms, salamanders, leeches, lizards, snails, and tadpoles).

### 9.3.4  Adult Fowl

[4-12-07] Disease-free adult fowl may be mailed domestically when shipped under applicable law in accordance with 1.7. Adult chickens, turkeys, guinea fowl, doves, pigeons, pheasants, partridges, and quail as well as ducks, geese, and swans are mailable as follows:

a. The mailer must send adult fowl by Express Mail in secure containers approved by the manager of Mailing Standards (see 601.8.0 for address).

b. The number of birds per parcel must follow the container manufacturer limits and each bird must weigh more than 6 ounces.

c. Indemnity may be paid only for loss, damage, or rifling, and not for death of the birds in transit if there is no visible damage to the mailing container.

### 9.3.5  Warm-Blooded Animals

Warm-blooded animals, except the specified birds under specific conditions in this section, are not mailable (e.g., hamsters, mice, rats, guinea pigs, rabbits, cats, dogs, squirrels, parakeets, and canaries).

### 9.3.6  Mailed to Republic of Palau

Animals mailed to the Republic of Palau require a permit issued by the government of Palau.

### 9.3.7  Bees

Bees are acceptable in the continental surface mail when shipped under federal and state regulations to ensure that they are free of disease. Packages of honeybees must bear special handling postage, except those sent at a First-Class Mail rate. Only queen honeybees may be shipped via air transportation. Each queen honeybee shipped via air transportation may be accompanied by up to eight attendant honeybees.

### 9.3.8  Other Insects

Other live, nonpoisonous, and nondisease-conveying insects, including flies of the family Drosophilidae, may be sent through the mail when properly prepared for mailing and when shipped under regulations of the U.S. Department of Agriculture. Such insects mailed to the Republic of Palau are also subject to the regulations of Palau.

# 601

Mailing Standards: Written, Printed, and Graphic Matter Generally

601.12.4

**12.4    Advertising Matter**

**12.4.1    Restrictions**

Any advertising, promotional, or sales matter that solicits or induces the mailing of any article described in 8.0, 9.0, or 10.0 is nonmailable except that such matter relating to controlled substances, radioactive materials, restricted liquids and powders, battery-powered devices, odd-shaped items in envelopes, and switchblade and ballistic knives, as described in 8.0, 9.0, or 10.0, is mailable if it contains packaging instructions and any other mailing limitations under 8.0 through 12.0, 508.8.0, *Pandering Advertisements*, and 508.9.0, *Sexually Oriented Advertisements*, (18 USC 1716).

**12.4.2    Master Keys**

Advertisements for motor vehicle master keys are nonmailable (18 USC 1716A, 39 USC 3002), except to lock manufacturers, professional locksmiths, motor vehicle manufacturers or dealers; and federal, state, or local government agencies.

**12.5    Other Nonmailable Matter**

**12.5.1    Fictitious Name**

Matter addressed to a person using a fictitious name, title, or address in conducting, through the mail, any scheme or device in violation of law is nonmailable if:

a.    After notification, the addressee fails to appear at the post office and be identified.

b.    The fictitious character of such mail is established to the Judicial Officer's satisfaction in consequence of a proceeding initiated under 39 CFR 953 (18 USC 1342).

**12.5.2    Foreign Origin**

Mail of foreign origin is nonmailable if it contains matter determined by a court of competent jurisdiction or by the International Trade Commission to violate the Semiconductor Chip Protection Act of 1984 (17 USC 901-914) or to violate the copyright laws of the United States or any copyright convention or treaty to which the United States is a party (17 USC 601-603).

**12.5.3    Foreign Destination**

Matter addressed to foreign countries posted in violation of law or treaty stipulation is nonmailable.

**12.5.4    Lewd or Filthy Matter**

Obscene, lewd, lascivious, or filthy publications or writings, or mail containing information on where, how, or from whom such matter may be obtained, and matter that is otherwise mailable but that has on its wrapper or envelope any indecent, lewd, lascivious, or obscene writing or printing, and any mail containing any filthy, vile, or indecent thing is nonmailable (18 USC 1461, 1463).

### 12.5.5  Matter Inciting Violence

Any matter of a character tending to incite arson, murder, assassination, treason, insurrection, or forcible resistance to any law of the United States, or containing any threat to take the life of, or to inflict harm upon, the President of the United States is nonmailable (18 USC 1461, 1717).

