UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE**,<br><br>Defendant. | Civ. No. 07-1233 (CKK) |

**NOTICE OF FILING OF LOCAL RULE 7(n) APPENDIX**

Pursuant to Local Civil Rule 7(n), Plaintiff hereby submits the "appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." Local Civil Rule 7(n)(1). Plaintiff attempted to obtain Defendant's "agree[ment] on the contents of the appendix which shall be filed by plaintiff," Local Civil Rule 7(n)(2), but Defendant maintains that the Administrative Procedure Act does not apply to this action, and stated that it does not consent to the filing of any notice under Local Civil Rule 7(n).

On March 13, 2007, Plaintiff "serve[d] on all other parties an initial designation and provide[d] all other parties the opportunity to designate additional portions of the administrative record." *Id.* In response, Defendant did not "designate [any] additional portions of the administrative record," *id.*, but rather, takes the position that Local Civil Rule 7(n) does not apply at all. Despite Defendant's position, Plaintiff's designation of the appendix includes all Administrative Record pages cited by Defendant in its "memorandum in support of or in opposition to any dispositive motion." Local Civil Rule 7(n)(1).

For the Court's convenience, the documents comprising the Appendix are listed here:

(1) Letter dated April 26, 2006, from Jonathan Lovvorn, Vice President, Animal Protection Litigation, The Humane Society of the United States ("HSUS"), to John E. Potter, Postmaster General, USPS (Administrative Record 1-2) (hereinafter "A.R.").

(2) Document titled "Petition to Declare Animal Fighting Publications Nonmailable" ("Petition") enclosed with HSUS's Initial Request Letter (A.R. 3-18).

(3) Documents provided to USPS as Attachments 1 through 20 to HSUS's Petition (A.R. 19-122).

(4) Letter dated May 3, 2007, from Mr. Lovvorn to Sherry Suggs, Manager, Mailing Standards, USPS (A.R. 123-127).

(5) Documents provided to USPS as Attachments A through H to HSUS's Letter to Ms. Suggs dated May 3, 2007 (A.R. 128-290).

(6) Article from Postal Bulletin 22109, dated August 21, 2003, discussing revisions to the Domestic Mail Manual to reflect changes to 7 U.S.C. § 2156 concerning the transport of live animals for fighting purposes (A.R. 293-296).

Per a telephone call placed at Defendant's request by the parties to the Court's chambers on March 17, 2008, the documents comprising the Appendix are not attached, as the Appendix contains all but two pages (A.R. 291-292) of the Administrative Record, which has already been filed with the Court.

                                                  Respectfully submitted,

                                                  __/s/_____
                                                  Ethan Carson Eddy (D.C. Bar No. 496406)
                                                  Rebecca G. Judd (D.C. Bar No. 486315)
                                                  Jonathan R. Lovvorn (D.C. Bar No. 461163)

                                                  THE HUMANE SOCIETY OF THE UNITED STATES
                                                  2100 L Street, N.W.
                                                  Washington, D.C. 20037
                                                  (202) 676-2329

(202) 778-6132 (fax)
eeddy@hsus.org

*Counsel for Plaintiff*

Stuart Philip Ross (D.C. Bar No. 031658)
Sarhana Livingston (D.C. Bar No. 975886)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

*Of Counsel for Plaintiff*

March 20, 2007