CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HUMANE SOCIETY OF THE U.S.    )
                              )
                              )
                              )
            Plaintiff         )
     v.                       )    Civil Case Number 07-1233 (LFO)
                              )
                              )    Category C
U.S. POSTAL SERVICE           )
                              )
            Defendant         )

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 13, 2008 from Judge Colleen Kollar-Kotelly to Judge Louis F. Oberdorfer by direction of the Calendar Committee.

(Case reassigned by Consent)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
      Judge Oberdorfer & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk