## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES POSTAL SERVICE, ) ) Defendant ) ) | Civil Action No. 07-1233 (LFO) |

### ORDER

In support of its motion for summary judgment, the defendant argues in part that the prohibition on use of the mail "for commercial speech for purposes of promoting or in any other manner furthering an animal fighting venture," 28 U.S.C. § 2156(c), does not apply to "advertisements for weapons used in cockfights." Def.'s Mot. For Sum. J. at 37-43. On June 18, 2008, Congress enacted the Food, Conservation, and Energy Act of 2008 (the Act), which became effective that same date and modified § 2156(c) to ban use of the mail to advertise "a knife, a gaff, or any other sharp instrument attached, or designed or intended to be attached, to the leg of a bird for use in an animal fighting venture." *See* See Pub. L. No. 110-246, 122 Stat. 1651 (H.R. 6124), § 14207 (amending 28 U.S.C. § 2156(c) to ban use of the mail to advertise instruments described in 28 U.S.C. § 2156(e)).

Therefore, it is this 15th day of July, 2008, hereby

**ORDERED:** that the defendant shall file on or before July 29, 2008 a response to the Notice of Supplemental Authority filed by the plaintiff on July 11, 2008. Such response shall address (1) the effect of the Act on the legal positions set forth in the defendant's motion for

summary judgment, and (2) whether, in light of the Act, the defendant contemplates new agency proceedings concerning the mailability of the publications at issue and, if so, the effect of such new proceedings on this litigation.  It is further

**ORDERED:**  that the plaintiff may file a reply within 5 days after the defendant files its response.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE