UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>       Defendant. | Civil Action No.: 07-1233-LFO |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND
TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, the United States Postal Service ("USPS"), respectfully requests an additional 60 days to respond to Plaintiff's notice of supplemental authority, no. [35].  By order entered July 15, 2008, the Court set a deadline of today, July 29, 2008, for USPS to respond.  USPS requests a new deadline of September 29, 2008.  Counsel for Plaintiff indicated, via email, that Plaintiff would take no position on this motion.

This case involves a claim by the Humane Society that the USPS may not legally accept for mailing a periodical publication about cockfighting.  Humane Society has not joined the publisher of the periodical in this suit.  USPS has moved to dismiss for numerous reasons, including lack of standing.

There are two reasons for the request of an additional 60 days.  First, the Notice of Supplemental Authority refers to recently enacted statutory amendments, and the USPS would like the opportunity to evaluate the new language and consider its impact on the most current editions of the publication at issue.  This is fully consistent with the Court's July 15, 2008, order

which requires USPS to indicate whether it "contemplates new agency proceedings concerning the mailability of the publications at issue and, if so, the effect of such new proceedings on this litigation."  Order at 2.

Second, apart from the time it will take USPS to complete its review, undersigned counsel will be effectively unavailable during two weeks in August (for vacation), and again for two weeks in September due to three oral arguments before the D.C. Circuit and the related preparation for them.  Therefore, even though it is expected that USPS will not need the full 60 days for its part, the timing of undersigned counsel's appellate arguments will prevent Defendant from being able to respond effectively with less time.  Accordingly, Defendant requests an additional 60 days.

Consistent with the Court's standing order issued in this case, no proposed order is attached.

July 29, 2008,                                  Respectfully submitted,

                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney

                                                 /s/
                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                 /s/
                                                ALAN BURCH, D.C. Bar # 470655
                                                Assistant United States Attorney
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7204
                                                alan.burch@usdoj.gov