### 12.5.6  Other Matter

Other matter that is nonmailable (18 USC 1717) includes every letter, writing, circular, stamped card or postcard, picture, print, engraving, photograph, newspaper, pamphlet, book, publication, or thing as described in these statutes:

a.   Forged or altered military or official passes (18 USC 499).

b.   Matter bearing forged or altered seals of government departments or agencies (18 USC 506).

c.   Defense information (18 USC 793, 794).

d.   Documents obtained by persons falsely assuming to be foreign diplomats (18 USC 915).

e.   False statements influencing foreign governments (18 USC 954).

f.   Matter relating to a conspiracy to injure property of a foreign government (18 USC 956).

g.   Matter unlawfully in aid of a foreign government (18 USC 957).

h.   Matter relating to an expedition against a friendly nation (18 USC 960).

i.   Matter relating to delivery of an armed vessel to a belligerent nation (18 USC 964).

j.   Matter wrongfully bearing the seal of a government department or agency (18 USC 1017).

k.   Forged, altered, or misused passports (18 USC 1543, 1544). Passport applications containing false statements, and passports falsely obtained (18 USC 1542).

l.   Matter bearing false statements intended to injure Armed Forces during war (18 USC 2388).

### 12.5.7  Animal Fighting Matter

[8-30-07] Written, printed, or graphic matter (e.g., advertisements or other commercial speech) promoting or furthering an animal fighting venture conducted in any state (except a venture involving live birds permitted under the laws of the state in which the fight is conducted) is nonmailable under 7 USC 2156. Violators can be subject to the criminal penalties in 7 USC 2156. See 9.3.1 for restrictions on mailing live animals used in animal fighting ventures and 11.21 for restrictions on mailing accessories used in animal fighting ventures.  For this standard:

a.   *Animal* means any live bird, or any live dog or other mammal, except human.

b.   *Animal fighting venture* means any event involving a fight between at least two animals that is conducted for sport, wagering, or entertainment. The term does not include any activity whose primary purpose involves using one or more animals in hunting other animals.

# 601

Mailability, Written, Printed, and Graphic Matter Generally

601.12.5.8

c.  *State* means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, or any U.S. territory or possession.

### 12.5.8  Private Identification Without Disclaimer

A private identification document without a disclaimer is nonmailable (18 USC 1738; 39 USC 3001(a)). This group includes any document that:

a.  Is of a type intended or commonly accepted for the identification of individuals;

b.  Bears a birth date or age purported to be that of the person named in it;

c.  Is not issued by or under the authority of a government;

d.  Is deposited in the mail by someone in the business of furnishing, for valuable consideration, documents that meet criteria in 12.5.8a and 12.5.8c;

e.  Is deposited in the mail to further that business; and

f.  Is deposited by someone who knows that it fails to carry diagonally printed, clearly and indelibly on both the front and back, "NOT A GOVERNMENT DOCUMENT" in capital letters no smaller than 12-point type.

## 12.6  Sweepstakes Matter (39 USC § 3001(K)(3)(A))

### 12.6.1  Definition

The term *sweepstakes* means a game of chance for which no consideration is required to enter.

### 12.6.2  Mailable Matter

Sweepstakes matter is mailable only if it discloses all of the following:

a.  In the body, in the rules, and on the order or entry form that no purchase is necessary.

b.  In the body, in the rules, and on the order or entry form that a purchase will not increase the odds of winning.

c.  All terms and conditions, including rules and entry procedures of the sweepstakes.

d.  The sponsor or mailer, with the principal place of business or address at which the sponsor or mailer may be contacted.

e.  Sweepstakes rules, including the odds of winning, quantity, value, and nature of the prize and the schedule of any payments over time.

### 12.6.3  Nonmailable Matter

Sweepstakes matter is nonmailable if it does any of the following:

a.  Represents that individuals not making a purchase may be disqualified from receiving future solicitations.

b.  Requires that the entry be accompanied by an order or payment for a product or service previously ordered.

c.  Represents that the recipient has won a prize unless that individual has won such prize.

d.  Otherwise contradicts or is inconsistent with any disclosure required by 12.6.2, *Mailable Matter*, or 12.6.3, *Nonmailable Matter*.